IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RIAN HELGASON and CAROLINE CRAWFORD, Individually and on Behalf of All Others Similarly Situated under 29 U.S.C. § 216(b), | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:20-CV-01573-E |
| PERRY'S RESTAURANTS, LTD, et al., | § § | |
| Defendants. | § § | |

## **SCHEDULING ORDER – COLLECTIVE ACTION**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Northern District of Texas, the Court, having considered the status report submitted by the parties, **ORDERS** as follows:

1. Plaintiffs shall file a motion for notice and conditional certification within 60 days. Defendant shall respond to the motion within 28 days. Plaintiffs shall reply to the response within 14 days.

2. Other than disclosures under Rule 26(a)(1), all discovery in this action is stayed, except discovery pertaining to certification.

3. After the Court rules on the motion for notice and conditional certification, or if Plaintiffs do not file such a motion, the Court will issue a supplemental scheduling order.

Questions about this Scheduling Order or any other matters related to this case should be directed by email to the Court at **Brown_civil@txnd.uscourts.gov.** If you choose

to email the Court, include the case name and number, as well as your name and number.

*Also, make sure to "cc" opposing counsel* on your email to the Court.  If you do not "cc"

opposing counsel, you will not receive a response to your email.

SO **ORDERED**; signed August 20, 2020.

ADA BROWN
UNITED STATES DISTRICT JUDGE