Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **RIAN HELGASON and CAROLINE CRAWFORD, individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)** | No. 3:20-cv-01573-E |
| *Plaintiffs,* | |
| **v.** | **PLAINTIFF'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE UNDER SECTION 216(B)** |
| **PERRY'S RESTAURANTS LTD; PERRY'S LLC; PBS HOLDINGS, INC.; and LEASING ENTERPRISES, LTD, collectively d/b/a Perry's Steakhouse and Grille; and CHRISTOPHER V. PERRY, individually.** | |
| *Defendants.* | |

### DECLARATION OF RIAN HELGASON

Pursuant to 28 U.S.C.A § 1746, the undersigned declares as follows:

1.   "My name is Rian Helgason. I am over the age of 18, and I am competent to testify in this matter and as to the facts contained in this declaration. I have never been adjudged incompetent. I have personal knowledge of all the facts contained in this declaration, and all the facts contained herein are true and correct. The document *attached as* Exhibit G is a true and correct copy of my paycheck stub.

2.   I am a former employee of Perry's Restaurants LTD., d/b/a Perry's Steakhouse and Grille ("Perry's"). I worked for Perry's as a server from approximately November of 2017 to March 2020. During my employment with Perry's, I worked as a server at two (2) of its restaurant locations—the "Uptown" location at 2000 McKinney Ave., Dallas, Texas 75201 and the "Grapevine" location at 2400 West State Highway 114, Grapevine, Texas 76051—and was paid a direct hourly wage of $2.13, plus tips.

3.   Based on my employment and working alongside my co-workers, including Named Plaintiff Caroline Crawford ("Crawford") and Opt-in Plaintiffs who have joined this lawsuit, I know that Perry's owns and operates a chain of restaurants, commonly known as Perry's, with several locations throughout the State of Texas including Frisco, Texas; Austin, Texas; San Antonio, Texas; and Houston, Texas. I also have personal knowledge that Perry's employs many others as servers, including Crawford, Opt-in Plaintiffs who have joined this lawsuit,

DocuSign Envelope ID: 7B01BA4D-76E7-4F93-A707-6497D045C563

and many others who are not listed in this declaration, throughout its restaurants in Texas, all of who were compensated in the same manner—pursuant to the tip credit (a direct cash wage of less than $7.25 per hour, plus tips)—as myself, Crawford, and Opt-in Plaintiffs. I know this from my employment with Perry's and conversations with other servers, during which the other servers and I discussed our compensation.

4.   As a server for Perry's at both the "Uptown" and "Grapevine" locations, I was required to wait on customers, take food and beverage orders, answer questions about the menu, deliver food and beverages, provide checks and complete payment, assist with any additional customer needs or requests, remove dinnerware from tables, perform other tasks as necessary to serve Perry's customers, and any other tasks as directed by Perry's. I know that others employed as servers (including, Crawford and Opt-in Plaintiffs) all performed the same job duties as myself. I know this from working alongside my co-workers and my observations of other servers performing the same job duties at the "Uptown" and "Grapevine" locations.

5.   The other servers and I were also directed and instructed by Perry's to perform a number of non-tipped duties—before, during, and after our work shifts—that were *related* and *unrelated* to our tipped occupations as servers, including but not limited to: busser duties (i.e. resetting chairs and tables, cleaning tables, and taking back (to the kitchen) and emptying buss tubs—over filled with cast iron plates, pork chop boards, and a myriad of other plate ware—while, also being expected to keep up with our tables and other duties); food runner duties (i.e. cleaning different areas of the restaurant and running food); dishwasher duties (i.e. polishing glassware and silverware and cleaning steak trays, pork chop boards, and other plate ware); and food expeditor duties (i.e. preparing bread for the oven and whipping butter to pipe into ramekins) at rate of $2.13 per hour. I know this from my employment with Perry's, my observations of other servers performing the same job duties as myself, and my conversations with other servers at the "Uptown" and "Grapevine" locations about our compensation and non-tipped job duties.

6.   Servers, including myself, Crawford, and Opt-in Plaintiffs, were required to perform several non-tipped job duties (i.e. "side work"), including wiping down tables and booths, placing candles on tables, organizing and aligning chairs and tables, cleaning and arranging menus, setting up and filling tea and water pitchers, ensuring that linens were properly placed on tables, and any other non-tipped job duties as required by Perry's at a rate of $2.13 per hour, regardless of the time we spent performing non-tipped job duties or the type of job duties we performed. I have knowledge of this from my employment with Perry's and working alongside other servers at both the "Uptown" and "Grapevine" locations who also performed the same "side-work" at a rate of $2.13 per hour as myself. Based on my employment and observations of other servers at the "Uptown" and "Grapevine" locations, I also know that other servers (including, Crawford and Opt-in Plaintiffs) and I spent more than 20% of our time during our work shifts in each workweek performing non-tipped job duties.

7.   Perry's also (on a regular basis) required its servers, including myself, Crawford, and Opt-in Plaintiffs, to perform additional non-tipped job duties, unrelated to our tipped occupation as servers at a rate of $2.13 per hour. I know this from my employment with Perry's and working along-side other servers at the "Uptown" and "Grapevine" locations, during which

I observed other servers performing the same job duties as myself. For example, if the other servers and I worked the opening shift, we were required to perform and complete all items in the "opening checklist" before our first table could be seated. This included, organizing chairs, aligning stools around the bar, placing candles on tables, cleaning and arranging books (i.e. bar menus), aligning and leveling tables, setting up patio tables with books and center pieces, setting up ice buckets, wiping down legs of barstools, completing pork chop folds, setting up and filling tea and water pitchers, dusting the piano, TV's, and ledges, verifying all plates and glassware are polished and stocked, checking linens on the tables for proper placement, and any other opening job duties as required by Perry's.

8.   And, if the other servers and I worked the closing shift, we were required to complete all the items on the "closing checklist," including polishing and restocking burgundy, white wine, and champagne stems, cleaning and restocking water coolers, polishing and restocking glasses, stocking and polishing dessert spoons, serving spoons, and tea spoons, stocking and polishing steak knives and dinner forks, pumping ports (i.e. pumping air out of wine towers), restocking To-go station, filling and wiping salt and pepper shakers, stocking and polishing plates, completing daily clean up duties, cleaning and polishing ice buckets, polishing and restocking magnum decanters, snifters, white wine stems, carafes, highballs, and rocks glasses in the wine bar, removing candles from tables, wiping down booths, ensuring that patio is broken down and cleaned, and any other closing job duties as required by Perry's. I have personal knowledge of this from working alongside my co-workers and from the other servers and I splitting the duties on the "closing checklist" according to the ending time of our shift (i.e. first to leave, second to leave, third to leave).

9.   In addition to the items on the "opening checklist" and "closing checklist," the other servers and I were required to perform and complete all tasks listed on the "item count checklist" at the end of our work shift, including non-tipped job duties, such as cleaning and filling 12 sugar caddies and 12 sets of salt and pepper shakers; cleaning and polishing 12 steak knife plates, 4 fork and butter knife plates; cleaning and polishing 2 plates worth of spoons (approx. 20-25 serving spoons, 25-30 dessert spoons, and 15-20 tea spoons), 6 stacks (approx. 25-30 plates per stack) of bread and butter plates, and 5 stacks (approx. 25-30 plates per stack) of appetizer plates; polishing and rolling a total of 230 rolls of silverware (50 extra – for a total of 280 rolls of silverware on Sunday, Monday, Tuesday, and Wednesday); and cleaning, polishing, and placing 10 rock glasses in the fridge and 3 snifters, 20 white wine stems, 3 decanters and 30 carafes in the wine tower. I know this from my employment with Perry's, conversations with other servers about our job duties, and working alongside other servers at multiple locations who also performed the same non-tipped job duties as myself, as well as from the checklists created by Perry's.

10.  Based on my employment with Perry's and conversations with other servers at both the "Grapevine" and "Uptown" locations, Perry's also required its servers, including myself, Crawford, and Opt-in Plaintiffs, to participate in a mandatory tip pooling arrangement. I also know that the other servers and I were required to tip out—contribute a fixed percentage (i.e. 4.5% of our total food and alcohol sales)—into the tip pool of which a portion of our tips pooled were distributed to other employees, including bussers and food runners. I know this from my employment with Perry's and conversations with other servers at both the

Declaration of Rian Helgason | Page 3

App. 003

"Grapevine" and "Uptown" locations, during which the other servers and I discussed the tip pool and tip pool distributions.

11. I have personal knowledge of this from my employment with Perry's and from conversations with other servers, about our tips, the tip pool, and tip pool distributions at both the "Uptown" and "Grapevine" location. I also have personal knowledge that other servers and I were required to share a portion of our tips with non-existent employees. For instance, the other servers and I were still required to contribute a fixed percentage (i.e. 4.5% of our total food and alcohol sales) into the tip pool of which a portion was distributed to bussers or food runners who were not scheduled to work, did not work, or the positions were vacant (i.e. not staffed) for a particular shift.

12. Throughout my employment with Perry's and from conversations with other co-workers (including, servers and bussers) at both locations, I know that Perry's retained a portion of its servers tips, including mine, Crawford's, and Opt-in Plaintiffs', that were contributed into the mandatory tip pool. Based on my employment with Perry's and conversations with other individuals employed with Perry's (including, bussers and servers) about the tip pool and tip pool distributions, I also know that Perry's paid its bussers a flat hourly wage, regardless of the amount of tips the other servers and I contributed to the tip pool and were purportedly earmarked for the bussers; and, as a result, any tips exceeding the bussers flat hourly rate were not redistributed to the other servers and I.

13. I also know that Perry's required all its' servers, including myself, Crawford, and Opt-in Plaintiffs, to purchase mandatory uniforms and other business-related items—shirts, aprons, vests, ink pens, permanent markers, server books, wine openers, pepper mills and holsters, and crumb scraper (i.e. tool used to scrape and scoop bread crumbs off dining tables)—that we were required to wear and use during each work shift. I know this from my employment with Perry's—at both the "Uptown" and "Grapevine" location—from working alongside other servers, and from conversations with other servers, all of whom were required to pay for out of pocket or deducted from their wages for the same mandatory uniforms and business-related items as myself.

14. From various discussions I had with my co-workers, I learned that Perry's payment structure and policies were uniformly imposed on all its' servers, including myself, Crawford, and Opt-in Plaintiffs. I also know that other servers who work or worked for Perry's had the same experience with Perry's in terms of job duties and responsibilities, pay structure, and job assignments because all servers were subject to the same policies and practices, regardless of the restaurant location. I also know this from my employment with Perry's at two of its locations ("Grapevine" and "Uptown" locations), observations of other servers, and conversations with other servers about our job duties, compensations, and Perry's deductions and charges for mandatory uniforms and business-related items.

15. Based on my employment with Perry's and conversations with other servers, I have personal knowledge that there are many other servers who have initiated this action, joined this action, and many other servers who would join this action to recover their unpaid wages, including monies owed for misappropriated tips and illegal deductions for mandatory uniforms and

other business-related items, if they were informed of their rights to do so. Especially, if they were informed of the correct amount of reimbursement each is entitled to for the illegal deductions and of their right to join this action without fear of retaliation.

16. Throughout my employment, Perry's and its managers would correspond with me and my co-workers via text message sent to our personal cell phone, phone call, and email. Based on my conversations with other servers and my observations during my employment with Perry's, I know that Perry's corresponded via text message, phone call, and email with other servers to inform the other servers and I about upcoming schedules, shift swaps, and other work-related matters.

17. Most, if not all, of Perry's former and current servers have smart phone cell phones with the ability to view websites. Sending notice of the collective action via cell phone would be a very effective way to advise potential class members of this lawsuit, their ability to join, and inform them that Perry's is prohibited from retaliating against them for joining this lawsuit.

I swear under penalty of perjury that the foregoing is true and correct."

Executed on _____7/24/2020_____.

Rian Helgason

Exhibit B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **Rian Helgason and Caroline Crawford, individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b),** | No. 3:20-cv-01573-E |
| *Plaintiffs,* | **PLAINTIFF'S DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE UNDER SECTION 216(B)** |
| **v.** | |
| **Perry's Restaurants, LTD., d/b/a Perry's Steakhouse and Grille,** | |
| *Defendant.* | |

**DECLARATION OF CAROLINE CRAWFORD**

Pursuant to 28 U.S.C.A § 1746, the undersigned declares as follows:

1. "My name is Caroline Crawford. I am over the age of 18, and I am competent to testify in this matter and as to the facts contained in this declaration. I have never been adjudged incompetent. I have personal knowledge of all the facts contained in this declaration, and all the facts contained herein are true and correct. The document *attached as* Exhibit G is a true and correct copy of my paycheck stub.

2. I am a former employee of Perry's Restaurants LTD., d/b/a Perry's Steakhouse and Grille ("Perry's"). I was employed with Perry's as a server from approximately September of 2017 until March of 2020. I worked as a server at two (2) of Perry's restaurant locations—the "Grapevine" location at 2400 West State Highway 114, Grapevine, Texas 76051 and the "Frisco" location at 2440 Parkwood Blvd., Frisco, Texas 75034—and was paid direct hourly wage of $2.13 per hour, plus tips—pursuant to the tip credit.

3. Throughout my employment with Perry's as a sever at both the "Grapevine" and "Frisco" locations, I learned that Perry's owns and operates a chain of restaurants, commonly known as Perry's, with several locations throughout the State of Texas, including Dallas, Texas; Austin, Texas; San Antonio, Texas; and Houston, Texas. I also know this from working with other servers who worked at one or more of Perry's restaurant locations in Texas, including both the locations I worked at – "Grapevine" and "Frisco" locations.

4. I also have personal knowledge that Perry's employs many other servers, including Named Plaintiff Rian Helgason ("Helgason"), Opt-in Plaintiffs, and many others who are not listed in this declaration, who were all paid in the same manner as myself (i.e. $2.13 per hour plus

DocuSign Envelope ID: 38F8EFE0-38EB-475D-AB56-51517072D175

tips), required to perform the same job duties, required to participate in a mandatory tip pool, and deducted or charged for mandatory uniforms—at one or more of Perry's restaurants in Texas, including both the "Grapevine" and "Frisco" locations. I have personal knowledge of this from my employment, from conversations with my co-workers, including Helgason and Opt-in Plaintiffs who have joined this lawsuit, and server job duties checklists.

5. During my employment as a server with Perry's—at both the "Grapevine" and "Frisco" locations—I was required to wait on customers, take food and beverage orders, answer questions about the menu, deliver food and beverages, provide checks and complete payment, assist with any additional customer needs or requests, remove dinnerware from tables, perform other tasks as necessary to serve Perry's customers, and any other tasks as directed by Perry's–even if the tasks were unrelated to my job as a server. I know that others employed as servers, including Helgason and Opt-in Plaintiffs all performed the same job duties as myself. I know this from working alongside my co-workers who worked at one or more of Perry's restaurant locations in Texas and my observations of other servers performing the same job duties at both the "Grapevine" and "Frisco" locations.

6. Perry's required its servers, including myself, to perform the same non-tipped duties before, during, and after our work shifts—that were *related* and *unrelated* to our tipped occupations as servers, including but not limited to: busser duties (i.e. resetting chairs and tables and cleaning tables); food runner duties (i.e. cleaning different areas of the restaurant and running food); dishwasher duties (i.e. polishing glassware and silverware and cleaning pork chop boards); and food expeditor duties (i.e. preparing bread for the oven and piping butter into ramekins) at rate of $2.13 per hour. I know this from my employment with Perry's, my observations of other servers, and my conversations with other servers (who worked at one or more of Perry's restaurants in Texas, including the "Grapevine" and "Frisco" locations) about our compensation and the non-tipped job duties we performed.

7. I also know, based on my employment and observations of other servers at both the "Grapevine" and "Frisco" locations, that the time other servers and I spent each workweek performing non-tipped job duties exceeded more than 20% of mine and the other servers, including Helgason and Opt-in Plaintiffs, scheduled work shift. For instance, Perry's required its servers, including myself, Helgason, and Opt-in Plaintiffs, to perform several non-tipped job duties (i.e. side-work), such as wiping down tables and booths, placing candles on tables, organizing and aligning chairs and tables, setting up and filling tea and water pitchers, ensuring that linens were properly placed on tables, and any other non-tipped job duties as required by Perry's at a rate of $2.13 per hour, regardless of the type of job duties performed and time spent performing the job duties. I obtained knowledge of this from my employment with Perry's and from my observations of other servers (at both the "Grapevine" and "Frisco" locations) who also performed the same "side-work" as myself.

8. Perry's regularly required its servers, including myself, Helgason, and Opt-in Plaintiffs, to perform the same additional non-tipped job duties, unrelated to our tipped occupation as servers, at a rate of $2.13 per hour. I know this from my employment with Perry's and working along-side other servers at both the "Grapevine" and "Frisco" locations, during which I observed other servers performing the same job duties as myself. For example, if the

DocuSign Envelope ID: 38F8EFE0-38EB-475D-AB56-51517072D175

other servers and I worked the opening shift, we were required to perform and complete the same non-tipped job duties listed on the "opening checklist" before our first table could be seated. This included, organizing chairs, aligning stools around the bar, placing candles on tables, cleaning and arranging bar menus, aligning and leveling tables, setting up patio tables with books and center pieces, setting up ice buckets, wiping down legs of barstools, completing pork chop folds, setting up and filling tea and water pitchers, dusting the piano, TV's, and ledges, verifying all plates and glassware are polished and stocked, checking linens on the tables for proper placement, and any other opening job duties as required by Perry's.

9.   If the other servers and I worked the closing shift, the other servers and I were required to perform and complete the same non-tipped job duties listed on the "closing checklist," including polishing and restocking burgundy, white wine, and champagne stems, cleaning and restocking water coolers, polishing and restocking glasses, stocking and polishing dessert spoons, serving spoons, and tea spoons, stocking and polishing steak knives and dinner forks, pumping ports (i.e. pumping air out of wine towers), restocking To-go station, filling and wiping salt and pepper shakers, stocking and polishing plates, completing daily clean up duties, cleaning and polishing ice buckets, polishing and restocking magnum decanters, snifters, white wine stems, carafes, highballs, and rocks glasses in the wine bar, removing candles from tables, wiping down booths, and ensuring that patio is broken down and cleaned. I have personal knowledge of this from working alongside my co-workers and from the other servers and I splitting the "closing checklist" job duties according to our shift ending time (i.e. first to leave, second to leave, third to leave).

10.   I also know from my employment at Perry's that the other servers and I performed and completed the same duties at the end of our work shift, including the non-tipped job duties listed on the "item count checklist" such as, cleaning and filling 12 sugar caddies and 12 sets of salt and pepper shakers; cleaning and polishing 12 steak knife plates, 4 fork and butter knife plates; cleaning and polishing 2 plates worth of spoons (approx. 20-25 serving spoons, 25-30 dessert spoons, and 15-20 tea spoons), 6 stacks (approx. 25-30 plates per stack) of bread and butter plates, and 5 stacks (approx. 25-30 plates per stack) of appetizer plates; polishing and rolling 230 rolls of silverware (50 extra – for a total of 280 rolls of silverware on Sunday, Monday, Tuesday, and Wednesday); and cleaning, polishing, and placing 10 rock glasses in the fridge and 3 snifters, 20 white wine stems, 3 decanters and 30 carafes in the wine tower. I also know this from my discussions with other servers about our job duties, from working alongside other servers who also performed the same non-tipped job duties as myself, and from the checklists created by Perry's.

11.   Perry's also required its servers, including myself, Helgason, and Opt-in Plaintiffs, to contribute 4.5% of our total food and alcohol sales into a mandatory tip pool, which included bussers, food runners, and non-existent employees. For example, if a busser or food runner was not scheduled, did not work, or the positions were vacant (i.e. not staffed) for a particular shift, Perry's still required its servers, including myself, Helgason, and Opt-in Plaintiffs to allocate the required fixed percentage (4.5% of our total food and alcohol sales) into the tip pool to be shared with non-existent bussers and food runners.

Declaration of Caroline Crawford | Page 3

12.     Based on my employment with Perry's at both the "Grapevine" and "Frisco" locations and my conversations with other servers about the tip pool and tip pool distributions, I also have personal knowledge that Perry's retained a portion of the tips the other servers and I contributed into the mandatory tip pool. From my discussions about the tip pool and tip pool distributions with other employees, including servers and bussers, I know that Perry's paid its bussers a flat hourly wage, regardless of the amount of tips the other servers and I contributed into the tip pool and were purportedly earmarked for the bussers; as a result, any tips exceeding the bussers flat hourly rate was retained by Perry's and not redistributed by Perry's to the other servers and I.

13.     I also know that Perry's required all its' servers, including myself, Helgason, and Opt-in Plaintiffs, to purchase mandatory uniforms and other business-related items, such as shirts, aprons, vests, ink pens, permanent markers, server books, wine openers, pepper mills and holsters, and crumb scraper (i.e. tool used to scrape and scoop bread crumbs off dining tables)—that we were required to wear and use during each work shift. I know this from my employment with Perry's at both its "Grapevine" and "Frisco" locations and from working alongside other servers, all of whom purchased, were charged for, or deducted from their wages for the same mandatory uniforms and business-related items as myself.

14.     From various discussions I had with my co-workers, I learned that Perry's payment structure and policies were uniformly imposed on all its' servers, including myself, Helgason, and Opt-in Plaintiffs. I also know that other servers who work or worked for Perry's had the same experience with Perry's in terms of job duties and responsibilities, pay structure, and job assignments because all servers were subject to the same policies and practices, regardless of the restaurant location. I also know this from my employment with Perry's at the "Grapevine" and "Frisco" locations, observations of other servers, and conversations with other servers about our job duties, compensation, and Perry's deductions and charges for mandatory uniforms and business-related items.

15.     Based on my employment and conversations with other servers, I have personal knowledge that there are many other servers who have initiated this action, joined this action, and many other servers who would join this action to recover their unpaid wages, including monies owed for misappropriated tips and illegal deductions for mandatory uniforms and other business-related items, if they were informed of their rights to do so. Especially, if they were informed of the correct amount of reimbursement each is entitled to for the illegal deductions and of their right to join this action without fear of retaliation.

16.     Throughout my employment, Perry's and its managers would correspond with me and my co-workers via text message sent to our personal cell phone, phone call, and email. Based on my conversations with other servers and my observations during my employment with Perry's, I know that Perry's corresponded via text message, phone call, and email with other servers to inform the other servers and I about upcoming schedules, shift swaps, and other work-related matters.

17.     Most, if not all, of Perry's former and current servers have smart phone cell phones with the ability to view websites. Sending notice of the collective action via cell phone would be a

very effective way to advise potential class members of this lawsuit, their ability to join, and inform them that Perry's is prohibited from retaliating against them for joining this lawsuit.

I swear under penalty of perjury that the foregoing is true and correct."

Executed on _____7/29/2020_____.

Caroline Crawford

Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **RIAN HELGASON and CAROLINE CRAWFORD, individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)**<br><br>*Plaintiffs,*<br><br>**v.**<br><br>**PERRY'S RESTAURANTS LTD; PERRY'S LLC; PBS HOLDINGS, INC.; and LEASING ENTERPRISES, LTD, collectively d/b/a Perry's Steakhouse and Grille; and CHRISTOPHER V. PERRY, individually.**<br><br>*Defendants.* | **No.  3:20-cv-01573-E**<br><br><br>**PLAINTIFF'S DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE UNDER SECTION 216(B)** |

<u>**DECLARATION OF SARA SHARIF**</u>

Pursuant to 28 U.S.C.A § 1746, the undersigned declares as follows:

1.  "My name is Sara Sharif. I am over the age of 18, and I am competent to testify in this matter and as to the facts contained in this declaration. I have never been adjudged incompetent. I have personal knowledge of all the facts contained in this declaration, and all the facts contained herein are true and correct. The document *attached as* Exhibit G is a true and correct copy of my paycheck stub.

2.  I was employed by Perry's Restaurants LTD., d/b/a Perry's Steakhouse and Grille ("Perry's") from approximately January 2018 to May 2020. Throughout my employment with Perry's, I worked as a server and was paid $2.13 per hour, plus tips—pursuant to the tip credit. I worked at the Perry's "Grapevine," Texas restaurant location (2400 West State Highway 114, Grapevine, Texas 76051), same location as the Named Plaintiffs, Rian Helgason ("Helgason") and Caroline Crawford ("Crawford"), and Opt-in Plaintiffs.

3.  Based on my employment and working alongside my co-workers, including Crawford, Helgason, and Opt-in Plaintiffs, I know that Perry's owns and operates a chain of restaurants, commonly known as Perry's, with several locations throughout the State of Texas including Frisco, Texas; Austin, Texas; San Antonio, Texas; and Houston, Texas. I also have personal knowledge, based on my observations and discussions with other servers, including

DocuSign Envelope ID: D2BDAD17-F80E-49BE-AA8B-9DC2E5949AC6

Helgason, Crawford, and Opt-in Plaintiffs, that Perry's employs many other servers throughout its restaurants in Texas – all of whom work or worked as servers, are required to perform the same job duties, and were paid in the same manner – pursuant to the tip credit (i.e. $2.13 per hour, plus tips) as myself, Crawford, Helgason, and Opt-in Plaintiffs.

4.    Throughout my employment with Perry's at the "Grapevine" location, I was required to wait on customers, take food and beverage orders, answer questions about the menu, deliver food and beverages, provide checks and complete payment, assist with any additional customer needs or requests, remove dinnerware from tables, perform other tasks as necessary to serve Perry's customers, and any other tasks as directed by Perry's. I know that other servers, including Crawford, Helgason, and Opt-in Plaintiffs, were all required to perform the same job duties as myself. I know this from my observations of other servers performing the same job duties and conversations with other servers (who worked at one or more of Perry's restaurants in Texas) about the job duties we were required to perform as servers.

5.    Perry's also required its servers, including Crawford, Helgason, and Opt-in Plaintiffs, to perform a number of non-tipped duties—before, during, and after our work shifts—that were *related* and *unrelated* to our tipped occupations as servers, including busser duties (i.e. resetting chairs and tables, cleaning tables, and taking back (to the kitchen) and emptying buss tubs—over filled with cast iron plates and pork chop boards); food runner duties (i.e. cleaning different areas of the restaurant and running food); dishwasher duties (i.e. polishing glassware and silverware and cleaning pork chop boards); food expeditor duties (i.e. preparing bread for the oven and piping butter into ramekins); and conducting inventory checks (i.e. counting plates, silverware, check presenters, and decanters) all at a rate of $2.13 per hour. I know this from my observations of other servers performing the same job duties as myself and from my conversations about compensation and non-tipped job duties with other servers who worked at one or more of Perry's restaurants in Texas, including the "Grapevine" location.

6.    Perry's required its servers, including myself, Helgason, Crawford, and Opt-in Plaintiffs, to perform non-tipped job duties (i.e. "side-work"), including wiping down tables and booths, organizing and aligning chairs and tables, setting up and filling tea and water pitchers, ensuring that linens were properly placed on tables, and any other non-tipped job duties as required by Perry's at a rate of $2.13 per hour. I know this from my employment with Perry's and my observations of other servers performing the same "side-work" as myself. I also know that the other servers and I spent more than twenty percent (20%) of our shift time in each workweek performing non-tipped job duties (i.e. "side-work"). The other servers and I easily spent more than fifty percent (50%) of our shift time performing "side-work" at a rate of $2.13 per hour. I have personal knowledge of this from my employment with Perry's, during which I observed other servers, including Helgason, Crawford, and Opt-in Plaintiffs, performing the same "side-work" as myself and from conversations with other servers about non-tipped job duties and our compensation.

7.    Perry's regularly required its servers, including myself, Helgason, Crawford, and Opt-in Plaintiffs, to perform additional non-tipped job duties, unrelated to our job as servers at a rate of $2.13 per hour. I know this from my employment with Perry's and working along-side

other servers, during which I observed other servers performing the same job duties as myself. For example, if the other servers and I worked the opening shift, we were required to complete all items on the "opening checklist" before our first table could be seated. The "opening checklist" items, included organizing chairs, aligning stools around the bar, placing candles on tables, cleaning and arranging bar menus, aligning and leveling tables, setting up patio tables with bar menus and center pieces, setting up ice buckets, wiping down legs of barstools, completing pork chop folds, setting up and filling tea and water pitchers, dusting the piano, TV's, and ledges, and any other opening job duties as required by Perry's.

8.   Servers, including myself, performed the same closing duties listed on the "closing checklist" created by Perry's. This included, polishing and restocking glasses and stems (i.e. burgundy glasses, white wine glasses, champagne stems magnum decanters, snifters, white wine stems, carafes, highballs, and rocks glasses in the wine bar); cleaning and restocking water coolers; stocking and polishing dessert spoons, serving spoons, tea spoons, steak knives, dinner forks, and plates; pumping ports (i.e. pumping air out of wine towers); restocking To-go station; filling and wiping salt and pepper shakers; completing daily clean up duties; cleaning and polishing ice buckets; wiping down booths; and ensuring that patio was broken down and cleaned. I know this because the other servers and I would split the duties on the "closing checklist" according to our shift ending time and from working alongside other servers who also performed the same non-tipped tasks on the "closing checklist" created by Perry's.

9.   Throughout my employment with Perry's, the other servers and I were also required to complete all the tasks on the "item count checklist" at the end of our work shift. This included: cleaning and filling 12 sugar caddies and 12 sets of salt and pepper shakers; cleaning and polishing 12 steak knife plates, 4 fork and butter knife plates; 2 plates of spoons (serving, tea, dessert), 6 stacks of bread and butter plates, and 5 stacks of appetizer plates; polishing and rolling 230 - 280 rolls of silverware; and cleaning, polishing, and placing 10 rock glasses, 3 snifters, 20 white wine stems, 3 decanters, and 30 carafes in the fridge or wine tower. I know this from working alongside other servers who performed the same non-tipped job duties as myself and from conversations with other servers about our job duties.

10.   All servers, including myself, Helgason, Crawford, and Opt-in Plaintiffs, were required to contribute a fixed percentage (i.e. 4.5% of our total food and alcohol sales) into a mandatory tip pool of which a portion was distributed to bussers and food runners, as well as non-existent employees who were not scheduled to work or did not work. I know this from my employment with Perry's and from conversations with other servers, about our tips, the tip pool, and tip pool distributions. For instance, if a busser or food runner was not scheduled, did not work, or the positions were vacant (i.e. not staffed) for a particular shift, Perry's still required its servers to allocate the 4.5% of our total food and alcohol sales into the tip pool and distributed to non-existent bussers and food runners. I know this from my employment with Perry's and from conversations with other servers about the mandatory tip pool and tip distributions to employees that were not scheduled to work and did not work.

11.   Throughout my employment with Perry's and from conversations with my co-workers, I know that Perry's retained a portion of its servers' tips that were contributed into the mandatory tip pool. Based on my employment with Perry's and conversations with others

employed by Perry's (including, bussers and servers) about the tip pool and tip pool distributions, I also know that Perry's paid its bussers a flat hourly wage, regardless of the amount of tips the other servers and I contributed to the tip pool and were purportedly earmarked for the bussers; and, as a result, any tips exceeding the bussers flat hourly rate were not redistributed to the other servers and I.

12.   I also know that Perry's required all of its' servers, including myself, Helgason, Crawford, and Opt-in Plaintiffs, to purchase mandatory uniforms and other business-related items— shirts, aprons, vests, ink pens, permanent markers, server books, wine openers, pepper mills and holsters, and crumb scraper (i.e. tool used to scrape and scoop bread crumbs off dining tables). I know this from my employment with Perry's and working alongside other servers— all of whom were required to pay for out of pocket or deducted from their wages for the same mandatory uniforms and business-related items as myself.

13.   From various discussions with my co-workers, I learned that Perry's payment structure and policies were uniformly imposed on all its' servers, including myself, Helgason, Crawford, and Opt-in Plaintiffs. I also know that other servers who work or worked for Perry's had the same experience with Perry's in terms of job duties and responsibilities, pay structure, and job assignments or duties because all servers were subject to the same policies and practices. I also know this from my employment with Perry's, observations of other servers, and conversations with other servers (who worked at one or more of Perry's restaurants in Texas, including the "Grapevine," Texas location) about our job duties, compensation, and Perry's deductions and charges for mandatory uniforms and business-related items.

14.   Based on my employment and conversations with other servers, I know that there are many other servers who would join this action to recover their unpaid wages, including monies owed for misappropriated tips and illegal deductions for mandatory uniforms and other business-related items, if they were informed of their rights to do so. Especially, if they were informed of the correct amount of reimbursement each is entitled to for the illegal deductions and of their right to join this action without fear of retaliation.

15.   Throughout my employment, Perry's and its managers would correspond with me and my co-workers via text message sent to our personal cell phone, phone call, and email. Based on my conversations with other servers and my observations during my employment with Perry's, I know that Perry's corresponded via text message, phone call, and email with other servers to inform the other servers and I about upcoming schedules and shift swaps.

16.   Most, if not all, of Perry's former and current servers have smart phone cell phones with the ability to view websites. Sending notice of the collective action via cell phone would be a very effective way to advise potential class members of this lawsuit, their ability to join, and inform them that Perry's is prohibited from retaliating against them for joining this lawsuit.

I swear under penalty of perjury that the foregoing is true and correct."

Executed on 7/24/2020 _____.

Sara Sharif

DocuSign Envelope ID: 51C66647-97D9-43E0-A69E-859CC47B7017



**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **RIAN HELGASON and CAROLINE CRAWFORD, individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)** | |
| *Plaintiffs,* | No.  3:20-cv-01573-E |
| **v.** | |
| **PERRY'S RESTAURANTS LTD; PERRY'S LLC; PBS HOLDINGS, INC.; and LEASING ENTERPRISES, LTD, collectively d/b/a Perry's Steakhouse and Grille; and CHRISTOPHER V. PERRY, individually.** | **PLAINTIFF'S DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE UNDER SECTION 216(B)** |
| *Defendants.* | |

## <u>DECLARATION OF DIMITRI SEBIKALI</u>

Pursuant to 28 U.S.C.A § 1746, the undersigned declares as follows:

1. "My name is Dimitri Sebikali I am over the age of 18, and I am competent to testify in this matter and as to the facts contained in this declaration. I have never been adjudged incompetent. I have personal knowledge of all the facts contained in this declaration, and all the facts contained herein are true and correct. The document *attached as* Exhibit G is a true and correct copy of my paycheck stub.

2. I am a current employee of Perry's Restaurants LTD., d/b/a Perry's Steakhouse and Grille ("Perry's"). I have worked for Perry's as a server at its "Frisco" location in Texas (2440 Parkwood Blvd., Frisco, Texas 75034) from approximately June 2019 to the present and I am paid $2.13 per hour, plus tips. I also know that Perry's employs many others as servers, including Caroline Crawford ("Crawford"), Opt-in Plaintiffs who have joined this lawsuit, and many others who are not listed in this declaration, all of who are paid in the same manner as myself —$2.13 per hour, plus tips.

3. Based on my employment with Perry's, as well as working alongside other servers, including Crawford and Opt-in Plaintiffs, I also know that Perry's owns and operates a chain of restaurants, commonly known as Perry's Steakhouse and Grille or Perry's, with several locations throughout Texas including Grapevine, Texas; Dallas, Texas; Austin, Texas; San Antonio, Texas; and Houston, Texas.

DocuSign Envelope ID: 51C66647-97D9-43E0-A69E-859CC47B7017

4.   As a server for Perry's, I am required to wait on customers, take food and beverage orders, answer questions about the menu, deliver food and beverages, provide checks and complete payment, assist with any additional customer needs or requests, remove dinnerware from tables, perform other tasks as necessary to serve Perry's customers, and any other tasks as directed by Perry's. I know that others employed as servers, including Crawford and Opt-in Plaintiffs all performed the same job duties as myself. I know this from working with other servers and my observations of other servers performing the same job duties as myself.

5.   I know from my employment with Perry's and my conversations with other servers that Perry's also requires its servers, including myself, Crawford, and Opt-in Plaintiffs, to complete and perform the same non-tipped job duties—before, during, and after our work shifts—such as, non-tipped "side work" duties (i.e. wiping down tables and booths, placing candles on tables, organizing and aligning chairs and tables, setting up and filling tea and water pitchers, ensuring that linens); busser duties (i.e. resetting chairs and tables, cleaning tables, and taking back (to the kitchen) and emptying buss tubs—filled with cast iron plates and pork chop boards); food runner duties (i.e. cleaning different areas of the restaurant and running food); dishwasher duties (i.e. polishing glassware and silverware and cleaning pork chop boards); food expeditor duties (i.e. preparing bread for the oven and piping butter into ramekins); and conducting inventory checks (i.e. counting plates, silverware, check presenters, and decanters) all at a rate of $2.13 per hour. Based on my employment and observations with other servers, I also know that the other servers and I spent more than 20% of our time during our work shifts in each workweek performing non-tipped job duties.

6.   The other servers and I are required (on a regular basis) to perform the same additional non-tipped job duties, unrelated to our job as servers at a rate of $2.13 per hour. I know this from my employment with Perry's and working along-side other servers, during which I observed other servers performing the same job duties as myself. From my employment with Perry's and working along-side other servers, I know that the other servers and I performed the same duties on the opening shift listed on the "opening checklist" before our first table could be seated. The "opening checklist" items, included organizing chairs, aligning stools around the bar, placing candles on tables, cleaning and arranging bar menus, aligning and leveling tables, setting up patio tables with bar menus and center pieces, setting up ice buckets, wiping down legs of barstools, completing pork chop folds, setting up and filling tea and water pitchers, dusting the piano, TV's, and ledges, and any other opening job duties as required by Perry's.

7.   Based my employment with Perry's, I have personal knowledge that the other servers and I also performed the same closing duties listed on the "closing checklist" created by Perry's. This included, polishing and restocking polishing and restocking burgundy, white wine, and champagne stems, cleaning and restocking water coolers, polishing and restocking glasses, stocking and polishing dessert spoons, serving spoons, and tea spoons, stocking and polishing steak knives and dinner forks, restocking To-go station, filling and wiping salt and pepper shakers, stocking and polishing plates, completing daily clean up duties, cleaning and polishing ice buckets, polishing and restocking decanters and white wine stems in the wine bar, removing candles from tables, wiping down booths, ensuring that patio is broken down

and cleaned, and any other closing job duties as required by Perry's. I have personal knowledge of this from working alongside my co-workers and from the other servers and I splitting the duties on the "closing checklist" according to the ending time of our shift (i.e. first to leave, second to leave, third to leave). I also know this because the other servers and I would split the duties on the "closing checklist" according to our shift ending time.

8.    The other servers and I were also required to perform the same non-tipped duties listed on the "item count checklist" at the end of our work shift, such as cleaning and filling 12 sugar caddies and 12 sets of salt and pepper shakers; cleaning and polishing 12 steak knife plates, 4 fork and butter knife plates; cleaning and polishing 2 plates worth of spoons (approx. 20-25 serving spoons, 25-30 dessert spoons, and 15-20 tea spoons), 6 stacks (approx. 25-30 plates per stack) of bread and butter plates, and 5 stacks (approx. 25-30 plates per stack) of appetizer plates; polishing and rolling a total of 230 rolls of silverware (50 extra – for a total of 280 rolls of silverware on Sunday, Monday, Tuesday, and Wednesday); and  cleaning, polishing, and placing 10 rock glasses in the fridge and 3 snifters, 20 white wine stems, 3 decanters and 30 carafes in the wine tower. I know this from my employment with Perry's and working alongside other servers who also performed the same non-tipped job duties as myself, as well as from the checklists created by Perry's.

9.    I also know from my employment with Perry's and working alongside other servers that Perry's requires all its' servers, including myself to purchase mandatory uniforms and other business-related items—shirts, aprons, ink pens, permanent markers, server books, lighters, and wine openers for our employment at Perry's.

10.   All servers, including myself, Crawford, and Opt-in Plaintiffs, were required to contribute a fixed percentage (i.e. 4.5% of our total food and alcohol sales) into a mandatory tip pool of which a portion was distributed to bussers and food runners, and non-existent employees who were not scheduled to work or did not work. I know this from my employment with Perry's and from conversations with other servers (who worked at one or more of Perry's locations in Texas) about our tips, the tip pool, and tip pool distributions. I also have personal knowledge that even if a busser or food runner was not scheduled, did not work, or the positions were vacant (i.e. not staffed) for a particular shift, Perry's still required its servers, including myself to allocate the fixed percentage of 4.5% of our total food and alcohol sales into the tip pool which was then distributed to bussers and food runners who were not scheduled to work and did not work. I know this from my employment with Perry's and from conversations with other servers about the mandatory tip pool and tip distributions to employees that were not scheduled to work and did not work.

11.   Throughout my employment with Perry's and from conversations with other co-workers, I know that Perry's retains a portion of the tips contributed into the tip pool. Based on my employment with Perry's and discussions with others employed by Perry's (including, bussers and servers) about the tip pool and tip pool distributions, I also know that Perry's paid its bussers a flat hourly wage, regardless of the amount of tips the other servers and I contributed to the tip pool and were purportedly earmarked for the bussers; and, as a result, any tips exceeding the bussers flat hourly rate were not redistributed to the other servers and I.

Declaration of Dimitri Sebikali | Page 3

12. From various discussions with my co-workers, I learned that Perry's payment structure and policies are (and were) uniformly imposed on all its' servers, including myself, Crawford, and Opt-in Plaintiffs. I also know that other servers who work or worked for Perry's had the same experience with Perry's in terms of job duties and responsibilities, pay structure, and job assignments because all servers were subject to the same policies and practices. I also know this from my employment with Perry's, observations of other servers, and conversations with other servers about our job duties, compensation, and Perry's deductions and charges for mandatory uniforms and business-related items.

13. Based on my employment and conversations with other servers, I have personal knowledge that there are many other servers who would join this action to recover their unpaid wages, including monies owed for misappropriated tips and illegal deductions for mandatory uniforms and other business-related items, if they were informed of their rights to do so. Especially, if they were informed of the correct amount of reimbursement each is entitled to for the illegal deductions and of their right to join this action without fear of retaliation.

14. Throughout my employment, Perry's and its managers have corresponded with me and my co-workers via text message sent to our personal cell phone, phone call, and email. Based on my conversations with other servers and my observations during my employment with Perry's, I know that Perry's corresponds via text message, phone call, and email with other servers to inform the other servers and I about upcoming schedules and shift swaps.

15. Most, if not all, of Perry's former and current servers have smart phone cell phones with the ability to view websites. Sending notice of the collective action via cell phone would be a very effective way to advise potential class members of this lawsuit, their ability to join, and inform them that Perry's is prohibited from retaliating against them for joining this lawsuit.


I swear under penalty of perjury that the foregoing is true and correct."

Executed on _____7/29/2020_____.

Dimitri Sebikali

DocuSign Envelope ID: B3CDE349-6807-45B5-A533-E3AA2BBA7466

**Exhibit E**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **RIAN HELGASON and CAROLINE CRAWFORD, individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)**<br><br>*Plaintiffs,*<br><br>**v.**<br><br>**PERRY'S RESTAURANTS LTD; PERRY'S LLC; PBS HOLDINGS, INC.; and LEASING ENTERPRISES, LTD, collectively d/b/a Perry's Steakhouse and Grille; and CHRISTOPHER V. PERRY, individually.**<br><br>*Defendants.* | **No.  3:20-cv-01573-E**<br><br>**PLAINTIFF'S DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE UNDER SECTION 216(B)** |

**DECLARATION OF PHYLISHA MARTINEZ**

Pursuant to 28 U.S.C.A § 1746, the undersigned declares as follows:

1. "My name is Phylisha Martinez. I am over the age of 18, and I am competent to testify in this matter and as to the facts contained in this declaration. I have never been adjudged incompetent. I have personal knowledge of all the facts contained in this declaration, and all the facts contained herein are true and correct. The document *attached as* Exhibit G is a true and correct copy of my paycheck stub.

2. I am a former employee of Perry's Restaurants LTD., d/b/a Perry's Steakhouse and Grille ("Perry's"). I worked for Perry's as a server from approximately August 2017 to June 2019. Throughout my employment with Perry's I worked as a server and was paid $2.13 per hour, plus tips—pursuant to the tip credit. I worked at Perry's "Uptown" location in Dallas, Texas (2000 McKinney Ave., Dallas, Texas 75201) and Perry's "Grapevine" location in Grapevine, Texas (2400 West State Highway 114, Grapevine, Texas 76051). During my employment with Perry's, I worked alongside other servers, including Named Plaintiffs, Rian Helgason ("Helgason") and Caroline Crawford ("Crawford"), and the Opt-in Plaintiffs who have joined this lawsuit.

3. Based on my employment and working alongside my co-workers, I know that Perry's owns and operates a chain of restaurants, commonly known as Perry's, with several locations throughout Texas including Frisco, Texas; Austin, Texas; San Antonio, Texas; and Houston,

Declaration of Phylisha Martinez | Page 1

App. 020

DocuSign Envelope ID: B3CDE349-6807-45B5-A533-E3AA2BBA7466

Texas. I also have personal knowledge, based on my observations and discussions with other servers, including Helgason, Crawford, and Opt-in Plaintiffs, that Perry's employs many other servers throughout its restaurants in Texas – all of whom work or worked as servers, are required to perform the same job duties, and were paid in the same manner – pursuant to the tip credit (i.e. $2.13 per hour, plus tips) as myself, Crawford, Helgason, and Opt-in Plaintiffs.

4.   Throughout my employment with Perry's and at both of its locations (the "Uptown" location, and "Grapevine" location), I was required to wait on customers, take food and beverage orders, answer questions about the menu, deliver food and beverages, provide checks and complete payment, assist with any additional customer needs or requests, remove dinnerware from tables, perform other tasks as necessary to serve Perry's customers, and any other tasks as directed by Perry's. I know that other servers, including Crawford, Helgason, and Opt-in Plaintiffs, were all required to perform the same job duties as myself. I know this from my observations of other servers performing the same job duties and conversations with other servers (who worked at one or more of Perry's restaurants in Texas, including the "Uptown" and "Grapevine" locations) about the job duties we performed as servers.

5.   Perry's also required its servers, including Crawford, Helgason, and Opt-in Plaintiffs, to perform a number of non-tipped duties—before, during, and after our work shifts—that were *related* and *unrelated* to our tipped occupations as servers, including busser duties (i.e. resetting chairs and tables, cleaning tables, and taking back (to the kitchen) and emptying buss tubs—filled with cast iron plates and pork chop boards); food runner duties (i.e. cleaning different areas of the restaurant and running food); dishwasher duties (i.e. polishing glassware and silverware and cleaning pork chop boards); food expeditor duties (i.e. preparing bread for the oven and piping butter into ramekins); and conducting inventory checks (i.e. counting plates, silverware, check presenters, and decanters) all at a rate of $2.13 per hour. I know this from my employment with Perry's, my observations of other servers, and my conversations with other servers at both the "Uptown" and "Grapevine" locations about our compensation and the same non-tipped job duties we performed.

6.   Perry's required its servers, including myself, Helgason, Crawford, and Opt-in Plaintiffs, to perform non-tipped job duties (i.e. "side-work"), including wiping down tables and booths, placing candles on tables, organizing and aligning chairs and tables, setting up and filling tea and water pitchers, ensuring that linens were properly placed on tables, and any other non-tipped job duties as required by Perry's at a rate of $2.13 per hour. I have knowledge of this from my employment with Perry's and from working along-side other servers who also performed the same non-tipped job duties at both the "Uptown" and "Grapevine" locations. I also know that the other servers and I spent more than twenty percent (20%) of our shift time in each workweek performing non-tipped job duties (i.e. "side-work"). I have personal knowledge of this from my employment with Perry's and from my conversations with other servers about non-tipped job duties and our compensation.

7.   I know that Perry's servers, including myself, Helgason, Crawford, and Opt-in Plaintiffs, regularly performed the same additional non-tipped job duties, unrelated to our job as servers at a rate of $2.13 per hour. I know this from my employment with Perry's at multiple

locations in Texas and from my observations of other servers performing the same job duties as myself at both the "Uptown" and "Grapevine" locations.

8.   I also know that other servers and I performed the same duties on the opening shift. For example, if the other servers and I worked the opening shift, we were required to complete and perform the same duties on the "opening checklist" before our first table could be seated. This included, organizing chairs, aligning stools around the bar, placing candles on tables, cleaning and arranging bar menus, aligning and leveling tables, setting up patio tables with bar menus and center pieces, setting up ice buckets, wiping down legs of barstools, completing pork chop folds, setting up and filling tea and water pitchers, dusting the piano, TV's, and ledges, and any other opening job duties as required by Perry's.

9.   The other servers and I also performed the same closing duties listed on the "closing checklist" created by Perry's. This included, polishing and restocking glasses and stems (i.e. burgundy glasses, white wine glasses, champagne stems magnum decanters, snifters, white wine stems, carafes, highballs, and rocks glasses in the wine bar); cleaning and restocking water coolers; stocking and polishing dessert spoons, serving spoons, tea spoons, steak knives, dinner forks, and plates; pumping ports (i.e. pumping air out of wine towers); restocking To-go station; filling and wiping salt and pepper shakers; completing daily clean up duties; cleaning and polishing ice buckets; wiping down booths; and ensuring that patio was broken down and cleaned. I also know this because the other servers and I would split the duties on the "closing checklist" according to our shift ending time and from working alongside other servers who also performed the same non-tipped "closing checklist" duties as myself. I have personal knowledge from my employment with Perry's at both its "Uptown" and "Grapevine" locations. I also know this because the other servers and I would split the duties on the "closing checklist" according to the ending time of our shift (i.e. first to leave, second to leave, third to leave).

10.  Based on my employment with Perry's at both the "Uptown" and Grapevine" locations, I know that other servers and I were required to perform the same non-tipped job duties, including those listed on the "item count checklist," such as cleaning and filling 12 sugar caddies and 12 sets of salt and pepper shakers; cleaning and polishing 12 steak knife plates, 4 fork and butter knife plates; cleaning and polishing 2 plates worth of spoons (approx. 20-25 serving spoons, 25-30 dessert spoons, and 15-20 tea spoons), 6 stacks (approx. 25-30 plates per stack) of bread and butter plates, and 5 stacks (approx. 25-30 plates per stack) of appetizer plates; polishing and rolling 230 rolls of silverware (50 extra – for a total of 280 rolls of silverware on Sunday, Monday, Tuesday, and Wednesday); and cleaning, polishing, and placing 10 rock glasses, 3 snifters, 20 white wine stems, 3 decanters, and 30 carafes in the fridge or wine tower. I also know this from my conversations with other servers about our job duties, from working alongside other servers at multiple locations (who also performed the same non-tipped job duties), and from the checklists created by Perry's.

11.  All servers, including myself, Helgason, Crawford, and Opt-in Plaintiffs were required to contribute a fixed percentage (i.e. 4.5% of our total food and alcohol sales) into a mandatory tip pool of which a portion was distributed to bussers, food runners, and non-existent employees who were not scheduled to work or did not work. I know this from my

employment with Perry's at both its "Uptown" and "Grapevine" locations and from conversations with other servers about our tips, the tip pool, and tip pool distributions. I also have personal knowledge that even if a busser or food runner was not scheduled to work or did not work a particular shift, Perry's still required its servers, including myself to allocate the fixed percentage into the tip pool which was then distributed to bussers and food runners who were not scheduled to work and did not work. I know this from my employment with Perry's and from discussions with other servers about the tip pool and tip distributions to employees who were not scheduled to work or did not work.

12.    From my employment with Perry's and discussions with others (employed as bussers and servers) about the tip pool and tip pool distributions, I know that Perry's paid its bussers a flat hourly wage, regardless of the amount of tips contributed into the tip pool and purportedly earmarked for the bussers. From conversations with other co-workers (including, servers and bussers) and my employment as a server at both the "Uptown" and "Grapevine" locations, I also know that Perry's retained a portion of the tips the other servers and I contributed into the mandatory tip pool and that any tips exceeding the bussers flat hourly rate were not redistributed by Perry's to its servers, including myself.

13.    I also know that Perry's required its' servers, including myself, Helgason, Crawford, and Opt-in Plaintiffs, to purchase mandatory uniforms and other business-related items, such as shirts, aprons, vests, ink pens, permanent markers, server books, wine openers, pepper mills and holsters, and crumb scraper (i.e. tool used to scrape and scoop bread crumbs off dining tables) that we were required to wear and use during each work shift. I know this from my employment with Perry's at both its "Uptown" and "Grapevine" locations and from working alongside other servers, all of whom were required to purchase, charged for, or deducted for the same mandatory uniforms and business-related items as myself.

14.    From various discussions I had with my co-workers, I learned that Perry's payment structure and policies were uniformly imposed on all its' servers, including myself, Helgason, Crawford, and Opt-in Plaintiffs. I also know that other servers who work or worked for Perry's had the same experience with Perry's in terms of job duties and responsibilities, pay structure, and job assignments because all servers were subject to the same policies and practices, regardless of the restaurant location. I also know this from my employment with Perry's and conversations with other servers about our job duties, compensations, and Perry's deductions and charges for mandatory uniforms and business-related items.

15.    Based on my employment and conversations with other servers, I have personal knowledge that there are many other servers who have joined this lawsuit, and many other servers who would join this action to recover their unpaid wages, including monies owed for misappropriated tips and illegal deductions for mandatory uniforms and other business-related items, if they were informed of their rights to do so. Especially, if they were informed of the correct amount of reimbursement each is entitled to for the illegal deductions and of their right to join this action without fear of retaliation.

16.    Throughout my employment, Perry's and its managers would correspond with me and my co-workers via text message sent to our personal cell phone, phone call, and email. Based on

my conversations with other servers and my observations during my employment with Perry's, I know that Perry's corresponded via text message, phone call, and email with other servers to inform the other servers and I about upcoming schedules and shift swaps.

17.   Most, if not all, of Perry's former and current servers have smart phone cell phones with the ability to view websites. Sending notice of the collective action via cell phone would be a very effective way to advise potential class members of this lawsuit, their ability to join, and inform them that Perry's is prohibited from retaliating against them for joining this lawsuit.

I swear under penalty of perjury that the foregoing is true and correct."

Executed on _____7/29/2020_____.

Phylisha Martinez

DocuSign Envelope ID: 154AD1B2-5932-4524-9AF8-10142E6EF138

Exhibit F

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **RIAN HELGASON and CAROLINE CRAWFORD, individually and on behalf of all others similarly situated under 29 U.S.C. § 216(b)** | |
| *Plaintiffs,* | No.  3:20-cv-01573-E |
| **v.** | |
| **PERRY'S RESTAURANTS LTD; PERRY'S LLC; PBS HOLDINGS, INC.; and LEASING ENTERPRISES, LTD, collectively d/b/a Perry's Steakhouse and Grille; and CHRISTOPHER V. PERRY, individually.** | **PLAINTIFF'S DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE UNDER SECTION 216(B)** |
| *Defendants.* | |

### DECLARATION OF EVELYN CASTANEDA MARTINEZ

Pursuant to 28 U.S.C.A § 1746, the undersigned declares as follows:

1.    "My name is Evelyn Castaneda Martinez. I am over the age of 18, and I am competent to testify in this matter and as to the facts contained in this declaration. I have never been adjudged incompetent. I have personal knowledge of all the facts contained in this declaration, and all the facts contained herein are true and correct. The document *attached as* Exhibit G is a true and correct copy of my paycheck stub.

2.    I was employed by Perry's Restaurants LTD., d/b/a Perry's Steakhouse and Grille ("Perry's") from approximately October 2017 to May 2020 and I worked as a server, but sometimes I would train servers or open the restaurant. Throughout my employment with Perry's, I worked as a server at four (4) of its Texas locations: "Uptown" location in Dallas, Texas (2000 McKinney Ave., Dallas, Texas 75201), "Grapevine" location in Grapevine, Texas (2400 West State Highway 114, Grapevine, Texas 76051), "Doman Northside" location in Austin, Texas (11801 Domain Blvd., Austin, Texas 78758), and "Downtown Austin" location (114 West 7th St., Austin, Texas 78701).

3.    Based on my employment and working alongside my co-workers, including Named Plaintiffs Rian Helgason ("Helgason") and Caroline Crawford ("Crawford"), as well as Opt-in Plaintiffs who have joined this lawsuit, I know that Perry's owns and operates a chain of

DocuSign Envelope ID: 154AD1B2-5932-4524-9AF8-10142E6EF138

restaurants, commonly known as Perry's, with several locations throughout Texas including Frisco, Texas; San Antonio, Texas; and Houston, Texas. I also have personal knowledge, based on my observations and discussions with other servers, including Helgason, Crawford, and Opt-in Plaintiffs, that Perry's employs many other servers throughout its restaurants in Texas – all of whom work or worked as servers, are required to perform the same or similar job duties, and were paid in the same manner – pursuant to the tip credit (i.e. $2.13 per hour, plus tips) – as myself, Crawford, Helgason, and Opt-in Plaintiffs.

4.    Throughout my employment with Perry's at each location that I worked at ("Uptown" location, "Grapevine" location, "Domain Northside" location, and "Downtown Austin" location), I was required to wait on customers, take food and beverage orders, answer questions about the menu, deliver food and beverages, provide checks and complete payment, assist with any additional customer needs or requests, remove dinnerware from tables, perform other tasks as necessary to serve Perry's customers, and any other tasks as directed by Perry's. I know that other servers, including Crawford, Helgason, and Opt-in Plaintiffs, were all required to perform the same job duties as myself. I know this from my observations of other servers performing the same job duties and conversations with other servers (who worked at one or more of Perry's restaurants in Texas) about the job duties we performed as servers.

5.    Perry's also required its servers, including Crawford, Helgason, and Opt-in Plaintiffs, to perform a number of non-tipped duties—before, during, and after our work shifts—that were *related* and *unrelated* to our tipped occupations as servers, including busser duties (i.e. resetting chairs and tables, cleaning tables, and taking back (to the kitchen) and emptying buss tubs—filled with cast iron plates and pork chop boards); food runner duties (i.e. cleaning different areas of the restaurant, preparing expo line, and running food); dishwasher duties (i.e. polishing glassware and silverware and cleaning pork chop boards); food expeditor duties (i.e. preparing bread for the oven and piping butter into ramekins); and conducting inventory checks (i.e. counting plates, silverware, check presenters, and decanters) all at a rate of $2.13 per hour. I know this from my employment with Perry's at multiple locations in Texas, from working along-side other servers who also performed the same job duties as myself, and from conversations with other servers about our compensation.

6.    Perry's required its servers, including myself, Helgason, Crawford, and Opt-in Plaintiffs, to perform non-tipped job duties (i.e. "side-work"), including wiping down tables and booths, organizing and aligning chairs and tables, setting up and filling tea and water pitchers, and ensuring that linens were properly placed on tables at a rate of $2.13 per hour. I know this from my employment with Perry's at multiple locations in Texas and my observations of other servers performing the same "side-work" as myself. I also know that the other servers and I spent more than twenty percent (20%) of our shift time in each workweek performing non-tipped job duties (i.e. "side-work"). I have personal knowledge of this from my employment with Perry's, during which I observed other servers, including Helgason, Crawford, and Opt-in Plaintiffs, performing the same "side-work" as myself and from conversations with other servers about non-tipped job duties and our compensation.

7. I also know that Perry's servers, including myself, Helgason, Crawford, and Opt-in Plaintiffs, regularly performed the same additional non-tipped job duties, unrelated to our job as servers at a rate of $2.13 per hour. I know this from my employment with Perry's at multiple locations in Texas and from my observations of other servers performing the same job duties as myself.

8. I know from my employment and working along-side other servers at multiple locations in Texas that the other servers and I performed the same duties on the opening shift. For example, if we worked the opening shift, the other servers and I were required to complete all items on the "opening checklist" before our first table could be seated. The "opening checklist" items, included organizing chairs, aligning stools around the bar, placing candles on tables, cleaning and arranging bar menus, aligning and leveling tables, setting up patio tables with bar menus and center pieces, setting up ice buckets, wiping down legs of barstools, completing pork chop folds, setting up and filling tea and water pitchers, dusting the piano, TV's, and ledges, and any other opening job duties as required by Perry's.

9. Based on my employment with Perry's at multiple locations in Texas, I also know that the other servers and I performed the same closing duties listed on the "closing checklist" created by Perry's. This included, polishing and restocking glasses and stems (i.e. burgundy glasses, white wine glasses, champagne stems magnum decanters, snifters, white wine stems, carafes, highballs, and rocks glasses in the wine bar); cleaning and restocking water coolers; stocking and polishing dessert spoons, serving spoons, tea spoons, steak knives, dinner forks, and plates; pumping ports (i.e. pumping air out of wine towers); restocking To-go station; filling and wiping salt and pepper shakers; completing daily clean up duties; cleaning and polishing ice buckets; wiping down booths and scraping gum off tables; removing stains from the carpet; and ensuring that patio was broken down and cleaned. I also know this because the other servers and I would split the duties on the "closing checklist" according to our shift ending time and from working alongside other servers who also performed the same non-tipped "closing checklist" duties as myself.

10. Throughout my employment with Perry's, the other servers and I were also required to and performed the same duties identified on the "item count checklist" at the end of our work shifts. This includes, cleaning and filling 12 sugar caddies and 12 sets of salt and pepper shakers; cleaning and polishing 12-16 steak knife plates, 4-8 fork and butter knife plates; cleaning and polishing 2-6 plates worth of spoons (approx. 20-65 serving spoons, 25-70 dessert spoons, and 15-60 tea spoons), 6-10 stacks (approx. 25-50 plates per stack) of bread and butter plates, and 5-10 stacks (approx. 25-55 plates per stack) of appetizer plates; polishing and rolling a total of 230 rolls of silverware (50 extra – for a total of 280 rolls of silverware on Sunday, Monday, Tuesday, and Wednesday); and cleaning, polishing, and placing 10 rock glasses, 3 snifters, 20 white wine stems, 3 decanters, and 30 carafes in the fridge or wine tower (which could range from 30-70 pieces of glassware). I know this from my employment with Perry's, conversations with other servers about our job duties, and working alongside other servers at multiple locations who also performed the same non-tipped job duties as myself, as well as from the checklists created by Perry's.

DocuSign Envelope ID: 154AD1B2-5932-4524-9AF8-10142E6EF138

11. All servers, including myself, Helgason, Crawford, and Opt-in Plaintiffs, were required to contribute a fixed percentage (i.e. 4.5% of our total food and alcohol sales) into a mandatory tip pool of which a portion was distributed to bussers and food runners, and non-existent employees who were not scheduled to work or did not work. I know this from my employment with Perry's at multiple locations in Texas (including, the "Uptown" location, "Grapevine" location, "Domain Northside" location, and "Downtown Austin" location) and from conversations with other servers (at each of the locations I worked) about our tips, the tip pool, and tip pool distributions.

12. I also have personal knowledge that even if a busser or food runner was not scheduled, did not work, or the positions were vacant (i.e. not staffed) for a particular shift, Perry's still required its servers, including myself to allocate the fix percentage of 4.5% of our total food and alcohol sales into the tip pool which was then distributed to bussers and food runners who were not scheduled to work and did not work. I know this from my employment with Perry's and from conversations with other servers about the mandatory tip pool and tip distributions to employees that were not scheduled to work and did not work.

13. Based on my employment with Perry's and conversations with others employed by Perry's (including, bussers and servers) about the tip pool and tip pool distributions, I know that Perry's retained a portion of mine and the other servers' tips that we contributed into the mandatory tip pool. I also know that Perry's paid its bussers a flat hourly wage, regardless of the amount of tips the other servers and I contributed to the tip pool and were purportedly earmarked for the bussers; and, as a result, any tips exceeding the bussers flat hourly rate were not redistributed to the other servers and I. I know this from my employment with Perry's at multiple locations in Texas and from my conversations with other servers who worked at one or more of Perry's locations about our tips and compensation.

14. I also know that Perry's required all of its' servers, including myself, Helgason, Crawford, and Opt-in Plaintiffs, to purchase mandatory uniforms and other business-related items, such as shirts, aprons, vests, ink pens, permanent markers, server books, wine openers, pepper mills and holsters, and crumb scraper (i.e. tool used to scrape and scoop bread crumbs off dining tables). I know this from my employment with Perry's at its locations in Texas (including, the "Uptown" location, "Grapevine" location, "Domain Northside" location, and "Downtown Austin" location) and from working alongside other servers—all of whom were required to pay for out of pocket or deducted from their wages for the same mandatory uniforms and business-related items as myself.

15. From various discussions with my co-workers, I learned that Perry's payment structure and policies were uniformly imposed on all its' servers, including myself, Helgason, Crawford, and Opt-in Plaintiffs. I also know that other servers who work or worked for Perry's had the same experience with Perry's in terms of job duties and responsibilities, pay structure, and job assignments or duties because all servers were subject to the same policies and practices, regardless of the location employed at. I know this from my employment with Perry's at its locations in Texas (including, the "Uptown" location, "Grapevine" location, "Domain Northside" location, and "Downtown Austin" location) and from my observations of other

Declaration of Evelyn Castaneda Martinez | Page 4

servers (at multiple Perry's locations), and from my conversations with other servers (who worked at one or more of Perry's restaurants in Texas) about our job duties, compensation, and Perry's deductions and charges for mandatory uniforms and business-related items.

16.   Based on my employment and conversations with other servers, I know that there are many other servers who have joined this action, and many other servers who would join this action to recover their unpaid wages, including monies owed for misappropriated tips and illegal deductions for mandatory uniforms and other business-related items, if they were informed of their rights to do so. Especially, if they were informed of the correct amount of reimbursement each is entitled to for the illegal deductions and of their right to join this action without fear of retaliation.

17.   Throughout my employment, Perry's and its managers would correspond with me and my co-workers via text message sent to our personal cell phone, phone call, and email. Based on my conversations with other servers and my observations during my employment with Perry's at multiple locations in Texas, I know that Perry's corresponded via text message, phone call, and email with other servers to inform the other servers and I about upcoming schedules and shift swaps.

18.   Most, if not all, of Perry's former and current servers have smart phone cell phones with the ability to view websites. Sending notice of the collective action via cell phone would be a very effective way to advise potential class members of this lawsuit, their ability to join, and inform them that Perry's is prohibited from retaliating against them for joining this lawsuit.

I swear under penalty of perjury that the foregoing is true and correct."

Executed on _____8/7/2020_____.

Evelyn Castaneda Martinez

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 062 |
|-----|------|-------|-------|-----------|-----|

**Earnings Statement**


Exhibit G

PERRY'S  RESTAURANT  LTD
9821  KATY  FREEWAY  STE  500
HOUSTON,  TX  77024

Period Beginning: 11/26/2017
Period Ending: 12/02/2017
Pay Date: 12/08/2017

Taxable  Marital  Status:    Single
Exemptions/Allowances:
   Federal:       0
   TX:           No State Income Tax

**PHYLISHA  HENRI  MARTINEZ
1050  LAKE  CAROLYN  PARKWAY
2335
IRVING  TX  75039**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 2.1300 | 26.81 | 57.11 | 1,020.55 |
| Tip Share Paid | | | −148.56 | −1,393.05 |
| Total Gratuitie | | | 691.80 | |
| **Gross Pay** | | | **$600.35** | 5,445.33 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | −74.45 | 665.28 |
| | Social Security Tax | −37.22 | 337.61 |
| | Medicare Tax | −8.71 | 78.96 |
| | **Other** | | |
| | Tip Share Paid | −148.56 | |
| | Tips | −543.24 | 4,424.78 |
| | Uniform | −10.00 | 10.00 |
| | Cred Card Reimb | | −5,817.83 |
| | **Adjustment** | | |
| | Cred Card Reimb | +691.80 | |
| | **Net Pay** | **$469.97** | |
| | Checking 1 | −469.97 | |
| | **Net Check** | **$0.00** | |

Your  federal  taxable  wages  this  period  are  $600.35

© 2000  ADP, LLC

PERRY'S  RESTAURANT  LTD
9821  KATY  FREEWAY  STE  500
HOUSTON, TX  77024

Advice  number:      **00000490414**
Pay  date:            12/08/2017

| Deposited  to the account  of | account number | transit  ABA | amount |
|-------------------------------|----------------|--------------|--------|
| **PHYLISHA  HENRI  MARTINEZ** | xxxxxx5493 | xxxx  xxxx | $469.97 |

THIS IS NOT A CHECK

**NON–NEGOTIABLE**

App. 030

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 062 |
|-----|------|-------|-------|-----------|-----|

**Earnings Statement**

ADP

*PERRY'S RESTAURANT LTD*
*9821 KATY FREEWAY STE 500*
*HOUSTON, TX 77024*

Period Beginning: 12/17/2017
Period Ending: 12/23/2017
Pay Date: 12/29/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  TX: No State Income Tax

**PHYLISHA HENRI MARTINEZ**
**1050 LAKE CAROLYN PARKWAY**
**2335**
**IRVING TX 75039**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 2.1300 | 40.00 | 85.20 | 1,247.10 |
| Ot Temp | 5.7550 | 14.14 | 81.38 | 91.22 |
| Tip Share Paid | | | −403.36 | −2,206.54 |
| Total Gratuitie | | | 1,615.76 | |
| **Gross Pay** | | | **$1,378.98** | 8,185.37 |

| Deductions | Statutory | | | |
|------------|-----------|--|--|--|
| | Federal Income Tax | | −251.74 | 1,100.83 |
| | Social Security Tax | | −85.49 | 507.49 |
| | Medicare Tax | | −20.00 | 118.69 |
| | **Other** | | | |
| | Tip Share Paid | | −403.36 | |
| | Tips | | −1,212.40 | 6,847.05 |
| | Uniform | | −6.15 | 32.30 |
| | Cred Card Reimb | | | −9,053.59 |
| | **Adjustment** | | | |
| | Cred Card Reimb | | +1,615.76 | |
| | **Net Pay** | | **$1,015.60** | |
| | Checking 1 | | −1,015.60 | |
| | **Net Check** | | **$0.00** | |

Your federal taxable wages this period are
$1,378.98

© 2000 ADP, LLC

PERRY'S RESTAURANT LTD
9821 KATY FREEWAY STE 500
HOUSTON, TX 77024

Advice number: 00000520364
Pay date: 12/29/2017

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| PHYLISHA HENRI MARTINEZ | xxxxxx5493 | xxxx xxxx | $1,015.60 |



**NON–NEGOTIABLE**

App. 031

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 062 |
|-----|------|-------|-------|-----------|-----|
| EQ7 | A02 | 0123TQ | | | |

# Earnings Statement



PERRY'S RESTAURANT LTD
9805 KATY FREEWAY SUITE 650
HOUSTON, TX 77024

Period Beginning:  01/06/2019
Period Ending:  01/12/2019
Pay Date:  01/18/2019

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  0
  TX:  No State Income Tax

**PHYLISHA HENRI MARTINEZ
13290 NOEL RD
260
DALLAS TX 75240**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 2.1300 | 23.28 | 49.59 | 174.41 |
| Tip Share Paid | | | -191.08 | -689.14 |
| Total Gratuitie | | | 871.23 | |
| **Gross Pay** | | | **$729.74** | 2,413.46 |

**Important Notes**
COMPANY PH #: 281-480-3337

| Deductions | | this period | year to date |
|------------|--|-------------|--------------|
| **Statutory** | | | |
| Federal Income Tax | | -75.06 | 299.64 |
| Social Security Tax | | -45.24 | 149.63 |
| Medicare Tax | | -10.59 | 35.00 |
| **Other** | | | |
| Tip Share Paid | | -191.08 | |
| Tips | | -680.15 | 2,239.05 |
| Uniform | | -3.65 | 3.65 |
| Cred Card Reimb | | | -2,928.19 |
| **Adjustment** | | | |
| Cred Card Reimb | | +871.23 | |
| **Net Pay** | | **$595.20** | |
| Checking 1 | | -595.20 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $729.74

© 2000 ADP, LLC

PERRY'S RESTAURANT LTD
9805 KATY FREEWAY SUITE 650
HOUSTON, TX 77024

Advice number:  **00000030604**
Pay date:  01/18/2019

Deposited to the account of
**PHYLISHA HENRI MARTINEZ**

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | xxxxxx5493 | xxxx xxxx | $595.20 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

App. 032

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 062 |
|-----|------|-------|-------|-----------|-----|

**Earnings Statement**



PERRY'S RESTAURANT LTD
9821 KATY FREEWAY STE 500
HOUSTON, TX 77024

Period Beginning: 12/31/2017
Period Ending: 01/06/2018
Pay Date: 01/12/2018

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 0
　TX: No State Income Tax

EVELYN CASTANEDA MARTINEZ
1645 WEYLAND DR
2135
NORTH RICHLAND HILLS TX 76180

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2.1300 | 28.01 | 59.66 | 88.16 |
| Tip Share Paid | | | −173.03 | −222.91 |
| Total Gratuitie | | | 649.78 | |
| **Gross Pay** | | | **$536.41** | 726.79 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | −64.86 | 79.48 |
| | Social Security Tax | −33.26 | 45.06 |
| | Medicare Tax | −7.78 | 10.54 |
| | **Other** | | |
| | Tip Share Paid | −173.03 | |
| | Tips | −476.75 | 638.63 |
| | Cred Card Reimb | | −861.54 |
| | **Adjustment** | | |
| | Cred Card Reimb | +649.78 | |
| | **Net Pay** | **$430.51** | |
| | Checking 1 | −430.51 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $536.41

© 2000 ADP, LLC

PERRY'S RESTAURANT LTD
9821 KATY FREEWAY STE 500
HOUSTON, TX 77024

Advice number: 00000020313
Pay date: 01/12/2018

Deposited to the account of | account number | transit ABA | amount
EVELYN CASTANEDA MARTINEZ | xxxxx7943 | xxxx xxxx | $430.51

THIS IS NOT A CHECK

**NON−NEGOTIABLE**

App. 033

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 062 |
|---|---|---|---|---|---|



# Earnings Statement

PERRY'S  RESTAURANT  LTD
9805  KATY  FREEWAY  SUITE  650
HOUSTON,  TX  77024

Period Beginning: 02/11/2018
Period Ending: 02/17/2018
Pay Date: 02/23/2018

Taxable  Marital  Status:    Single
Exemptions/Allowances:
    Federal:          3
    TX:                    No State Income Tax

**RIAN  LEIGH  HELGASON**
**6925  NE  LOOP  820**
**1221**
**NORTH  RICHLAND  HILLS  TX  76180**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2.1300 | 40.00 | 85.20 | 813.15 |
| Ot Temp | 5.7550 | 17.51 | 100.77 | 100.77 |
| Tip Share Paid | | | −388.77 | −1,275.79 |
| Total Gratuitie | | | | 1,600.99 |
| **Gross Pay** | | | **$1,398.19** | 5,192.35 |

**Important Notes**
COMPANY  PH #: 281−480−3337

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | −161.19 | 379.40 |
| | Social Security Tax | −86.69 | 321.93 |
| | Medicare Tax | −20.27 | 75.29 |
| | **Other** | | |
| | Tip Share Paid | −388.77 | |
| | Tips | −1,212.22 | 4,278.43 |
| | Cred Card Reimb | | −5,554.22 |
| | **Adjustment** | | |
| | Cred Card Reimb | +1,600.99 | |
| | **Net Pay** | **$1,130.04** | |
| | Checking 2 | −1,130.04 | |
| | **Net Check** | **$0.00** | |

Your  federal  taxable  wages  this  period  are
$1,398.19

© 2000  A.D.P.,  LLC

PERRY'S  RESTAURANT  LTD
9805  KATY  FREEWAY  SUITE  650
HOUSTON,  TX  77024

Advice number:          **00000080482**
Pay date:                     02/23/2018

Deposited  to  the  account  of
**RIAN  LEIGH  HELGASON**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx8590 | xxxx xxxx | $1,130.04 |

THIS IS NOT A CHECK

# NON−NEGOTIABLE

App. 034

**Earnings Statement**

**ADP**

PERRY'S  RESTAURANT  LTD
9805 KATY FREEWAY SUITE 650
HOUSTON, TX 77024

| | |
|---|---|
| Period Beginning: | 02/11/2018 |
| Period Ending: | 02/17/2018 |
| Pay Date: | 02/23/2018 |

Taxable Marital Status:     Single
Exemptions/Allowances:
  Federal:        1
  TX:              No State Income Tax

SARA  SHARIF
3601  GRAPEVINE  MILLS  PKWY
#1237
GRAPEVINE  TX  76051

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2.1300 | 40.00 | 85.20 | 742.07 |
| Ot Temp | 5.7550 | 26.58 | 152.97 | 245.95 |
| Tip Share Paid | | | −434.52 | −638.27 |
| Total Gratuitie | | | 1,874.70 | |
| **Gross Pay** | | | **$1,678.35** | 3,156.32 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | −257.94 | 357.94 |
| | Social Security Tax | −104.06 | 195.69 |
| | Medicare Tax | −24.34 | 45.77 |
| | **Other** | | |
| | Tip Share Paid | −434.52 | |
| | Tips | −1,440.18 | 2,168.30 |
| | Cred Card Reimb | | −2,806.57 |
| | **Adjustment** | | |
| | Cred Card Reimb | +1,874.70 | |
| | **Net Pay** | **$1,292.01** | |
| | **Net Check** | **$1,292.01** | |

**Important Notes**
COMPANY  PH #: 281−480−3337

Your federal taxable wages this period are
$1,678.35

© 2000 ADP, LLC

PERRY'S  RESTAURANT  LTD
9805 KATY FREEWAY SUITE 650
HOUSTON, TX 77024

E0V
90−477/1222

**Payroll check number:** 0007054496
**Pay date:** 02/23/2018

| | | |
|---|---|---|
| Pay to the order of: | **SARA  SHARIF** | |
| This amount: | ONE THOUSAND TWO HUNDRED NINETY TWO AND 01/100 DOLLARS | **$1292.01** |



ISSUED  BY  ADP PAYROLL SERVICES    VOID NON-NEGOTIABLE     VOID NON-NEGOTIABLE    AVAILABLE  AT  877−423−7243

VOID AFTER 180 DAYS

Wells Fargo Bank, N.A.
111 Congress Ave
Austin, TX 78701

App. 035

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 062 |
|---|---|---|---|---|---|

**Earnings Statement**



PERRY'S RESTAURANT LTD
9805 KATY FREEWAY SUITE 650
HOUSTON, TX 77024

Period Beginning: 01/05/2020
Period Ending: 01/11/2020
Pay Date: 01/17/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:    0,Tax Blocked
  TX:     No State Income Tax

**DIMITRI U SEBIKALI
12884 KILTARTAN DR.
FRISCO TX 75035**

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2.1300 | 36.85 | 78.49 | 180.47 |
| Tip Share Paid | | | -269.93 | -656.02 |
| Total Gratuitie | | | 1,209.71 | |
| **Gross Pay** | | | **$1,018.27** | 2,346.23 |

### Important Notes

COMPANY PH #: 281-480-3337

BASIS OF PAY: HOURLY

### Deductions

**Statutory**

| | | year to date |
|---|---|---|
| Social Security Tax | -63.14 | 145.47 |
| Medicare Tax | -14.76 | 34.02 |

**Other**

| | | |
|---|---|---|
| Tip Share Paid | -269.93 | |
| Tips | -939.78 | 2,165.76 |
| Cred Card Reimb | | -2,821.78 |

**Adjustment**

| | | |
|---|---|---|
| Cred Card Reimb | +1,209.71 | |
| **Net Pay** | | **$940.37** |
| Checking 1 | -940.37 | |
| **Net Check** | | **$0.00** |

Your federal taxable wages this period are $1,018.27

© 2000 ADP, LLC

PERRY'S RESTAURANT LTD
9805 KATY FREEWAY SUITE 650
HOUSTON, TX 77024

Advice number:    00000030502
Pay date:       01/17/2020

Deposited to the account of
**DIMITRI U SEBIKALI**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx3552 | xxxx xxxx | $940.37 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

App. 036

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 062 |
|-----|------|-------|-------|-----------|-----|
| E07 | 6200 | 012373 | S24 | | |

# Earnings Statement



PERRY'S RESTAURANT LTD
9805 KATY FREEWAY SUITE 650
HOUSTON, TX 77024

Period Beginning: 02/23/2020
Period Ending: 02/29/2020
Pay Date: 03/06/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  TX: No State Income Tax

**CAROLINE SUSAN CRAWFORD**
**951 TURNER ROAD**
**1211**
**GRAPEVINE TX 76051**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 2.1300 | 32.94 | 70.16 | 519.71 |
| Tip Share Paid | | | -328.62 | -1,969.72 |
| Total Gratuitie | | | 1,479.38 | |
| Ot Temp | | | | 28.89 |
| **Gross Pay** | | | **$1,220.92** | 7,405.71 |

### Important Notes
COMPANY PH #: 281-480-3337

BASIS OF PAY: HOURLY

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -153.37 | 738.65 |
| | Social Security Tax | -75.69 | 459.15 |
| | Medicare Tax | -17.70 | 107.38 |
| | **Other** | | |
| | Tip Share Paid | -328.62 | |
| | Tips | -1,150.76 | 6,857.11 |
| | Cred Card Reimb | | -8,826.83 |
| | Uniform | | 3.37 |
| | **Adjustment** | | |
| | Cred Card Reimb | +1,479.38 | |
| | **Net Pay** | **$974.16** | |
| | Checking 1 | -974.16 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,220.92

© 2000 ADP, LLC

PERRY'S RESTAURANT LTD
9805 KATY FREEWAY SUITE 650
HOUSTON, TX 77024

Advice number: 00000100453
Pay date: 03/06/2020

| Deposited to the account of | account number | transit ABA | amount |
|------------------------------|----------------|-------------|--------|
| **CAROLINE SUSAN CRAWFORD** | xxxxx4151 | xxxx xxxx | $974.16 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

App. 037

Exhibit H

# SERVER SHIFT CHECKLIST

**OPENING CHECKLIST** Austin / Marion **DATE:** 11/20

Gerry's STEAKHOUSE & GRILLE

| NAME | OPENING ASSIGNMENT |
|---|---|
| | · Set up beverage, coffee, cappuccino and water stations; disinfect handles & buttons on tea, coffee and capuccino machines |
| | · Pipe butter (dine-in and togo) |
| | · Tray condiments: ckt/tartar/ketchup/mayo/mustard (dine in & togo) |
| Tyler | · Fill apple sauce ramikens, togo cups according to business level → TOGO Station |
| | · Check tables for spots/symmetry, wobbly tables |
| Dylan/Sam | · Cut lemon wedges & lemon wraps (Quantity from Chef) → |
| Peter | · Stock Stations: Steak knife plates, fork/knife plates, dessert spoon plates, B&B plates, appetizer plates |
| | · Polish goose necks, coffee creamers & urns, stock tea box, disinfect outside of box |
| All | · Polish all silverware for tables, expo & beverage station: Knives, forks, spoons |
| | · Fill tea & water pitchers; wrap with clean linens |
| | · Stock doily plates (Quantity from Chef) and roll hot towels |
| All | · Polish raminkens |
| | · Polish service spoons, cocktail forks and tongs |
| | · Roll server aprons* |
| | · Disinfect outside of wine buckets; fill upstairs ice buckets* |
| | · Set up Potato Station* |

**CLOSING CHECKLIST**

| NAME | CLOSING ASSIGNMENT |
|---|---|
| Bev Station | · Disinfect small trays and clean bins<br>· Restock all soap dispensers and hand towel stations<br>· Clean water coolers<br>**Server Stations/Terminals:**<br>· Restock thermal paper & hand sanitizer<br>· Clean terminals and station with Peroxide cleaner, throw away trash<br>· Sanitize/restock all water coolers;<br>· Disinfect outside of wine chillers with Peroxide cleaner |
| Jake | **Reach-In-Coolers:**<br>· Wipe inside and out of cooler; disinfect handles with Peroxide cleaner<br>· Discard any product with poor quality, inform Chef |
| Rob | · Disinfect with Peroxide cleaner and restock To Go Station<br>· Restock to go boxes, cheesecake bags and portion cups with lids<br>· Clean all large trays; disinfect handles with Peroxide cleaner |
| Pork Chop Bowie TO GO area | · Wipe down tray jacks<br>· Restock wine buckets upstairs*; disinfect with Peroxide cleaner<br>· Stock bread station |
| | · Clean coffee and tea brewers disinfect handles with Peroxide cleaner<br>· Empty and clean tea and coffee urns; disinfect handles with Peroxide cleaner<br>· Breakdown, clean and restock beverage station |
| Tyler Austin | · Breakdown and clean soda fountain; disinfect outside Peroxide cleaner<br>· Breakdown & clean water station disinfect handles of faucet with Peroxide cleaner<br>· Clean hot towel station |
| Brian murion | · Breakdown and clean all sugar caddies, disinfect buttons with Peroxide cleaner<br>· Polish and restock all types of wine glasses in Server Stations<br>· Restock wine tower |
| taitah | **Closers:**<br>· Make sure drawers accurate<br>· Clean warming trays, coffee urns and BOH misc items |
| Ashleigh | · Clean remaining tea/water pitchers and remove linens; disinfect handles with Peroxide cleaner<br>· Take out dough |

**Knives Plate:** 2   **Polish/Roll-ups:** 15   **Decanters:**   **Glass Racks:** 10
03/12/2020

**SERVER SHIFT CHECKLIST**

**OPENING CHECKLIST** *Austin David* **DATE:** *8/2/2* 

Perry's
STEAKHOUSE & GRILLE

| NAME | OPENING ASSIGNMENT |
|---|---|
| | · Set up beverage, coffee, cappuccino and water stations; disinfect handles & buttons on tea, coffee and capuccino machines |
| | · Pipe butter (dine-in and togo) |
| | · Tray condiments: ckt/tartar/ketchup/mayo/mustard (dine in & togo) |
| | · Fill apple sauce ramikens/togo cups according to business level |
| | · Check tables for spots/symmetry, wobbly tables |
| | · Cut lemon wedges and lemon wraps (Quantity from Chef) |
| | · Stock Stations: Steak knife plates, fork/knife plates, dessert spoon plates, B&B plates, appetizer plates |
| | · Polish goose necks, coffee creamers & urns, stock tea box; disinfect outside of box |
| *A-11* | · Polish all silverware for tables, expo & beverage station: Knives, forks, spoons |
| | · Fill tea & water pitchers; wrap with clean linens |
| | · Stock doily plates (Quantity from Chef) and roll hot towels |
| | · Polish raminkens |
| *A-11* | · Polish service spoons, cocktail forks and tongs |
| | · Roll server aprons* |
| | · Disinfect outside of wine buckets; fill upstairs ice buckets* |
| | · Set up Potato Station* |

**CLOSING CHECKLIST**

| NAME | CLOSING ASSIGNMENT |
|---|---|
| AUStin | · Disinfect small trays and clean bins<br>· Restock all soap dispensers and hand towel stations<br>· Clean water coolers |
| DAVID | Server Stations/Terminals:<br>· Restock thermal paper & hand sanitizer<br>· Disinfect terminals and station with Peroxide cleaner, throw away trash<br>· Organize/restock all water coolers;<br>· Disinfect outside of wine chillers with Peroxide cleaner |
| MARion | Reach-In-Coolers:<br>· Wipe inside and out of cooler; disinfect handles with Peroxide cleaner<br>· Discard any product with poor quality-inform Chef |
| GREG | · Disinfect with Peroxide cleaner and organize To Go Station<br>· Restock to go boxes with stickers, bags and portion cups with lids |
| COURTNEY | · Clean all large trays;  disinfect handles with Peroxide cleaner<br>· Wipe down tray jacks<br>· Clean and polish wine buckets upstairs*; disinfect with Peroxide cleaner |
| MARion | · Clean bread station |
| | · Clean coffee and tea brewers disinfect handles with Peroxide clean<br>· Empty and clean tea and coffee urns; disinfect handles with Peroxide cleaner |
| Ashleigh | Breakdown, clean and restock beverage station |
| | · Breakdown and clean soda fountain; disinfect outside Peroxide clean |
| | · Break down & clean water station disinfect handles of faucet with Peroxide cleaner<br>· Clean hot towel station |
| | · Wrap, label and store garnishes<br>· Clean & detail cappuccino machine, leave on; disinfect buttons with Peroxide cleaner |
| | · Polish and restock all types of wine glasses in Server Stations<br>· Pump all ports in the wine tower |
| | Closers:<br>· Ensure all re-sets are accurate<br>· Clean all remaining trays, coffee urns and BOH misc. items<br>· Clean remaining tea/water pitchers and remove linens; disinfect handles with Peroxide cleaner<br>· Final walk through |

*Extra Glasses*

| Knives Plat<br>03/12/2020 | Polish/Roll | Decanters: _____ | Glass Racks: _____ |
|---|---|---|---|

App. 039

**OPENING CHECKLIST** CARL/DAVID

**Perry's**
STEAKHOUSE & GRILLE

| NAME | OPENING ASSIGNMENT |
|------|--------------------|
| | Set up beverage, coffee, cappuccino and water stations; disinfect handles & buttons on tea, coffee and capucchino machines |
| | · Pipe butter (dine-in and togo) |
| | · Tray condiments: ckt/tartar/ketchup/mayo/mustard (dine in & togo) |
| | · Fill apple sauce ramikens/togo cups according to business level |
| | · Check tables for spots/symmetry, wobbly tables |
| | · Cut lemon wedges and lemon wraps (Quantity from Chef) |
| | · Stock Stations: Steak knife plates, fork/knife plates, dessert spoon plates, B&B plates, appetizer plates |
| | · Polish goose necks, coffee creamers & urns, stock tea box; disinfect outside of box |
| | · Polish all silverware for tables, expo & beverage station: Knives, forks, spoons |
| | · Fill tea & water pitchers; wrap with clean linens |
| | · Stock daily plates (Quantity from Chef) and roll hot towels |
| | · Polish raminkens |
| | · Polish service spoons, cocktail forks and tongs |
| | · Roll server aprons* |
| | · Disinfect outside of wine buckets; fill upstairs ice buckets* |
| | · Set up Potato Station* |

**CLOSING CHECKLIST**

| NAME | CLOSING ASSIGNMENT |
|------|--------------------|
| | · Disinfect small trays and clean bins<br>· Restock all soap dispensers and hand towel stations<br>· Clean water coolers |
| | Server Stations/Terminals:<br>· Restock thermal paper & hand sanitizer<br>· Disinfect terminals and station with Peroxide cleaner, throw away trash<br>· Organize/restock all water coolers;<br>· Disinfect outside of wine chillers with Peroxide cleaner |
| | Reach-In-Coolers:<br>· Wipe inside and out of cooler; disinfect handles with Peroxide cleaner<br>· Discard any product with poor quality-inform Chef |
| | · Disinfect with Peroxide cleaner and organize To Go Station<br>· Restock to go boxes with stickers, bags and portion cups with lids |
| | · Clean all large trays;  disinfect handles with Peroxide cleaner<br>· Wipe down tray jacks<br>· Clean and polish wine buckets upstairs*; disinfect with Peroxide cleaner |
| | · Clean bread station |
| | · Clean coffee and tea brewers disinfect handles with Peroxide cleaner<br>· Empty and clean tea and coffee urns; disinfect handles with Peroxide cleaner |
| | · Breakdown, clean and restock beverage station |
| | · Breakdown and clean soda fountain; disinfect outside Peroxide cleaner |
| | · Break down & clean water station disinfect handles of faucet with Peroxide cleaner<br>· Clean hot towel station |
| | · Wrap, label and store garnishes<br>· Clean & detail cappuccino machine, leave on; disinfect buttons with Peroxide cleaner |
| | · Polish and restock all types of wine glasses in Server Stations<br>· Pump all ports in the wine tower |
| | Closers:<br>· Ensure all re-sets are accurate<br>· Clean all remaining trays, coffee urns and BOH misc. items<br>· Clean remaining tea/water pitchers and remove linens; disinfect handles with<br>  Peroxide cleaner<br>· Final walk through |

Knives Plate: _____     Polish/Roll-ups: _____     Decanters: _____     Glass Racks: _____
03/12/2020

| NAME | OPENING ASSIGNMENT |
|---|---|
| *(handwritten)* | ...on tea, coffee and capucchino machines |
| OC | Pipe butter (dine-in and togo) |
| GC | Tray condiments: ckt/tartar/ketchup/mayo/mustard (dine in & togo) |
| OP | Fill apple sauce ramikens/togo cups according to business level |
|  | Check tables for spots/symmetry, wobbly tables |
| OC | Cut lemon wedges and lemon wraps (Quantity from Chef) |
| GC | Stock Stations: Steak knife plates, fork/knife plates, dessert spoon plates, B&B plates, appetizer plates |
| Monty | Polish goose necks, coffee creamers & urns, stock tea box; disinfect outside of box |
| Earl, Everybody Roll!!! | Polish all silverware for tables, expo & beverage station: Knives, forks, spoons |
| OP | Fill tea & water pitchers; wrap with clean linens |
| OP | Stock doily plates (Quantity from Chef) and roll hot towels |
| Monty | Polish raminkens |
| Collins | Polish service spoons, cocktail forks and tongs |
| Collins | Roll server aprons* |
|  | **Disinfect outside of wine buckets; fill upstairs ice buckets*** |
|  | Set up Potato Station* |

## CLOSING CHECKLIST

| NAME | CLOSING ASSIGNMENT |
|---|---|
| Collins | · Disinfect small trays and clean bins<br>· Restock all soap dispensers and hand towel stations<br>· Clean water coolers |
| Earl, Jesse | Server Stations/Terminals:<br>· Restock thermal paper & hand sanitizer<br>· Disinfect terminals and station with Peroxide cleaner, throw away trash<br>· Organize/restock all water coolers;<br>· Disinfect outside of wine chillers with Peroxide cleaner |
| Closers | Reach-In-Coolers:<br>· Wipe inside and out of cooler; disinfect handles with Peroxide cleaner<br>· Discard any product with poor quality-inform Chef |
| Pat, 7 Chop | · Disinfect with Peroxide cleaner and organize To Go Station<br>· Restock to go boxes with stickers, bags and portion cups with lids |
| Collins + towels | · Clean all large trays;  disinfect handles with Peroxide cleaner<br>· Wipe down tray jacks<br>· Clean and polish wine buckets upstairs*; disinfect with Peroxide cleaner |
| Closers | · Clean bread station<br>· Clean coffee and tea brewers disinfect handles with Peroxide cleaner<br>· Empty and clean tea and coffee urns, disinfect handles with Peroxide cleaner |
|  | · Breakdown, clean and restock beverage station |
| Monty | · Breakdown and clean soda fountain; disinfect outside Peroxide cleaner<br>· Break down & clean water station disinfect handles of faucet with Peroxide cleaner<br>· Clean hot towel station<br>· Wrap, label and store garnishes<br>· Clean & detail cappuccino machine, leave on, disinfect buttons with Peroxide cleaner<br>· Polish and restock all types of wine glasses in Server Stations<br>· Pump all ports in the wine tower |
|  | Closers:<br>· Ensure all re-sets are accurate<br>· Clean all remaining trays, coffee urns and BOH misc. items<br>· Clean remaining tea/water pitchers and remove linens; disinfect handles with Peroxide cleaner<br>· Final walk through |

Polish/Roll-ups          Decanters          Glass Racks          App. 041

# COCKTAIL CHECKLIST

## Opening Checklist:

Date: _____

**Perry's**
STEAKHOUSE & GRILLE
RARE & WELL DONE®

| Name: | Opening Assignment: |
|---|---|
| | ▫ Organize all chairs: Cocktail tables parallel to table base<br>▫ Align bar stools around bar: _____Chairs<br>▫ Place candles out on cocktail tables* |
| | ▫ Bar 79 Books standing up and appropriately faced<br>▫ Table spots are aligned to the center of each cocktail table<br>▫ Table bases facing correctly "X", level all tables |
| | ▫ Set up patio tables with Bar 79 Books and center piece*<br>▫ Set up ice buckets: 3 M-Th/5 Fri-Sun<br>▫ Wipe down legs of all barstools |
| | ▫ Complete pork chop folds (Quantity from Chef )<br>▫ Set up and fill tea and water pitchers |
| | ▫ Dust piano, TV's in bar and ledges<br>▫ Polish and distribute wine plates<br>▫ Verify all plates and glassware are polished and stocked |
| | ▫ Check all linens on tables: points between chairs, tags<br>   facing back and seems down |

## Closing Checklist:

**First Out:**
▫ Polish and restock Burgundy, White Wine and Champagne Stems
▫ Clean & restock water coolers
▫ Polish and restock _____ water and _____ beverage glasses
▫ Stock 1 marking tray of polished dessert spoons, serving spoons, & tea spoons
▫ Stock _____ trays of polished steak knives; _____ trays of dinner forks
**Second Out:**
▫ Pump all ports
▫ Restock togo station in cocktail*
▫ Fill and wipe salt and pepper shakers: _____ per station
▫ Stock polished B&B plates and appetizer plates
▫ Complete daily clean up: _____
**Third Out:**
▫ Stock 1 marking tray of polished dinner knives and forks
▫ Clean and fill sugar caddies: _____ per stations
▫ Clean, polish and reset all ice buckets
**Closer:**
▫ Polish and restock magnum decanters, snifters and 2 rows of white wine stems, carafes,
   highballs and rocks glasses in the wine tower/bar.▫ Remove all candles
▫ Wipe down all booths
▫ Patio is broken down and cleaned*

**All Closers:**

_____ Knives   _____ Forks   _____ Silver Tubs   _____ Wine Glasses   _____ Water Glasses





**POSITION INFORMATION**          **LOG IN / SIGN UP**

**SERVER**
AUSTIN, TX

APPLY          SHARE                    APPLY          APPLY          SHARE

                                        SHARE

**Server**
                                                **Position Information**

| Reports To: | Manager | FLSA Status: | Non-Exempt |
|---|---|---|---|

Company: Perrys Restaurants

Position: Server

Status: Full Time

Shift: , Second (Afternoon), Third (Night)

Req #: 4933621

Date Posted: January 09, 2021

Location: 114 W. 7th Street, Ste. 110, Austin, US, TX, 78701

Job Category: Steakhouse Front of House Jobs

**Position Summary**

The Server will be responsible for ensuring guests' dining experience, as a whole, are enjoyable, well-timed and pleasant. Work alongside the service and support staff to provide a great experience to guests, while assisting in the restaurant as necessary. The incumbent is expected to maintain a professional and inviting attitude and provide a warm work environment in the course of interacting with guests during their visit.

**Essential Duties & Responsibilities**

- Maintain a professional and welcoming attitude while at work.

- Warmly welcome guests and answering questions throughout the evening.
- Helps guests select menu items by going over food and Bar 79 menus; recommending cocktails, suggesting courses, explaining the chef's features, identifying appropriate wines according to Perry's food and beverage training.
- Thoroughly answer all food and beverage preparation questions.
- Accurately record all orders and properly enter all food and beverage items into the Aloha Point of Sale system.
- Adherence to Perry's steps of service to ensure the guest dining experience is an enjoyable and complete one.
- Appropriately time food and beverage courses to ensure guests are not rushed nor do they experience lengthy service delays between courses.
- Properly serve all food and beverage items as they are brought/arrive to the table according to steps of service.
- Prepare tables with proper condiments, candles, napkins, plates, utensils, decorations, etc.
- Notify the Manager of long waits or problems with kitchen items.
- Keep management informed of all problems and potential issues related to guest service in your station.
- Ensure that the manager is made aware of any special accommodations, such as specific food allergies, etc. prior to reporting to reporting it to the kitchen.
- Obtains payment by reporting total charges.



**POSITION INFORMATION**          **LOG IN / SIGN UP**

according to Perry's standards, and any special
instructions to meet guest and restaurant needs
- Maintain cleanliness of tables and dining area
  around guests, with primary responsibilities to
  assigned stations.
- Clean section: floors, glassware, plateware,
  silverware and furniture in server's assigned
  section.
- Complete opening, running and closing side work
  related to job duties: cleaning, stocking, setting and
  breaking down tables, etc. to ensure that there are
  no shortages of items during the busy shifts.
- Assist in meeting guest service goals by supporting
  fellow co-workers as needed.

### Qualifications

- High school diploma or general education degree
  (GED)
- Must be at least 18 years of age based upon state
  requirements to serve alcohol.
- Must have at least two years of experience as a
  Server preferably in a fine dining environment.
- Basic understanding of wine, wine varietals and
  wine growing regions required.
- Customer service oriented.
- Basic mathematical skills required.
- Must be certified for Alcohol service by authorized
  state program.
- Servsafe or similar Food Handler's Certificate
  required.
- Basic computer skills required, Aloha Point of Sale
  system preferred but not required.

- Must be able to speak clearly and distinctively over
  the phone and in person.

- Desire to work effectively in a fast-paced, team
  environment
- Previous cashier experience preferred but not
  required.
- Willingness to respond and adapt to changing
  technology.
- Ability to analyze requests and make effective
  recommendations.

### Competencies

- **Professional maturity:** The ability to separate
  emotional feelings from the real issues at hand.
  The ability to legitimately and objectively challenge
  the substance of our beliefs and biases of our
  observations.
- **Responsibility:** The ability to meet commitments
  made to yourself and others, keeping the promises
  you make, and acknowledging and accepting the
  choices you have made, the actions you have
  taken, and the results they have led to.
- **Communication:** The ability to write and speak
  effectively using appropriate convention based on
  the situation; actively listens to others, asks
  questions to verify understanding, and uses tact

App. 044



**POSITION INFORMATION**       **LOG IN / SIGN UP**

others, or make use of any financial, confidential or proprietary information.

- **Flexibility:** Demonstrate responsiveness and adaptability following change initiatives, and demonstrates ongoing support for change efforts.
- **Intelligence:** Understand and comprehend information, as well as find application and value from new knowledge.

- **Sales Savvy:** The ability to influence the customer to purchase more expensive items, upgrades, or other add-ons in an attempt to make a more profitable sale.

- **Energetic:** Exhibits high levels of energy and enthusiasm.
- **Organized:** Methodical and efficient in structuring tasks to be accomplished.
- **Customer Service:** The ability to demonstrate a series of activities designed to enhance the level of customer satisfaction.

- **Teamwork:** Look for ways to assist managers and other staff members to ensure guests are provided the best service according to Perry's Restaurants standards.

**Physical Requirements**

- Substantial movements (motion) of the wrist, hands, and/or fingers in a repetitive manner.
- Exerting up to 50 pounds of force occasionally to lift, carry, pull, or otherwise move objects.
- Ascending or descending stairs, ramps and the like, using feet and legs and/or hands and arms while balancing a tray with one hand.
- Maintaining body equilibrium to prevent falling when walking, standing or crouching between narrow, elevated and/or slippery walkways.
- Raising objects from a lower to a higher position or moving object horizontally from position to position.
- This position is considered part-time. Standard days and hours of work are Sunday through Saturday, 10:00 a.m. to 10 p.m. This position will require weekend and holiday work.
- Must be able to stand for extended durations (5-10 hour shifts).

**Working Environment**

- This job operates in a restaurant environment. May require use of industrial equipment.

- Well-lighted, heated and/or air-conditioned indoor office/production setting with adequate ventilation.



**POSITION INFORMATION**      **LOG IN / SIGN UP**

**SERVER**
AUSTIN, TX

APPLY     SHARE        APPLY       APPLY     SHARE

SHARE

**Server**

**Position Information**

| Reports To: | Manager | FLSA Status: | Non-Exempt |
|---|---|---|---|

Company: Perrys Restaurants

Position: Server

Status: Full Time

Shift: , Third (Night)

Req #: 4924674

**Position Summary**

Date Posted: January 07, 2021

The Server will be responsible for ensuring guests' dining experience, as a whole, are enjoyable, well-timed and pleasant. Work alongside the service and support staff to provide a great experience to guests, while assisting in the restaurant as necessary. The incumbent is expected to maintain a professional and inviting attitude and provide a warm work environment in the course of interacting with guests during their visit.

Location: 11801 Domain Blvd. Austin, TX, Austin, US, TX, 78758

Job Category: Steakhouse Front of House Jobs

**Essential Duties & Responsibilities**

- Maintain a professional and welcoming attitude while at work.

- Warmly welcome guests and answering questions throughout the evening.
- Helps guests select menu items by going over food and Bar 79 menus; recommending cocktails, suggesting courses, explaining the chef's features, identifying appropriate wines according to Perry's food and beverage training.
- Thoroughly answer all food and beverage preparation questions.
- Accurately record all orders and properly enter all food and beverage items into the Aloha Point of Sale system.
- Adherence to Perry's steps of service to ensure the guest dining experience is an enjoyable and complete one.
- Appropriately time food and beverage courses to ensure guests are not rushed nor do they experience lengthy service delays between courses.
- Properly serve all food and beverage items as they are brought/arrive to the table according to steps of service.
- Prepare tables with proper condiments, candles, napkins, plates, utensils, decorations, etc.
- Notify the Manager of long waits or problems with kitchen items.
- Keep management informed of all problems and potential issues related to guest service in your station.
- Ensure that the manager is made aware of any special accommodations, such as specific food allergies, etc. prior to reporting to reporting it to the kitchen.
- Obtains payment by reporting total charges.



**POSITION INFORMATION**　　　　**LOG IN / SIGN UP**

according to Perry's standards, and any special instructions to meet guest and restaurant needs
- Maintain cleanliness of tables and dining area around guests, with primary responsibilities to assigned stations.
- Clean section: floors, glassware, plateware, silverware and furniture in server's assigned section.
- Complete opening, running and closing side work related to job duties: cleaning, stocking, setting and breaking down tables, etc. to ensure that there are no shortages of items during the busy shifts.
- Assist in meeting guest service goals by supporting fellow co-workers as needed.

### Qualifications

- High school diploma or general education degree (GED)
- Must be at least 18 years of age based upon state requirements to serve alcohol.
- Must have at least two years of experience as a Server preferably in a fine dining environment.
- Basic understanding of wine, wine varietals and wine growing regions required.
- Customer service oriented.
- Basic mathematical skills required.
- Must be certified for Alcohol service by authorized state program.
- Servsafe or similar Food Handler's Certificate required.
- Basic computer skills required, Aloha Point of Sale system preferred but not required.

- Must be able to speak clearly and distinctively over the phone and in person.

- Desire to work effectively in a fast-paced, team environment
- Previous cashier experience preferred but not required.
- Willingness to respond and adapt to changing technology.
- Ability to analyze requests and make effective recommendations.

### Competencies

- **Professional maturity:** The ability to separate emotional feelings from the real issues at hand. The ability to legitimately and objectively challenge the substance of our beliefs and biases of our observations.
- **Responsibility:** The ability to meet commitments made to yourself and others, keeping the promises you make, and acknowledging and accepting the choices you have made, the actions you have taken, and the results they have led to.
- **Communication:** The ability to write and speak effectively using appropriate convention based on the situation; actively listens to others, asks questions to verify understanding, and uses tact

App. 047

 **POSITION INFORMATION**      **LOG IN / SIGN UP**

others, or make use of any financial, confidential or proprietary information.

- **Flexibility:** Demonstrate responsiveness and adaptability following change initiatives, and demonstrates ongoing support for change efforts.
- **Intelligence:** Understand and comprehend information, as well as find application and value from new knowledge.

- **Sales Savvy:** The ability to influence the customer to purchase more expensive items, upgrades, or other add-ons in an attempt to make a more profitable sale.

- **Energetic:** Exhibits high levels of energy and enthusiasm.
- **Organized:** Methodical and efficient in structuring tasks to be accomplished.
- **Customer Service:** The ability to demonstrate a series of activities designed to enhance the level of customer satisfaction.

- **Teamwork:** Look for ways to assist managers and other staff members to ensure guests are provided the best service according to Perry's Restaurants standards.

**Physical Requirements**

- Substantial movements (motion) of the wrist, hands, and/or fingers in a repetitive manner.
- Exerting up to 50 pounds of force occasionally to lift, carry, pull, or otherwise move objects.
- Ascending or descending stairs, ramps and the like, using feet and legs and/or hands and arms while balancing a tray with one hand.
- Maintaining body equilibrium to prevent falling when walking, standing or crouching between narrow, elevated and/or slippery walkways.
- Raising objects from a lower to a higher position or moving object horizontally from position to position.
- This position is considered part-time. Standard days and hours of work are Sunday through Saturday, 10:00 a.m. to 10 p.m. This position will require weekend and holiday work.
- Must be able to stand for extended durations (5-10 hour shifts).

**Working Environment**

- This job operates in a restaurant environment. May require use of industrial equipment.

- Well-lighted, heated and/or air-conditioned indoor office/production setting with adequate ventilation.



**POSITION INFORMATION**      **LOG IN / SIGN UP**

SERVER
AUSTIN, TX

APPLY     SHARE        APPLY          APPLY     SHARE

                    SHARE

**Server**

**Position Information**

| **Reports To:** | Manager | **FLSA Status:** | Non-Exempt |
|---|---|---|---|

Company: Perrys Restaurants

Position: Server

Status: Part Time

Shift: First (Day), Second (Afternoon)

**Position Summary**

Req #: 5000060

Date Posted: January 26, 2021

The Server will be responsible for ensuring guests' dining experience, as a whole, are enjoyable, well-timed and pleasant. Work alongside the service and support staff to provide a great experience to guests, while assisting in the restaurant as necessary. The incumbent is expected to maintain a professional and inviting attitude and provide a warm work environment in the course of interacting with guests during their visit.

Location: 7415 Southwest Parkway Building 1, Austin, US, TX, 78735

Job Category: Steakhouse Front of House Jobs

**Essential Duties & Responsibilities**

- Maintain a professional and welcoming attitude while at work.

- Warmly welcome guests and answering questions throughout the evening.
- Helps guests select menu items by going over food and Bar 79 menus; recommending cocktails, suggesting courses, explaining the chef's features, identifying appropriate wines according to Perry's food and beverage training.
- Thoroughly answer all food and beverage preparation questions.
- Accurately record all orders and properly enter all food and beverage items into the Aloha Point of Sale system.
- Adherence to Perry's steps of service to ensure the guest dining experience is an enjoyable and complete one.
- Appropriately time food and beverage courses to ensure guests are not rushed nor do they experience lengthy service delays between courses.
- Properly serve all food and beverage items as they are brought/arrive to the table according to steps of service.
- Prepare tables with proper condiments, candles, napkins, plates, utensils, decorations, etc.
- Notify the Manager of long waits or problems with kitchen items.
- Keep management informed of all problems and potential issues related to guest service in your station.
- Ensure that the manager is made aware of any special accommodations, such as specific food allergies, etc. prior to reporting to reporting it to the kitchen.
- Obtains payment by reporting total charges

 **POSITION INFORMATION**      **LOG IN / SIGN UP**

according to Perry's standards, and any special instructions to meet guest and restaurant needs
- Maintain cleanliness of tables and dining area around guests, with primary responsibilities to assigned stations.
- Clean section: floors, glassware, plateware, silverware and furniture in server's assigned section.
- Complete opening, running and closing side work related to job duties: cleaning, stocking, setting and breaking down tables, etc. to ensure that there are no shortages of items during the busy shifts.
- Assist in meeting guest service goals by supporting fellow co-workers as needed.

**Qualifications**

- High school diploma or general education degree (GED)
- Must be at least 18 years of age based upon state requirements to serve alcohol.
- Must have at least two years of experience as a Server preferably in a fine dining environment.
- Basic understanding of wine, wine varietals and wine growing regions required.
- Customer service oriented.
- Basic mathematical skills required.
- Must be certified for Alcohol service by authorized state program.
- Servsafe or similar Food Handler's Certificate required.
- Basic computer skills required, Aloha Point of Sale system preferred but not required.

- Must be able to speak clearly and distinctively over the phone and in person.

- Desire to work effectively in a fast-paced, team environment
- Previous cashier experience preferred but not required.
- Willingness to respond and adapt to changing technology.
- Ability to analyze requests and make effective recommendations.

**Competencies**

- **Professional maturity:** The ability to separate emotional feelings from the real issues at hand. The ability to legitimately and objectively challenge the substance of our beliefs and biases of our observations.
- **Responsibility:** The ability to meet commitments made to yourself and others, keeping the promises you make, and acknowledging and accepting the choices you have made, the actions you have taken, and the results they have led to.
- **Communication:** The ability to write and speak effectively using appropriate convention based on the situation; actively listens to others, asks questions to verify understanding, and uses tact

https://apply.jobappnetwork.com/clients/12836/posting/5000060/en?utm_source=perryssteakhouse.com



**POSITION INFORMATION**        **LOG IN / SIGN UP**

others, or make use of any financial, confidential or proprietary information.
- **Flexibility:** Demonstrate responsiveness and adaptability following change initiatives, and demonstrates ongoing support for change efforts.
- **Intelligence:** Understand and comprehend information, as well as find application and value from new knowledge.

- **Sales Savvy:** The ability to influence the customer to purchase more expensive items, upgrades, or other add-ons in an attempt to make a more profitable sale.

- **Energetic:** Exhibits high levels of energy and enthusiasm.
- **Organized:** Methodical and efficient in structuring tasks to be accomplished.
- **Customer Service:** The ability to demonstrate a series of activities designed to enhance the level of customer satisfaction.

- **Teamwork:** Look for ways to assist managers and other staff members to ensure guests are provided the best service according to Perry's Restaurants standards.

**Physical Requirements**

- Substantial movements (motion) of the wrist, hands, and/or fingers in a repetitive manner.
- Exerting up to 50 pounds of force occasionally to lift, carry, pull, or otherwise move objects.
- Ascending or descending stairs, ramps and the like, using feet and legs and/or hands and arms while balancing a tray with one hand.
- Maintaining body equilibrium to prevent falling when walking, standing or crouching between narrow, elevated and/or slippery walkways.
- Raising objects from a lower to a higher position or moving object horizontally from position to position.
- This position is considered part-time. Standard days and hours of work are Sunday through Saturday, 10:00 a.m. to 10 p.m. This position will require weekend and holiday work.
- Must be able to stand for extended durations (5-10 hour shifts).

**Working Environment**

- This job operates in a restaurant environment. May require use of industrial equipment.

- Well-lighted, heated and/or air-conditioned indoor office/production setting with adequate ventilation.



**POSITION INFORMATION**       **LOG IN / SIGN UP**

SERVER

DALLAS, TX

APPLY          SHARE                    APPLY               APPLY     SHARE

                                              SHARE

**Server**

| **Reports To:** | Manager | **FLSA Status:** | Non-Exempt |
|---|---|---|---|

**Position Summary**

 The Server will be responsible for ensuring guests'
dining experience, as a whole, are enjoyable, well-timed
and pleasant. Work alongside the service and support
staff to provide a great experience to guests, while
assisting in the restaurant as necessary. The incumbent
is expected to maintain a professional and inviting
attitude and provide a warm work environment in the
course of interacting with guests during their visit.

**Essential Duties & Responsibilities**

- Maintain a professional and welcoming attitude
  while at work.

- Warmly welcome guests and answering questions
  throughout the evening.
- Helps guests select menu items by going over food
  and Bar 79 menus; recommending cocktails,
  suggesting courses, explaining the chef's features,
  identifying appropriate wines according to Perry's
  food and beverage training.
- Thoroughly answer all food and beverage
  preparation questions.
- Accurately record all orders and properly enter all
  food and beverage items into the Aloha Point of
  Sale system.
- Adherence to Perry's steps of service to ensure the
  guest dining experience is an enjoyable and
  complete one.
- Appropriately time food and beverage courses to
  ensure guests are not rushed nor do they
  experience lengthy service delays between
  courses.
- Properly serve all food and beverage items as they
  are brought/arrive to the table according to steps
  of service.
- Prepare tables with proper condiments, candles,
  napkins, plates, utensils, decorations, etc.
- Notify the Manager of long waits or problems with
  kitchen items.
- Keep management informed of all problems and
  potential issues related to guest service in your
  station.
- Ensure that the manager is made aware of any
  special accommodations, such as specific food
  allergies, etc. prior to reporting to reporting it to
  the kitchen.
- Obtains payment by reporting total charges

**Position Information**

Company: Perrys Restaurants

Position: Server

Status: Full Time

Shift: First (Day), Second
(Afternoon), Third (Night)

Req #: 4897158

Date Posted: January 04, 2021

Location: 2100 Olive St, Dallas, US,
TX, 75201

Job Category: Steakhouse Front of
House Jobs

 **POSITION INFORMATION**      **LOG IN / SIGN UP**

according to Perry's standards, and any special instructions to meet guest and restaurant needs
- Maintain cleanliness of tables and dining area around guests, with primary responsibilities to assigned stations.
- Clean section: floors, glassware, plateware, silverware and furniture in server's assigned section.
- Complete opening, running and closing side work related to job duties: cleaning, stocking, setting and breaking down tables, etc. to ensure that there are no shortages of items during the busy shifts.
- Assist in meeting guest service goals by supporting fellow co-workers as needed.

### Qualifications

- High school diploma or general education degree (GED)
- Must be at least 18 years of age based upon state requirements to serve alcohol.
- Must have at least two years of experience as a Server preferably in a fine dining environment.
- Basic understanding of wine, wine varietals and wine growing regions required.
- Customer service oriented.
- Basic mathematical skills required.
- Must be certified for Alcohol service by authorized state program.
- Servsafe or similar Food Handler's Certificate required.
- Basic computer skills required, Aloha Point of Sale system preferred but not required.

- Must be able to speak clearly and distinctively over the phone and in person.

- Desire to work effectively in a fast-paced, team environment
- Previous cashier experience preferred but not required.
- Willingness to respond and adapt to changing technology.
- Ability to analyze requests and make effective recommendations.

### Competencies

- **Professional maturity:** The ability to separate emotional feelings from the real issues at hand. The ability to legitimately and objectively challenge the substance of our beliefs and biases of our observations.
- **Responsibility:** The ability to meet commitments made to yourself and others, keeping the promises you make, and acknowledging and accepting the choices you have made, the actions you have taken, and the results they have led to.
- **Communication:** The ability to write and speak effectively using appropriate convention based on the situation; actively listens to others, asks questions to verify understanding, and uses tact

 **POSITION INFORMATION**      **LOG IN / SIGN UP**

others, or make use of any financial, confidential or proprietary information.

- **Flexibility:** Demonstrate responsiveness and adaptability following change initiatives, and demonstrates ongoing support for change efforts.
- **Intelligence:** Understand and comprehend information, as well as find application and value from new knowledge.

- **Sales Savvy:** The ability to influence the customer to purchase more expensive items, upgrades, or other add-ons in an attempt to make a more profitable sale.

- **Energetic:** Exhibits high levels of energy and enthusiasm.
- **Organized:** Methodical and efficient in structuring tasks to be accomplished.
- **Customer Service:** The ability to demonstrate a series of activities designed to enhance the level of customer satisfaction.

- **Teamwork:** Look for ways to assist managers and other staff members to ensure guests are provided the best service according to Perry's Restaurants standards.

**Physical Requirements**

- Substantial movements (motion) of the wrist, hands, and/or fingers in a repetitive manner.
- Exerting up to 50 pounds of force occasionally to lift, carry, pull, or otherwise move objects.
- Ascending or descending stairs, ramps and the like, using feet and legs and/or hands and arms while balancing a tray with one hand.
- Maintaining body equilibrium to prevent falling when walking, standing or crouching between narrow, elevated and/or slippery walkways.
- Raising objects from a lower to a higher position or moving object horizontally from position to position.
- This position is considered part-time. Standard days and hours of work are Sunday through Saturday, 10:00 a.m. to 10 p.m. This position will require weekend and holiday work.
- Must be able to stand for extended durations (5-10 hour shifts).

**Working Environment**

- This job operates in a restaurant environment. May require use of industrial equipment.

- Well-lighted, heated and/or air-conditioned indoor office/production setting with adequate ventilation.



**POSITION INFORMATION**          **LOG IN / SIGN UP**

**SERVER**                                                    APPLY        SHARE
**FRISCO, TX**

APPLY        SHARE                    APPLY

                                                    SHARE

**Server**
                                                    **Position Information**

| Reports To: | Manager | FLSA Status: | Non-Exempt |
|---|---|---|---|

Company: Perrys Restaurants

Position: Server

Status: Part Time

**Position Summary**

Shift: First (Day), Second (Afternoon), Third (Night)

The Server will be responsible for ensuring guests'
dining experience, as a whole, are enjoyable, well-timed
and pleasant. Work alongside the service and support
staff to provide a great experience to guests, while
assisting in the restaurant as necessary. The incumbent
is expected to maintain a professional and inviting
attitude and provide a warm work environment in the
course of interacting with guests during their visit.

Req #: 4518838

Date Posted: September 17, 2020

Location: 2440 Parkwood Blvd, Frisco, US, TX, 75034

Job Category: Steakhouse Front of House Jobs

**Essential Duties & Responsibilities**

- Maintain a professional and welcoming attitude while at work.

- Warmly welcome guests and answering questions throughout the evening.
- Helps guests select menu items by going over food and Bar 79 menus; recommending cocktails, suggesting courses, explaining the chef's features, identifying appropriate wines according to Perry's food and beverage training.
- Thoroughly answer all food and beverage preparation questions.
- Accurately record all orders and properly enter all food and beverage items into the Aloha Point of Sale system.
- Adherence to Perry's steps of service to ensure the guest dining experience is an enjoyable and complete one.
- Appropriately time food and beverage courses to ensure guests are not rushed nor do they experience lengthy service delays between courses.
- Properly serve all food and beverage items as they are brought/arrive to the table according to steps of service.
- Prepare tables with proper condiments, candles, napkins, plates, utensils, decorations, etc.
- Notify the Manager of long waits or problems with kitchen items.
- Keep management informed of all problems and potential issues related to guest service in your station.
- Ensure that the manager is made aware of any special accommodations, such as specific food allergies, etc. prior to reporting to reporting it to the kitchen.
- Obtains payment by reporting total charges.

App. 055

   **POSITION INFORMATION**      **LOG IN / SIGN UP**

according to Perry's standards, and any special instructions to meet guest and restaurant needs
- Maintain cleanliness of tables and dining area around guests, with primary responsibilities to assigned stations.
- Clean section: floors, glassware, plateware, silverware and furniture in server's assigned section.
- Complete opening, running and closing side work related to job duties: cleaning, stocking, setting and breaking down tables, etc. to ensure that there are no shortages of items during the busy shifts.
- Assist in meeting guest service goals by supporting fellow co-workers as needed.

**Qualifications**

- High school diploma or general education degree (GED)
- Must be at least 18 years of age based upon state requirements to serve alcohol.
- Must have at least two years of experience as a Server preferably in a fine dining environment.
- Basic understanding of wine, wine varietals and wine growing regions required.
- Customer service oriented.
- Basic mathematical skills required.
- Must be certified for Alcohol service by authorized state program.
- Servsafe or similar Food Handler's Certificate required.
- Basic computer skills required, Aloha Point of Sale system preferred but not required.

- Must be able to speak clearly and distinctively over the phone and in person.

- Desire to work effectively in a fast-paced, team environment
- Previous cashier experience preferred but not required.
- Willingness to respond and adapt to changing technology.
- Ability to analyze requests and make effective recommendations.

**Competencies**

- **Professional maturity:** The ability to separate emotional feelings from the real issues at hand. The ability to legitimately and objectively challenge the substance of our beliefs and biases of our observations.
- **Responsibility:** The ability to meet commitments made to yourself and others, keeping the promises you make, and acknowledging and accepting the choices you have made, the actions you have taken, and the results they have led to.
- **Communication:** The ability to write and speak effectively using appropriate convention based on the situation; actively listens to others, asks

App. 056

 **POSITION INFORMATION**      **LOG IN / SIGN UP**

others, or make use of any financial, confidential or
proprietary information.
- **Flexibility:** Demonstrate responsiveness and
adaptability following change initiatives, and
demonstrates ongoing support for change efforts.
- **Intelligence:** Understand and comprehend
information, as well as find application and value
from new knowledge.

- **Sales Savvy:** The ability to influence the customer
to purchase more expensive items, upgrades, or
other add-ons in an attempt to make a more
profitable sale.

- **Energetic:** Exhibits high levels of energy and
enthusiasm.
- **Organized:** Methodical and efficient in structuring
tasks to be accomplished.
- **Customer Service:** The ability to demonstrate a
series of activities designed to enhance the level of
customer satisfaction.

- **Teamwork:** Look for ways to assist managers and
other staff members to ensure guests are provided
the best service according to Perry's Restaurants
standards.


**Physical Requirements**

- Substantial movements (motion) of the wrist,
hands, and/or fingers in a repetitive manner.
- Exerting up to 50 pounds of force occasionally to
lift, carry, pull, or otherwise move objects.
- Ascending or descending stairs, ramps and the like,
using feet and legs and/or hands and arms while
balancing a tray with one hand.
- Maintaining body equilibrium to prevent falling
when walking, standing or crouching between
narrow, elevated and/or slippery walkways.
- Raising objects from a lower to a higher position or
moving object horizontally from position to
position.
- This position is considered part-time. Standard
days and hours of work are Sunday through
Saturday, 10:00 a.m. to 10 p.m. This position will
require weekend and holiday work.
- Must be able to stand for extended durations (5-10
hour shifts).


**Working Environment**

- This job operates in a restaurant environment. May
require use of industrial equipment.

- Well-lighted, heated and/or air-conditioned indoor
office/production setting with adequate
ventilation.

   **POSITION INFORMATION**        **LOG IN / SIGN UP**

**SERVER**
GRAPEVINE, TX

APPLY        SHARE                          APPLY                          APPLY        SHARE

                                                    SHARE

**Server**                                                                   **Position Information**

| Reports To: | Manager | FLSA Status: | Non-Exempt |
|---|---|---|---|

**Position Summary**

The Server will be responsible for ensuring guests'
dining experience, as a whole, are enjoyable, well-timed
and pleasant. Work alongside the service and support
staff to provide a great experience to guests, while
assisting in the restaurant as necessary. The incumbent
is expected to maintain a professional and inviting
attitude and provide a warm work environment in the
course of interacting with guests during their visit.

**Essential Duties & Responsibilities**

- Maintain a professional and welcoming attitude
  while at work.

- Warmly welcome guests and answering questions
  throughout the evening.
- Helps guests select menu items by going over food
  and Bar 79 menus; recommending cocktails,
  suggesting courses, explaining the chef's features,
  identifying appropriate wines according to Perry's
  food and beverage training.
- Thoroughly answer all food and beverage
  preparation questions.
- Accurately record all orders and properly enter all
  food and beverage items into the Aloha Point of
  Sale system.
- Adherence to Perry's steps of service to ensure the
  guest dining experience is an enjoyable and
  complete one.
- Appropriately time food and beverage courses to
  ensure guests are not rushed nor do they
  experience lengthy service delays between
  courses.
- Properly serve all food and beverage items as they
  are brought/arrive to the table according to steps
  of service.
- Prepare tables with proper condiments, candles,
  napkins, plates, utensils, decorations, etc.
- Notify the Manager of long waits or problems with
  kitchen items.
- Keep management informed of all problems and
  potential issues related to guest service in your
  station.
- Ensure that the manager is made aware of any
  special accommodations, such as specific food
  allergies, etc. prior to reporting to reporting it to
  the kitchen.
- Obtains payment by reporting total charges.

Company: Perrys Restaurants

Position: Server

Status: Full Time

Shift: , Third (Night)

Req #: 5040666

Date Posted: February 04, 2021

Location: 2400 West Highway 114,
Grapevine, US, TX, 76051

Job Category: Steakhouse Front of
House Jobs

App. 058



**POSITION INFORMATION**      **LOG IN / SIGN UP**

according to Perry's standards, and any special instructions to meet guest and restaurant needs
- Maintain cleanliness of tables and dining area around guests, with primary responsibilities to assigned stations.
- Clean section: floors, glassware, plateware, silverware and furniture in server's assigned section.
- Complete opening, running and closing side work related to job duties: cleaning, stocking, setting and breaking down tables, etc. to ensure that there are no shortages of items during the busy shifts.
- Assist in meeting guest service goals by supporting fellow co-workers as needed.

**Qualifications**

- High school diploma or general education degree (GED)
- Must be at least 18 years of age based upon state requirements to serve alcohol.
- Must have at least two years of experience as a Server preferably in a fine dining environment.
- Basic understanding of wine, wine varietals and wine growing regions required.
- Customer service oriented.
- Basic mathematical skills required.
- Must be certified for Alcohol service by authorized state program.
- Servsafe or similar Food Handler's Certificate required.
- Basic computer skills required, Aloha Point of Sale system preferred but not required.

- Must be able to speak clearly and distinctively over the phone and in person.

- Desire to work effectively in a fast-paced, team environment
- Previous cashier experience preferred but not required.
- Willingness to respond and adapt to changing technology.
- Ability to analyze requests and make effective recommendations.

**Competencies**

- **Professional maturity:** The ability to separate emotional feelings from the real issues at hand. The ability to legitimately and objectively challenge the substance of our beliefs and biases of our observations.
- **Responsibility:** The ability to meet commitments made to yourself and others, keeping the promises you make, and acknowledging and accepting the choices you have made, the actions you have taken, and the results they have led to.
- **Communication:** The ability to write and speak effectively using appropriate convention based on the situation; actively listens to others, asks questions to verify understanding, and uses tact

App. 059



**POSITION INFORMATION          LOG IN / SIGN UP**

others, or make use of any financial, confidential or
proprietary information.

- **Flexibility:** Demonstrate responsiveness and
  adaptability following change initiatives, and
  demonstrates ongoing support for change efforts.
- **Intelligence:** Understand and comprehend
  information, as well as find application and value
  from new knowledge.

- **Sales Savvy:** The ability to influence the customer
  to purchase more expensive items, upgrades, or
  other add-ons in an attempt to make a more
  profitable sale.

- **Energetic:** Exhibits high levels of energy and
  enthusiasm.
- **Organized:** Methodical and efficient in structuring
  tasks to be accomplished.
- **Customer Service:** The ability to demonstrate a
  series of activities designed to enhance the level of
  customer satisfaction.

- **Teamwork:** Look for ways to assist managers and
  other staff members to ensure guests are provided
  the best service according to Perry's Restaurants
  standards.

**Physical Requirements**

- Substantial movements (motion) of the wrist,
  hands, and/or fingers in a repetitive manner.
- Exerting up to 50 pounds of force occasionally to
  lift, carry, pull, or otherwise move objects.
- Ascending or descending stairs, ramps and the like,
  using feet and legs and/or hands and arms while
  balancing a tray with one hand.
- Maintaining body equilibrium to prevent falling
  when walking, standing or crouching between
  narrow, elevated and/or slippery walkways.
- Raising objects from a lower to a higher position or
  moving object horizontally from position to
  position.
- This position is considered part-time. Standard
  days and hours of work are Sunday through
  Saturday, 10:00 a.m. to 10 p.m. This position will
  require weekend and holiday work.
- Must be able to stand for extended durations (5-10
  hour shifts).

**Working Environment**

- This job operates in a restaurant environment. May
  require use of industrial equipment.

- Well-lighted, heated and/or air-conditioned indoor
  office/production setting with adequate
  ventilation.



**POSITION INFORMATION**       **LOG IN / SIGN UP**

SERVER
SAN ANTONIO, TX

APPLY        SHARE                              APPLY

                                               SHARE

**Server**

| **Reports To:** | Manager | **FLSA Status:** | Non-Exempt |

**Position Summary**

 The Server will be responsible for ensuring guests' dining experience, as a whole, are enjoyable, well-timed and pleasant. Work alongside the service and support staff to provide a great experience to guests, while assisting in the restaurant as necessary. The incumbent is expected to maintain a professional and inviting attitude and provide a warm work environment in the course of interacting with guests during their visit.

**Essential Duties & Responsibilities**

- Maintain a professional and welcoming attitude while at work.

- Warmly welcome guests and answering questions throughout the evening.
- Helps guests select menu items by going over food and Bar 79 menus; recommending cocktails, suggesting courses, explaining the chef's features, identifying appropriate wines according to Perry's food and beverage training.
- Thoroughly answer all food and beverage preparation questions.
- Accurately record all orders and properly enter all food and beverage items into the Aloha Point of Sale system.

APPLY        SHARE

**Position Information**

Company: Perrys Restaurants

Position: Server

Status: Part Time

Shift: , Second (Afternoon), Third (Night)

Req #: 4876650

Date Posted: December 29, 2020

Location: 15900 La Cantera Pkwy, Ste. 22200, San Antonio, US, TX, 78256

Job Category: Steakhouse Front of House Jobs



**POSITION INFORMATION**        **LOG IN / SIGN UP**

nor do they experience lengthy service delays between courses.

- Properly serve all food and beverage items as they are brought/arrive to the table according to steps of service.
- Prepare tables with proper condiments, candles, napkins, plates, utensils, decorations, etc.
- Notify the Manager of long waits or problems with kitchen items.
- Keep management informed of all problems and potential issues related to guest service in your station.
- Ensure that the manager is made aware of any special accommodations, such as specific food allergies, etc. prior to reporting to reporting it to the kitchen.
- Obtains payment by reporting total charges, issuing a bill, accepting payment, accurately handling of cash and credit cards, obtaining proper signature slip.
- Ensure their assigned section is set-up properly according to Perry's standards, and any special instructions to meet guest and restaurant needs
- Maintain cleanliness of tables and dining area around guests, with primary responsibilities to assigned stations.
- Clean section: floors, glassware, plateware, silverware and furniture in server's assigned section.
- Complete opening, running and closing side work related to job duties: cleaning, stocking, setting and breaking down tables, etc. to ensure that there are no shortages of items during the busy shifts.
- Assist in meeting guest service goals by supporting fellow co-workers as needed.

## Qualifications

- High school diploma or general education degree (GED)
- Must be at least 18 years of age based

App. 062


POSITION INFORMATION        LOG IN / SIGN UP

varietals and wine growing regions required.
- Customer service oriented.
- Basic mathematical skills required.
- Must be certified for Alcohol service by authorized state program.
- Servsafe or similar Food Handler's Certificate required.
- Basic computer skills required, Aloha Point of Sale system preferred but not required.

- Must be able to speak clearly and distinctively over the phone and in person.

- Desire to work effectively in a fast-paced, team environment
- Previous cashier experience preferred but not required.
- Willingness to respond and adapt to changing technology.
- Ability to analyze requests and make effective recommendations.

**Competencies**

- **Professional maturity:** The ability to separate emotional feelings from the real issues at hand. The ability to legitimately and objectively challenge the substance of our beliefs and biases of our observations.
- **Responsibility:** The ability to meet commitments made to yourself and others, keeping the promises you make, and acknowledging and accepting the choices you have made, the actions you have taken, and the results they have led to.
- **Communication:** The ability to write and speak effectively using appropriate convention based on the situation; actively listens to others, asks questions to verify understanding, and uses tact and consideration when delivering feedback to

App. 063

   **POSITION INFORMATION**        **LOG IN / SIGN UP**

information.

- **Flexibility:** Demonstrate responsiveness and adaptability following change initiatives, and demonstrates ongoing support for change efforts.
- **Intelligence:** Understand and comprehend information, as well as find application and value from new knowledge.

- **Sales Savvy:** The ability to influence the customer to purchase more expensive items, upgrades, or other add-ons in an attempt to make a more profitable sale.

- **Energetic:** Exhibits high levels of energy and enthusiasm.
- **Organized:** Methodical and efficient in structuring tasks to be accomplished.
- **Customer Service:** The ability to demonstrate a series of activities designed to enhance the level of customer satisfaction.

- **Teamwork:** Look for ways to assist managers and other staff members to ensure guests are provided the best service according to Perry's Restaurants standards.


**Physical Requirements**


- Substantial movements (motion) of the wrist, hands, and/or fingers in a repetitive manner.
- Exerting up to 50 pounds of force occasionally to lift, carry, pull, or otherwise move objects.
- Ascending or descending stairs, ramps and the like, using feet and legs and/or hands and arms while balancing a tray with one hand.
- Maintaining body equilibrium to prevent falling when walking, standing or crouching between narrow, elevated and/or slippery walkways.

App. 064



**POSITION INFORMATION**      **LOG IN / SIGN UP**

Sunday through Saturday, 10:00 a.m. to 10 p.m. This position will require weekend and holiday work.

- Must be able to stand for extended durations (5-10 hour shifts).

## Working Environment

- This job operates in a restaurant environment. May require use of industrial equipment.

- Well-lighted, heated and/or air-conditioned indoor office/production setting with adequate ventilation.

New User / Returning Applicant





**POSITION INFORMATION**        **LOG IN / SIGN UP**

==SERVER==
==FRIENDSWOOD, TX==

APPLY    SHARE

APPLY

SHARE

APPLY    SHARE

**Server**

**Position Information**

| **Reports To:** | Manager | **FLSA Status:** | Non-Exempt |
|---|---|---|---|

==Company: Perrys Restaurants==

==Position: Server==

Status: Full Time

Shift: , Third (Night)

Req #: 4423852

Date Posted: August 20, 2020

**Position Summary**

The Server will be responsible for ensuring guests' dining experience, as a whole, are enjoyable, well-timed and pleasant. Work alongside the service and support staff to provide a great experience to guests, while assisting in the restaurant as necessary. The incumbent is expected to maintain a professional and inviting attitude and provide a warm work environment in the course of interacting with guests during their visit.

==Location: 700 Bay Brook Mall Dr., Space H110, Friendswood, US, TX, 77546==

Job Category: Steakhouse Front of House Jobs

**Essential Duties & Responsibilities**

- Maintain a professional and welcoming attitude while at work.

- Warmly welcome guests and answering questions throughout the evening.
- Helps guests select menu items by going over food and Bar 79 menus; recommending cocktails, suggesting courses, explaining the chef's features, identifying appropriate wines according to Perry's food and beverage training.
- Thoroughly answer all food and beverage preparation questions.
- Accurately record all orders and properly enter all food and beverage items into the Aloha Point of Sale system.
- Adherence to Perry's steps of service to ensure the guest dining experience is an enjoyable and complete one.
- Appropriately time food and beverage courses to ensure guests are not rushed nor do they experience lengthy service delays between courses.
- Properly serve all food and beverage items as they are brought/arrive to the table according to steps of service.
- Prepare tables with proper condiments, candles, napkins, plates, utensils, decorations, etc.
- Notify the Manager of long waits or problems with kitchen items.
- Keep management informed of all problems and potential issues related to guest service in your station.
- Ensure that the manager is made aware of any special accommodations, such as specific food allergies, etc. prior to reporting to reporting it to the kitchen.
- Obtains payment by reporting total charges

 **POSITION INFORMATION**      **LOG IN / SIGN UP**

according to Perry's standards, and any special instructions to meet guest and restaurant needs
- Maintain cleanliness of tables and dining area around guests, with primary responsibilities to assigned stations.
- Clean section: floors, glassware, plateware, silverware and furniture in server's assigned section.
- Complete opening, running and closing side work related to job duties: cleaning, stocking, setting and breaking down tables, etc. to ensure that there are no shortages of items during the busy shifts.
- Assist in meeting guest service goals by supporting fellow co-workers as needed.

**Qualifications**

- High school diploma or general education degree (GED)
- Must be at least 18 years of age based upon state requirements to serve alcohol.
- Must have at least two years of experience as a Server preferably in a fine dining environment.
- Basic understanding of wine, wine varietals and wine growing regions required.
- Customer service oriented.
- Basic mathematical skills required.
- Must be certified for Alcohol service by authorized state program.
- Servsafe or similar Food Handler's Certificate required.
- Basic computer skills required, Aloha Point of Sale system preferred but not required.

- Must be able to speak clearly and distinctively over the phone and in person.

- Desire to work effectively in a fast-paced, team environment
- Previous cashier experience preferred but not required.
- Willingness to respond and adapt to changing technology.
- Ability to analyze requests and make effective recommendations.

**Competencies**

- **Professional maturity:** The ability to separate emotional feelings from the real issues at hand. The ability to legitimately and objectively challenge the substance of our beliefs and biases of our observations.
- **Responsibility:** The ability to meet commitments made to yourself and others, keeping the promises you make, and acknowledging and accepting the choices you have made, the actions you have taken, and the results they have led to.
- **Communication:** The ability to write and speak effectively using appropriate convention based on the situation; actively listens to others, asks questions to verify understanding, and uses tact



**POSITION INFORMATION**      **LOG IN / SIGN UP**

others, or make use of any financial, confidential or proprietary information.

- **Flexibility:** Demonstrate responsiveness and adaptability following change initiatives, and demonstrates ongoing support for change efforts.
- **Intelligence:** Understand and comprehend information, as well as find application and value from new knowledge.

- **Sales Savvy:** The ability to influence the customer to purchase more expensive items, upgrades, or other add-ons in an attempt to make a more profitable sale.

- **Energetic:** Exhibits high levels of energy and enthusiasm.
- **Organized:** Methodical and efficient in structuring tasks to be accomplished.
- **Customer Service:** The ability to demonstrate a series of activities designed to enhance the level of customer satisfaction.

- **Teamwork:** Look for ways to assist managers and other staff members to ensure guests are provided the best service according to Perry's Restaurants standards.

**Physical Requirements**

- Substantial movements (motion) of the wrist, hands, and/or fingers in a repetitive manner.
- Exerting up to 50 pounds of force occasionally to lift, carry, pull, or otherwise move objects.
- Ascending or descending stairs, ramps and the like, using feet and legs and/or hands and arms while balancing a tray with one hand.
- Maintaining body equilibrium to prevent falling when walking, standing or crouching between narrow, elevated and/or slippery walkways.
- Raising objects from a lower to a higher position or moving object horizontally from position to position.
- This position is considered part-time. Standard days and hours of work are Sunday through Saturday, 10:00 a.m. to 10 p.m. This position will require weekend and holiday work.
- Must be able to stand for extended durations (5-10 hour shifts).

**Working Environment**

- This job operates in a restaurant environment. May require use of industrial equipment.

- Well-lighted, heated and/or air-conditioned indoor office/production setting with adequate ventilation.

 **POSITION INFORMATION**     **LOG IN / SIGN UP**

**SERVER**
HOUSTON, TX

APPLY    SHARE      APPLY        APPLY    SHARE

        SHARE

**Server**

**Position Information**

| Reports To: | Manager | FLSA Status: | Non-Exempt |
| --- | --- | --- | --- |

Company: Perrys Restaurants

Position: Server

Status: Full Time

Shift: , Third (Night)

Req #: 4684917

Date Posted: November 01, 2020

Location: 9730 Cypresswood, Houston, US, TX, 77070

Job Category: Steakhouse Front of House Jobs

**Position Summary**

The Server will be responsible for ensuring guests' dining experience, as a whole, are enjoyable, well-timed and pleasant. Work alongside the service and support staff to provide a great experience to guests, while assisting in the restaurant as necessary. The incumbent is expected to maintain a professional and inviting attitude and provide a warm work environment in the course of interacting with guests during their visit.

**Essential Duties & Responsibilities**

- Maintain a professional and welcoming attitude while at work.

- Warmly welcome guests and answering questions throughout the evening.
- Helps guests select menu items by going over food and Bar 79 menus; recommending cocktails, suggesting courses, explaining the chef's features, identifying appropriate wines according to Perry's food and beverage training.
- Thoroughly answer all food and beverage preparation questions.
- Accurately record all orders and properly enter all food and beverage items into the Aloha Point of Sale system.
- Adherence to Perry's steps of service to ensure the guest dining experience is an enjoyable and complete one.
- Appropriately time food and beverage courses to ensure guests are not rushed nor do they experience lengthy service delays between courses.
- Properly serve all food and beverage items as they are brought/arrive to the table according to steps of service.
- Prepare tables with proper condiments, candles, napkins, plates, utensils, decorations, etc.
- Notify the Manager of long waits or problems with kitchen items.
- Keep management informed of all problems and potential issues related to guest service in your station.
- Ensure that the manager is made aware of any special accommodations, such as specific food allergies, etc. prior to reporting to reporting it to the kitchen.
- Obtains payment by reporting total charges



**POSITION INFORMATION**      **LOG IN / SIGN UP**

according to Perry's standards, and any special instructions to meet guest and restaurant needs
- Maintain cleanliness of tables and dining area around guests, with primary responsibilities to assigned stations.
- Clean section: floors, glassware, plateware, silverware and furniture in server's assigned section.
- Complete opening, running and closing side work related to job duties: cleaning, stocking, setting and breaking down tables, etc. to ensure that there are no shortages of items during the busy shifts.
- Assist in meeting guest service goals by supporting fellow co-workers as needed.

**Qualifications**

- High school diploma or general education degree (GED)
- Must be at least 18 years of age based upon state requirements to serve alcohol.
- Must have at least two years of experience as a Server preferably in a fine dining environment.
- Basic understanding of wine, wine varietals and wine growing regions required.
- Customer service oriented.
- Basic mathematical skills required.
- Must be certified for Alcohol service by authorized state program.
- Servsafe or similar Food Handler's Certificate required.
- Basic computer skills required, Aloha Point of Sale system preferred but not required.

- Must be able to speak clearly and distinctively over the phone and in person.

- Desire to work effectively in a fast-paced, team environment
- Previous cashier experience preferred but not required.
- Willingness to respond and adapt to changing technology.
- Ability to analyze requests and make effective recommendations.

**Competencies**

- **Professional maturity:** The ability to separate emotional feelings from the real issues at hand. The ability to legitimately and objectively challenge the substance of our beliefs and biases of our observations.
- **Responsibility:** The ability to meet commitments made to yourself and others, keeping the promises you make, and acknowledging and accepting the choices you have made, the actions you have taken, and the results they have led to.
- **Communication:** The ability to write and speak effectively using appropriate convention based on the situation; actively listens to others, asks questions to verify understanding, and uses tact



**POSITION INFORMATION**       **LOG IN / SIGN UP**

others, or make use of any financial, confidential or proprietary information.

- **Flexibility:** Demonstrate responsiveness and adaptability following change initiatives, and demonstrates ongoing support for change efforts.
- **Intelligence:** Understand and comprehend information, as well as find application and value from new knowledge.

- **Sales Savvy:** The ability to influence the customer to purchase more expensive items, upgrades, or other add-ons in an attempt to make a more profitable sale.

- **Energetic:** Exhibits high levels of energy and enthusiasm.
- **Organized:** Methodical and efficient in structuring tasks to be accomplished.
- **Customer Service:** The ability to demonstrate a series of activities designed to enhance the level of customer satisfaction.

- **Teamwork:** Look for ways to assist managers and other staff members to ensure guests are provided the best service according to Perry's Restaurants standards.

**Physical Requirements**

- Substantial movements (motion) of the wrist, hands, and/or fingers in a repetitive manner.
- Exerting up to 50 pounds of force occasionally to lift, carry, pull, or otherwise move objects.
- Ascending or descending stairs, ramps and the like, using feet and legs and/or hands and arms while balancing a tray with one hand.
- Maintaining body equilibrium to prevent falling when walking, standing or crouching between narrow, elevated and/or slippery walkways.
- Raising objects from a lower to a higher position or moving object horizontally from position to position.
- This position is considered part-time. Standard days and hours of work are Sunday through Saturday, 10:00 a.m. to 10 p.m. This position will require weekend and holiday work.
- Must be able to stand for extended durations (5-10 hour shifts).

**Working Environment**

- This job operates in a restaurant environment. May require use of industrial equipment.

- Well-lighted, heated and/or air-conditioned indoor office/production setting with adequate ventilation.



**POSITION INFORMATION**      **LOG IN / SIGN UP**

**SERVER**
KATY, TX

APPLY     SHARE        APPLY          APPLY     SHARE

SHARE

**Server**

| Reports To: | Manager | FLSA Status: | Non-Exempt |
|---|---|---|---|

**Position Summary**

The Server will be responsible for ensuring guests' dining experience, as a whole, are enjoyable, well-timed and pleasant. Work alongside the service and support staff to provide a great experience to guests, while assisting in the restaurant as necessary. The incumbent is expected to maintain a professional and inviting attitude and provide a warm work environment in the course of interacting with guests during their visit.

**Essential Duties & Responsibilities**

- Maintain a professional and welcoming attitude while at work.

- Warmly welcome guests and answering questions throughout the evening.
- Helps guests select menu items by going over food and Bar 79 menus; recommending cocktails, suggesting courses, explaining the chef's features, identifying appropriate wines according to Perry's food and beverage training.
- Thoroughly answer all food and beverage preparation questions.
- Accurately record all orders and properly enter all food and beverage items into the Aloha Point of Sale system.
- Adherence to Perry's steps of service to ensure the guest dining experience is an enjoyable and complete one.
- Appropriately time food and beverage courses to ensure guests are not rushed nor do they experience lengthy service delays between courses.
- Properly serve all food and beverage items as they are brought/arrive to the table according to steps of service.
- Prepare tables with proper condiments, candles, napkins, plates, utensils, decorations, etc.
- Notify the Manager of long waits or problems with kitchen items.
- Keep management informed of all problems and potential issues related to guest service in your station.
- Ensure that the manager is made aware of any special accommodations, such as specific food allergies, etc. prior to reporting to reporting it to the kitchen.
- Obtains payment by reporting total charges

**Position Information**

Company: Perrys Restaurants

Position: Server

Status: Full Time

Shift: First (Day), Second (Afternoon), Third (Night)

Req #: 5006104

Date Posted: January 24, 2021

Location: 23501 Cinco Ranch Blvd, Ste. Q100, Katy, US, TX, 77494

Job Category: Steakhouse Front of House Jobs

App. 072



**POSITION INFORMATION**　　　**LOG IN / SIGN UP**

according to Perry's standards, and any special
instructions to meet guest and restaurant needs
- Maintain cleanliness of tables and dining area
  around guests, with primary responsibilities to
  assigned stations.
- Clean section: floors, glassware, plateware,
  silverware and furniture in server's assigned
  section.
- Complete opening, running and closing side work
  related to job duties: cleaning, stocking, setting and
  breaking down tables, etc. to ensure that there are
  no shortages of items during the busy shifts.
- Assist in meeting guest service goals by supporting
  fellow co-workers as needed.

**Qualifications**

- High school diploma or general education degree
  (GED)
- Must be at least 18 years of age based upon state
  requirements to serve alcohol.
- Must have at least two years of experience as a
  Server preferably in a fine dining environment.
- Basic understanding of wine, wine varietals and
  wine growing regions required.
- Customer service oriented.
- Basic mathematical skills required.
- Must be certified for Alcohol service by authorized
  state program.
- Servsafe or similar Food Handler's Certificate
  required.
- Basic computer skills required, Aloha Point of Sale
  system preferred but not required.

- Must be able to speak clearly and distinctively over
  the phone and in person.

- Desire to work effectively in a fast-paced, team
  environment
- Previous cashier experience preferred but not
  required.
- Willingness to respond and adapt to changing
  technology.
- Ability to analyze requests and make effective
  recommendations.

**Competencies**

- **Professional maturity:** The ability to separate
  emotional feelings from the real issues at hand.
  The ability to legitimately and objectively challenge
  the substance of our beliefs and biases of our
  observations.
- **Responsibility:** The ability to meet commitments
  made to yourself and others, keeping the promises
  you make, and acknowledging and accepting the
  choices you have made, the actions you have
  taken, and the results they have led to.
- **Communication:** The ability to write and speak
  effectively using appropriate convention based on
  the situation; actively listens to others, asks
  questions to verify understanding, and uses tact

App. 073



**POSITION INFORMATION        LOG IN / SIGN UP**

others, or make use of any financial, confidential or proprietary information.

- **Flexibility:** Demonstrate responsiveness and adaptability following change initiatives, and demonstrates ongoing support for change efforts.
- **Intelligence:** Understand and comprehend information, as well as find application and value from new knowledge.

- **Sales Savvy:** The ability to influence the customer to purchase more expensive items, upgrades, or other add-ons in an attempt to make a more profitable sale.

- **Energetic:** Exhibits high levels of energy and enthusiasm.
- **Organized:** Methodical and efficient in structuring tasks to be accomplished.
- **Customer Service:** The ability to demonstrate a series of activities designed to enhance the level of customer satisfaction.

- **Teamwork:** Look for ways to assist managers and other staff members to ensure guests are provided the best service according to Perry's Restaurants standards.

**Physical Requirements**

- Substantial movements (motion) of the wrist, hands, and/or fingers in a repetitive manner.
- Exerting up to 50 pounds of force occasionally to lift, carry, pull, or otherwise move objects.
- Ascending or descending stairs, ramps and the like, using feet and legs and/or hands and arms while balancing a tray with one hand.
- Maintaining body equilibrium to prevent falling when walking, standing or crouching between narrow, elevated and/or slippery walkways.
- Raising objects from a lower to a higher position or moving object horizontally from position to position.
- This position is considered part-time. Standard days and hours of work are Sunday through Saturday, 10:00 a.m. to 10 p.m. This position will require weekend and holiday work.
- Must be able to stand for extended durations (5-10 hour shifts).

**Working Environment**

- This job operates in a restaurant environment. May require use of industrial equipment.

- Well-lighted, heated and/or air-conditioned indoor office/production setting with adequate ventilation.

    **POSITION INFORMATION**        **LOG IN / SIGN UP**

**SERVER**
HOUSTON, TX

APPLY    SHARE                                APPLY                                APPLY    SHARE

                                                  SHARE

**Server**

**Position Information**

| **Reports To:** | Manager | **FLSA Status:** | Non-Exempt |

Company: Perrys Restaurants

Position: Server

**Position Summary**

Status: Full Time

The Server will be responsible for ensuring guests'
dining experience, as a whole, is enjoyable, well-timed
and pleasant. Work alongside the service and support
staff to provide a great experience to guests, while
assisting in the restaurant as necessary. The incumbent
is expected to maintain a professional and inviting
attitude and provide a warm work environment in the
course of interacting with guests during their visit.

Shift: First (Day), Second
(Afternoon), Third (Night)

Req #: 4975180

Date Posted: January 20, 2021

Location: 9827 Katy Freeway,
Houston, US, TX, 77024

Job Category: Steakhouse Front of
House Jobs

**Essential Duties & Responsibilities**

- Maintain a professional and welcoming attitude
  while at work.

- Warmly welcome guests and answering questions
  throughout the evening.
- Helps guests select menu items by going over food
  and Bar 79 menus; recommending cocktails,
  suggesting courses, explaining the chef's features,
  identifying appropriate wines according to Perry's
  food and beverage training.
- Thoroughly answer all food and beverage
  preparation questions.
- Accurately record all orders and properly enter all
  food and beverage items into the Aloha Point of
  Sale system.
- Adherence to Perry's steps of service to ensure the
  guest dining experience is an enjoyable and
  complete one.
- Appropriately time food and beverage courses to
  ensure guests are not rushed nor do they
  experience lengthy service delays between
  courses.
- Properly serve all food and beverage items as they
  are brought/arrive to the table according to steps
  of service.
- Prepare tables with proper condiments, candles,
  napkins, plates, utensils, decorations, etc.
- Notify the Manager of long waits or problems with
  kitchen items.
- Keep management informed of all problems and
  potential issues related to guest service in your
  station.
- Ensure that the manager is made aware of any
  special accommodations, such as specific food
  allergies, etc. prior to reporting to reporting it to
  the kitchen.
- Obtains payment by reporting total charges.

https://apply.jobappnetwork.com/clients/12836/posting/4975180/en?utm_source=perryssteakhouse.com



**POSITION INFORMATION**        **LOG IN / SIGN UP**

according to Perry's standards, and any special
instructions to meet guest and restaurant needs
- Maintain cleanliness of tables and dining area
around guests, with primary responsibilities to
assigned stations.
- Clean section: floors, glassware, plateware,
silverware and furniture in server's assigned
section.
- Complete opening, running and closing side work
related to job duties: cleaning, stocking, setting and
breaking down tables, etc. to ensure that there are
no shortages of items during the busy shifts.
- Assist in meeting guest service goals by supporting
fellow co-workers as needed.

**Qualifications**

- High school diploma or general education degree
(GED)
- Must be at least 18 years of age based upon state
requirements to serve alcohol.
- Must have at least two years of experience as a
Server preferably in a fine dining environment.
- Basic understanding of wine, wine varietals and
wine growing regions required.
- Customer service oriented.
- Basic mathematical skills required.
- Must be certified for Alcohol service by authorized
state program.
- Servsafe or similar Food Handler's Certificate
required.
- Basic computer skills required, Aloha Point of Sale
system preferred but not required.

- Must be able to speak clearly and distinctively over
the phone and in person.

- Desire to work effectively in a fast-paced, team
environment
- Previous cashier experience preferred but not
required.
- Willingness to respond and adapt to changing
technology.
- Ability to analyze requests and make effective
recommendations.

**Competencies**

- **Professional maturity:** The ability to separate
emotional feelings from the real issues at hand.
The ability to legitimately and objectively challenge
the substance of our beliefs and biases of our
observations.
- **Responsibility:** The ability to meet commitments
made to yourself and others, keeping the promises
you make, and acknowledging and accepting the
choices you have made, the actions you have
taken, and the results they have led to.
- **Communication:** The ability to write and speak
effectively using appropriate convention based on
the situation; actively listens to others, asks

 **POSITION INFORMATION**      **LOG IN / SIGN UP**

others, or make use of any financial, confidential or proprietary information.

- **Flexibility:** Demonstrate responsiveness and adaptability following change initiatives, and demonstrates ongoing support for change efforts.
- **Intelligence:** Understand and comprehend information, as well as find application and value from new knowledge.

- **Sales Savvy:** The ability to influence the customer to purchase more expensive items, upgrades, or other add-ons in an attempt to make a more profitable sale.

- **Energetic:** Exhibits high levels of energy and enthusiasm.
- **Organized:** Methodical and efficient in structuring tasks to be accomplished.
- **Customer Service:** The ability to demonstrate a series of activities designed to enhance the level of customer satisfaction.

- **Teamwork:** Look for ways to assist managers and other staff members to ensure guests are provided the best service according to Perry's Restaurants standards.

**Physical Requirements**

- Substantial movements (motion) of the wrist, hands, and/or fingers in a repetitive manner.
- Exerting up to 50 pounds of force occasionally to lift, carry, pull, or otherwise move objects.
- Ascending or descending stairs, ramps and the like, using feet and legs and/or hands and arms while balancing a tray with one hand.
- Maintaining body equilibrium to prevent falling when walking, standing or crouching between narrow, elevated and/or slippery walkways.
- Raising objects from a lower to a higher position or moving object horizontally from position to position.
- This position is considered part-time. Standard days and hours of work are Sunday through Saturday, 10:00 a.m. to 10 p.m. This position will require weekend and holiday work.
- Must be able to stand for extended durations (5-10 hour shifts).

**Working Environment**

- This job operates in a restaurant environment. May require use of industrial equipment.

- Well-lighted, heated and/or air-conditioned indoor office/production setting with adequate ventilation.



**POSITION INFORMATION**        **LOG IN / SIGN UP**

**SERVER**
HOUSTON, TX

APPLY     SHARE          APPLY              APPLY     SHARE

                                    SHARE

**Server**

| | | | |
|---|---|---|---|
| **Reports To:** | Manager | **FLSA Status:** | Non-Exempt |

### Position Summary

The Server will be responsible for ensuring guests' dining experience, as a whole, are enjoyable, well-timed and pleasant. Work alongside the service and support staff to provide a great experience to guests, while assisting in the restaurant as necessary. The incumbent is expected to maintain a professional and inviting attitude and provide a warm work environment in the course of interacting with guests during their visit.

### Essential Duties & Responsibilities

- Maintain a professional and welcoming attitude while at work.

- Warmly welcome guests and answering questions throughout the evening.
- Helps guests select menu items by going over food and Bar 79 menus; recommending cocktails, suggesting courses, explaining the chef's features, identifying appropriate wines according to Perry's food and beverage training.
- Thoroughly answer all food and beverage preparation questions.
- Accurately record all orders and properly enter all food and beverage items into the Aloha Point of Sale system.
- Adherence to Perry's steps of service to ensure the guest dining experience is an enjoyable and complete one.
- Appropriately time food and beverage courses to ensure guests are not rushed nor do they experience lengthy service delays between courses.
- Properly serve all food and beverage items as they are brought/arrive to the table according to steps of service.
- Prepare tables with proper condiments, candles, napkins, plates, utensils, decorations, etc.
- Notify the Manager of long waits or problems with kitchen items.
- Keep management informed of all problems and potential issues related to guest service in your station.
- Ensure that the manager is made aware of any special accommodations, such as specific food allergies, etc. prior to reporting to reporting it to the kitchen.
- Obtains payment by reporting total charges

### Position Information

Company: Perrys Restaurants

Position: Server

Status: Full Time

Shift: First (Day), Second (Afternoon)

Req #: 5000242

Date Posted: January 26, 2021

Location: 1997 West Grey #101, Houston, US, TX, 77019

Job Category: Steakhouse Front of House Jobs

App. 078

     **POSITION INFORMATION**        **LOG IN / SIGN UP**

according to Perry's standards, and any special instructions to meet guest and restaurant needs
- Maintain cleanliness of tables and dining area around guests, with primary responsibilities to assigned stations.
- Clean section: floors, glassware, plateware, silverware and furniture in server's assigned section.
- Complete opening, running and closing side work related to job duties: cleaning, stocking, setting and breaking down tables, etc. to ensure that there are no shortages of items during the busy shifts.
- Assist in meeting guest service goals by supporting fellow co-workers as needed.

**Qualifications**

- High school diploma or general education degree (GED)
- Must be at least 18 years of age based upon state requirements to serve alcohol.
- Must have at least two years of experience as a Server preferably in a fine dining environment.
- Basic understanding of wine, wine varietals and wine growing regions required.
- Customer service oriented.
- Basic mathematical skills required.
- Must be certified for Alcohol service by authorized state program.
- Servsafe or similar Food Handler's Certificate required.
- Basic computer skills required, Aloha Point of Sale system preferred but not required.

- Must be able to speak clearly and distinctively over the phone and in person.

- Desire to work effectively in a fast-paced, team environment
- Previous cashier experience preferred but not required.
- Willingness to respond and adapt to changing technology.
- Ability to analyze requests and make effective recommendations.

**Competencies**

- **Professional maturity:** The ability to separate emotional feelings from the real issues at hand. The ability to legitimately and objectively challenge the substance of our beliefs and biases of our observations.
- **Responsibility:** The ability to meet commitments made to yourself and others, keeping the promises you make, and acknowledging and accepting the choices you have made, the actions you have taken, and the results they have led to.
- **Communication:** The ability to write and speak effectively using appropriate convention based on the situation; actively listens to others, asks

App. 079

 **POSITION INFORMATION**     **LOG IN / SIGN UP**

others, or make use of any financial, confidential or proprietary information.

- **Flexibility:** Demonstrate responsiveness and adaptability following change initiatives, and demonstrates ongoing support for change efforts.
- **Intelligence:** Understand and comprehend information, as well as find application and value from new knowledge.

- **Sales Savvy:** The ability to influence the customer to purchase more expensive items, upgrades, or other add-ons in an attempt to make a more profitable sale.

- **Energetic:** Exhibits high levels of energy and enthusiasm.
- **Organized:** Methodical and efficient in structuring tasks to be accomplished.
- **Customer Service:** The ability to demonstrate a series of activities designed to enhance the level of customer satisfaction.

- **Teamwork:** Look for ways to assist managers and other staff members to ensure guests are provided the best service according to Perry's Restaurants standards.

**Physical Requirements**

- Substantial movements (motion) of the wrist, hands, and/or fingers in a repetitive manner.
- Exerting up to 50 pounds of force occasionally to lift, carry, pull, or otherwise move objects.
- Ascending or descending stairs, ramps and the like, using feet and legs and/or hands and arms while balancing a tray with one hand.
- Maintaining body equilibrium to prevent falling when walking, standing or crouching between narrow, elevated and/or slippery walkways.
- Raising objects from a lower to a higher position or moving object horizontally from position to position.
- This position is considered part-time. Standard days and hours of work are Sunday through Saturday, 10:00 a.m. to 10 p.m. This position will require weekend and holiday work.
- Must be able to stand for extended durations (5-10 hour shifts).

**Working Environment**

- This job operates in a restaurant environment. May require use of industrial equipment.

- Well-lighted, heated and/or air-conditioned indoor office/production setting with adequate ventilation.



**POSITION INFORMATION**      **LOG IN / SIGN UP**

**SERVER**
SUGAR LAND, TX

APPLY     SHARE         APPLY         APPLY     SHARE

SHARE

**Server**

**Position Information**

| Reports To: | Manager | FLSA Status: | Non-Exempt |
|---|---|---|---|

Company: Perrys Restaurants

Position: Server

Status: Part Time

Shift: First (Day), Second (Afternoon)

Req #: 4729014

Date Posted: November 12, 2020

Location: 2115 Town Square Place, Sugar Land, US, TX, 77479

Job Category: Steakhouse Front of House Jobs

**Position Summary**

The Server will be responsible for ensuring guests' dining experience, as a whole, are enjoyable, well-timed and pleasant. Work alongside the service and support staff to provide a great experience to guests, while assisting in the restaurant as necessary. The incumbent is expected to maintain a professional and inviting attitude and provide a warm work environment in the course of interacting with guests during their visit.

**Essential Duties & Responsibilities**

- Maintain a professional and welcoming attitude while at work.

- Warmly welcome guests and answering questions throughout the evening.
- Helps guests select menu items by going over food and Bar 79 menus; recommending cocktails, suggesting courses, explaining the chef's features, identifying appropriate wines according to Perry's food and beverage training.
- Thoroughly answer all food and beverage preparation questions.
- Accurately record all orders and properly enter all food and beverage items into the Aloha Point of Sale system.
- Adherence to Perry's steps of service to ensure the guest dining experience is an enjoyable and complete one.
- Appropriately time food and beverage courses to ensure guests are not rushed nor do they experience lengthy service delays between courses.
- Properly serve all food and beverage items as they are brought/arrive to the table according to steps of service.
- Prepare tables with proper condiments, candles, napkins, plates, utensils, decorations, etc.
- Notify the Manager of long waits or problems with kitchen items.
- Keep management informed of all problems and potential issues related to guest service in your station.
- Ensure that the manager is made aware of any special accommodations, such as specific food allergies, etc. prior to reporting to reporting it to the kitchen.
- Obtains payment by reporting total charges



**POSITION INFORMATION**      **LOG IN / SIGN UP**

according to Perry's standards, and any special instructions to meet guest and restaurant needs
- Maintain cleanliness of tables and dining area around guests, with primary responsibilities to assigned stations.
- Clean section: floors, glassware, plateware, silverware and furniture in server's assigned section.
- Complete opening, running and closing side work related to job duties: cleaning, stocking, setting and breaking down tables, etc. to ensure that there are no shortages of items during the busy shifts.
- Assist in meeting guest service goals by supporting fellow co-workers as needed.

**Qualifications**

- High school diploma or general education degree (GED)
- Must be at least 18 years of age based upon state requirements to serve alcohol.
- Must have at least two years of experience as a Server preferably in a fine dining environment.
- Basic understanding of wine, wine varietals and wine growing regions required.
- Customer service oriented.
- Basic mathematical skills required.
- Must be certified for Alcohol service by authorized state program.
- Servsafe or similar Food Handler's Certificate required.
- Basic computer skills required, Aloha Point of Sale system preferred but not required.

- Must be able to speak clearly and distinctively over the phone and in person.

- Desire to work effectively in a fast-paced, team environment
- Previous cashier experience preferred but not required.
- Willingness to respond and adapt to changing technology.
- Ability to analyze requests and make effective recommendations.

**Competencies**

- **Professional maturity:** The ability to separate emotional feelings from the real issues at hand. The ability to legitimately and objectively challenge the substance of our beliefs and biases of our observations.
- **Responsibility:** The ability to meet commitments made to yourself and others, keeping the promises you make, and acknowledging and accepting the choices you have made, the actions you have taken, and the results they have led to.
- **Communication:** The ability to write and speak effectively using appropriate convention based on the situation; actively listens to others, asks questions to verify understanding, and uses tact

App. 082



**POSITION INFORMATION**          **LOG IN / SIGN UP**

others, or make use of any financial, confidential or proprietary information.

- **Flexibility:** Demonstrate responsiveness and adaptability following change initiatives, and demonstrates ongoing support for change efforts.
- **Intelligence:** Understand and comprehend information, as well as find application and value from new knowledge.

- **Sales Savvy:** The ability to influence the customer to purchase more expensive items, upgrades, or other add-ons in an attempt to make a more profitable sale.

- **Energetic:** Exhibits high levels of energy and enthusiasm.
- **Organized:** Methodical and efficient in structuring tasks to be accomplished.
- **Customer Service:** The ability to demonstrate a series of activities designed to enhance the level of customer satisfaction.

- **Teamwork:** Look for ways to assist managers and other staff members to ensure guests are provided the best service according to Perry's Restaurants standards.

**Physical Requirements**

- Substantial movements (motion) of the wrist, hands, and/or fingers in a repetitive manner.
- Exerting up to 50 pounds of force occasionally to lift, carry, pull, or otherwise move objects.
- Ascending or descending stairs, ramps and the like, using feet and legs and/or hands and arms while balancing a tray with one hand.
- Maintaining body equilibrium to prevent falling when walking, standing or crouching between narrow, elevated and/or slippery walkways.
- Raising objects from a lower to a higher position or moving object horizontally from position to position.
- This position is considered part-time. Standard days and hours of work are Sunday through Saturday, 10:00 a.m. to 10 p.m. This position will require weekend and holiday work.
- Must be able to stand for extended durations (5-10 hour shifts).

**Working Environment**

- This job operates in a restaurant environment. May require use of industrial equipment.

- Well-lighted, heated and/or air-conditioned indoor office/production setting with adequate ventilation.

{}



**POSITION INFORMATION**     **LOG IN / SIGN UP**

SERVER
SPRING, TX

APPLY   SHARE

APPLY   SHARE

APPLY   SHARE

**Server**

**Position Information**

| Reports To: | Manager | FLSA Status: | Non-Exempt |
|---|---|---|---|

Company: Perrys Restaurants

Position: Server

Status: Full Time

Shift: , Second (Afternoon)

Req #: 4933802

Date Posted: January 09, 2021

Location: 6700 Woodlands Parkway, Ste. 300, Spring, US, TX, 77382

Job Category: Steakhouse Front of House Jobs

**Position Summary**

The Server will be responsible for ensuring guests' dining experience, as a whole, are enjoyable, well-timed and pleasant. Work alongside the service and support staff to provide a great experience to guests, while assisting in the restaurant as necessary. The incumbent is expected to maintain a professional and inviting attitude and provide a warm work environment in the course of interacting with guests during their visit.

**Essential Duties & Responsibilities**

- Maintain a professional and welcoming attitude while at work.

- Warmly welcome guests and answering questions throughout the evening.
- Helps guests select menu items by going over food and Bar 79 menus; recommending cocktails, suggesting courses, explaining the chef's features, identifying appropriate wines according to Perry's food and beverage training.
- Thoroughly answer all food and beverage preparation questions.
- Accurately record all orders and properly enter all food and beverage items into the Aloha Point of Sale system.
- Adherence to Perry's steps of service to ensure the guest dining experience is an enjoyable and complete one.
- Appropriately time food and beverage courses to ensure guests are not rushed nor do they experience lengthy service delays between courses.
- Properly serve all food and beverage items as they are brought/arrive to the table according to steps of service.
- Prepare tables with proper condiments, candles, napkins, plates, utensils, decorations, etc.
- Notify the Manager of long waits or problems with kitchen items.
- Keep management informed of all problems and potential issues related to guest service in your station.
- Ensure that the manager is made aware of any special accommodations, such as specific food allergies, etc. prior to reporting to reporting it to the kitchen.
- Obtains payment by reporting total charges.



**POSITION INFORMATION**          **LOG IN / SIGN UP**

according to Perry's standards, and any special instructions to meet guest and restaurant needs

- Maintain cleanliness of tables and dining area around guests, with primary responsibilities to assigned stations.
- Clean section: floors, glassware, plateware, silverware and furniture in server's assigned section.
- Complete opening, running and closing side work related to job duties: cleaning, stocking, setting and breaking down tables, etc. to ensure that there are no shortages of items during the busy shifts.
- Assist in meeting guest service goals by supporting fellow co-workers as needed.

**Qualifications**

- High school diploma or general education degree (GED)
- Must be at least 18 years of age based upon state requirements to serve alcohol.
- Must have at least two years of experience as a Server preferably in a fine dining environment.
- Basic understanding of wine, wine varietals and wine growing regions required.
- Customer service oriented.
- Basic mathematical skills required.
- Must be certified for Alcohol service by authorized state program.
- Servsafe or similar Food Handler's Certificate required.
- Basic computer skills required, Aloha Point of Sale system preferred but not required.

- Must be able to speak clearly and distinctively over the phone and in person.

- Desire to work effectively in a fast-paced, team environment
- Previous cashier experience preferred but not required.
- Willingness to respond and adapt to changing technology.
- Ability to analyze requests and make effective recommendations.

**Competencies**

- **Professional maturity:** The ability to separate emotional feelings from the real issues at hand. The ability to legitimately and objectively challenge the substance of our beliefs and biases of our observations.
- **Responsibility:** The ability to meet commitments made to yourself and others, keeping the promises you make, and acknowledging and accepting the choices you have made, the actions you have taken, and the results they have led to.
- **Communication:** The ability to write and speak effectively using appropriate convention based on the situation; actively listens to others, asks questions to verify understanding, and uses tact

App. 085



**POSITION INFORMATION**     **LOG IN / SIGN UP**

others, or make use of any financial, confidential or proprietary information.

- **Flexibility:** Demonstrate responsiveness and adaptability following change initiatives, and demonstrates ongoing support for change efforts.
- **Intelligence:** Understand and comprehend information, as well as find application and value from new knowledge.

- **Sales Savvy:** The ability to influence the customer to purchase more expensive items, upgrades, or other add-ons in an attempt to make a more profitable sale.

- **Energetic:** Exhibits high levels of energy and enthusiasm.
- **Organized:** Methodical and efficient in structuring tasks to be accomplished.
- **Customer Service:** The ability to demonstrate a series of activities designed to enhance the level of customer satisfaction.

- **Teamwork:** Look for ways to assist managers and other staff members to ensure guests are provided the best service according to Perry's Restaurants standards.

**Physical Requirements**

- Substantial movements (motion) of the wrist, hands, and/or fingers in a repetitive manner.
- Exerting up to 50 pounds of force occasionally to lift, carry, pull, or otherwise move objects.
- Ascending or descending stairs, ramps and the like, using feet and legs and/or hands and arms while balancing a tray with one hand.
- Maintaining body equilibrium to prevent falling when walking, standing or crouching between narrow, elevated and/or slippery walkways.
- Raising objects from a lower to a higher position or moving object horizontally from position to position.
- This position is considered part-time. Standard days and hours of work are Sunday through Saturday, 10:00 a.m. to 10 p.m. This position will require weekend and holiday work.
- Must be able to stand for extended durations (5-10 hour shifts).

**Working Environment**

- This job operates in a restaurant environment. May require use of industrial equipment.

- Well-lighted, heated and/or air-conditioned indoor office/production setting with adequate ventilation.



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 062 |
|-----|------|-------|-------|-----------|-----|

# Earnings Statement

PERRY'S  RESTAURANT  LTD
9805 KATY  FREEWAY  SUITE  650
HOUSTON,  TX 77024

| Period Beginning: | 12/30/2018 |
|---|---|
| Period Ending: | 01/05/2019 |
| Pay Date: | 01/11/2019 |

**Exhibit J**

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:        5
   TX:              No State Income Tax

**STEPHEN  JAMES  HUNZELMAN
10216  FELDSPAR  DRIVE
FORT  WORTH  TX  76131**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2.1300 | 38.83 | 82.71 | 167.42 |
| Tip Share Paid | | | -316.68 | -668.60 |
| Total Gratuitie | | | 1,473.19 | |
| **Gross Pay** | | | **$1,239.22** | 2,565.01 |

**Important Notes**
COMPANY  PH #: 281-480-3337

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -88.08 | 195.20 |
| Social Security Tax | | -76.83 | 159.03 |
| Medicare Tax | | -17.97 | 37.19 |
| **Other** | | | |
| Tip Share Paid | | -316.68 | |
| Tips | | -1,156.51 | 2,397.59 |
| Cred Card Reimb | | | -3,066.19 |
| **Adjustment** | | | |
| Cred Card Reimb | | +1,473.19 | |
| **Net Pay** | | | **$1,056.34** |
| Checking 1 | | -1,056.34 | |
| **Net Check** | | | **$0.00** |

Your federal taxable wages this period are
$1,239.22

© 2000 A.D.P., LLC.

PERRY'S  RESTAURANT  LTD
9805 KATY  FREEWAY  SUITE 650
HOUSTON , TX 77024

| Advice number: | 00000020484 |
|---|---|
| Pay date: | 01/11/2019 |

Deposited  to the account  of
**STEPHEN  JAMES  HUNZELMAN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9977 | xxxx xxxx | $1,056.34 |



**NON-NEGOTIABLE**

App. 087

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 062 |
|---|---|---|---|---|---|

**Earnings Statement**

ADP

PERRY'S RESTAURANT LTD
9805 KATY FREEWAY SUITE 650
HOUSTON, TX 77024

Period Beginning: 08/25/2019
Period Ending: 08/31/2019
Pay Date: 09/06/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  TX: No State Income Tax

**KATELYN M KEEFE**
**5156 HOLLY HOCK LN**
**FORT WORTH TX 76244**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2.1300 | 36.02 | 76.72 | 1,325.86 |
| Tip Share Paid | | | -192.92 | -2,290.00 |
| Total Gratuitie | | | 936.37 | |
| Ot Temp | | | | 230.74 |
| **Gross Pay** | | | **$820.17** | 9,425.10 |

| Deductions | | | | |
|---|---|---|---|---|
| **Statutory** | | | | |
| Federal Income Tax | | | -85.92 | 1,040.83 |
| Social Security Tax | | | -50.85 | 584.36 |
| Medicare Tax | | | -11.89 | 136.66 |
| **Other** | | | | |
| Tip Share Paid | | | -192.92 | |
| Tips | | | -743.45 | 7,868.50 |
| Cred Card Reimb | | | | -10,158.50 |
| **Adjustment** | | | | |
| Cred Card Reimb | | | +936.37 | |
| **Net Pay** | | | **$671.51** | |
| Checking 1 | | | -671.51 | |
| **Net Check** | | | **$0.00** | |

**Important Notes**
COMPANY PH #: 281-480-3337

Your federal taxable wages this period are $820.17

© 2000 ADP, LLC

PERRY'S RESTAURANT LTD
9805 KATY FREEWAY SUITE 650
HOUSTON, TX 77024

Advice number: 00000360453
Pay date: 09/06/2019

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KATELYN M KEEFE | xxxxxxxx9014 | xxxx xxxx | $671.51 |

**NON-NEGOTIABLE**

App. 088

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 062 |
|-----|------|-------|-------|-----------|-----|

# Earnings Statement

ADP®

PERRY'S RESTAURANT LTD
9805 KATY FREEWAY SUITE 650
HOUSTON, TX 77024

| | |
|---|---|
| Period Beginning: | 09/08/2019 |
| Period Ending: | 09/14/2019 |
| Pay Date: | 09/20/2019 |

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 1
　TX: No State Income Tax

**JOSH ANTHONY RAMIREZ**
**6913 NE LOOP 820**
**622**
**NORTH RICHLAND HILLS TX 76180**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 2.1300 | 28.93 | 61.62 | 802.68 |
| Tip Share Paid | | | -118.86 | -367.60 |
| Total Gratuitie | | | 507.00 | |
| **Gross Pay** | | | **$449.76** | 1,943.79 |

**Important Notes**
COMPANY PH #: 281-480-3337

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -31.78 | 108.93 |
| | Social Security Tax | -27.88 | 120.51 |
| | Medicare Tax | -6.52 | 28.18 |
| | **Other** | | |
| | Tip Share Paid | -118.86 | |
| | Tips | -388.14 | 1,141.11 |
| | Cred Card Reimb | | -1,508.71 |
| | **Adjustment** | | |
| | Cred Card Reimb | +507.00 | |
| | **Net Pay** | **$383.58** | |
| | Checking 1 | -383.58 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $449.76

© 2000 ADP, LLC

PERRY'S RESTAURANT LTD
9805 KATY FREEWAY SUITE 650
HOUSTON, TX 77024

| | |
|---|---|
| Advice number: | **00000380464** |
| Pay date: | 09/20/2019 |

Deposited to the account of

**JOSH ANTHONY RAMIREZ**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx2169 | xxxx xxxx | $383.58 |



# NON-NEGOTIABLE

App. 089

# Earnings Statement 

PERRY'S RESTAURANT LTD
9805 KATY FREEWAY SUITE 650
HOUSTON, TX 77024

Period Beginning:   12/23/2018
Period Ending:      12/29/2018
Pay Date:           01/04/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:   1
   TX:        No State Income Tax

**ASHLEIGH SCOTT**
**3905 OAKHURST LN**
**MCKINNEY TX 75070**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 2.1300 | 30.65 | 65.28 | 65.28 |
| Tip Share Paid | | | -294.73 | -294.73 |
| Total Gratuitie | | | 1,295.19 | |
| **Gross Pay** | | | **$1,065.74** | 1,065.74 |

**Important Notes**
COMPANY PH #: 281-480-3337

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -120.98 | 120.98 |
| | Social Security Tax | -66.08 | 66.08 |
| | Medicare Tax | -15.45 | 15.45 |
| | **Other** | | |
| | Tip Share Paid | -294.73 | |
| | Tips | -1,000.46 | 1,000.46 |
| | Cred Card Reimb | | -1,295.19 |
| | **Adjustment** | | |
| | Cred Card Reimb | +1,295.19 | |
| | **Net Pay** | **$863.23** | |
| | Checking 1 | -863.23 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,065.74

© 2000 ADP, LLC

PERRY'S RESTAURANT LTD
9805 KATY FREEWAY SUITE 650
HOUSTON, TX 77024

Advice number:     00000010527
Pay date:          01/04/2019

Deposited to the account of
**ASHLEIGH SCOTT**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx2054 | xxxx xxxx | $863.23 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

App. 090



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 062 |
|-----|------|-------|-------|-----------|-----|
| E9V | 242173 | 240100 | 24 | 0000300432 | 1 |

**Earnings Statement**

PERRY'S RESTAURANT LTD
9805 KATY FREEWAY SUITE 650
HOUSTON, TX 77024

| Period Beginning: | 07/14/2019 |
|---|---|
| Period Ending: | 07/20/2019 |
| Pay Date: | 07/26/2019 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
TX: No State Income Tax

**SPENCER HENRY DEMOSS**
**1087 EASY ST**
**GRAPEVINE TX 76051**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2.1300 | 38.52 | 82.05 | 1,719.31 |
| Regular | 7.2500 | 1.48 | 10.73 | |
| Ot Temp | 5.7550 | 6.79 | 39.08 | 76.08 |
| Tip Share Paid | | | -265.98 | -3,406.36 |
| Total Gratuitie | | | 1,158.22 | |
| **Gross Pay** | | | **$1,024.10** | 13,645.28 |

Your federal taxable wages this period are
$1,024.10

**Important Notes**
COMPANY PH #: 281-480-3337

| Deductions | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -129.59 | 1,552.81 |
| | Social Security Tax | -63.50 | 846.01 |
| | Medicare Tax | -14.85 | 197.86 |
| | **Other** | | |
| | Tip Share Paid | -265.98 | |
| | Tips | -892.24 | 11,849.89 |
| | Cred Card Reimb | | -15,256.25 |
| | Uniform | | 19.51 |
| | **Adjustment** | | |
| | Cred Card Reimb | +1,158.22 | |
| | **Net Pay** | **$816.16** | |
| | Checking 1 | -816.16 | |
| | **Net Check** | **$0.00** | |

© 2000 ADP, LLC

PERRY'S RESTAURANT LTD
9805 KATY FREEWAY SUITE 650
HOUSTON, TX 77024

| Advice number: | 00000300432 |
|---|---|
| Pay date: | 07/26/2019 |

Deposited to the account of
SPENCER HENRY DEMOSS

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3247 | xxxx xxxx | $816.16 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

App. 091

## WHISARD Compliance Action Report

**Exhibit K**

### U.S. Department of Labor
Wage and Hour Division

| | | | |
|---|---|---|---|
| Case ID: | **1324842** | Originating District: | **Houston TX District Office** |
| Local Filing Number: | **2004-199-02384** | Investigating. District: | **Houston TX District Office** |
| WHMIS Case Number: | | Lead Investigator: | **(b) (7)(C)** |
| Registration Date: | **11/24/2003** | | |
| Assignment Date: | **11/24/2003** | | |

### Employer Information

| | | | |
|---|---|---|---|
| Trade Name: | **Perrry's Steakhouse** | Legal Name: | **PG & ST, LTD** |
| Address: | **487 Bay Area Blvd Houston TX 77058** | EIN: | **76-0546226** |
| | | County: | **Harris** |
| | | NAICS Code: | **72211** |
| | | No. Of Employees: | **(b) (4)** |

### Investigation Information

| | | | |
|---|---|---|---|
| Period Investigated From: | **11/20/2001** | BNPI: | |
| To: | **11/20/2003** | Reinvestigation: | ☑ |
| Investigation Type: | **(b) (7)(E)** | Recurring Violation: | ☐ |
| Investigation Tool: | **Full Investigation** | Future Compliance Agreed: | ☑ |
| Compliance Status: | **Agree to Comply** | Involved in AG: | ☐ |

### Recommended Action:

| | | | |
|---|---|---|---|
| BWFS: | ☐ | RO/NO Review: | ☐ |
| CMP: | ☐ | Follow Up Investigation: | ☐ |
| Litigation: | ☐ | Other Action: | ☐ |
| Civil Action: | ☐ | Denial of Future Certificate: | ☐ |
| Criminal Action: | ☐ | BW Payment Deadline: | **01/02/2005** |
| Submit For Opinion: | ☐ | Trailer forms attached: | ☐ |

### CL

| Violation / Compliance Status | Violations | EEs ATP | BWs Computed | BWs Agreed | LDs Computed | LDs Agreed | CMPs* |
|---|---|---|---|---|---|---|---|
| **No Violation found for this act / Compliance (no violations found)** | | | | | **$0.00** | **$0.00** | |

| | | | |
|---|---|---|---|
| Date: 08/31/2020 12:36:37 PM | | Case ID: 1324842 | Page 1 |

App. 092

## WHISARD Compliance Action Report

**FLSA**

| Violation / Compliance Status | Violations | EEs ATP | BWs Computed | BWs Agreed | LDs Computed | LDs Agreed | CMPs* |
|---|---|---|---|---|---|---|---|
| *Failure to pay Minimum Wage / Agree to Comply* | *136* | *136* | *$65,327.47* | *$65,327.47* | *$0.00* | *$0.00* | |
| *Failure to pay proper overtime / Agree to Comply* | *87* | *87* | *$7,081.69* | *$7,081.69* | *$0.00* | *$0.00* | |
| *FLSA Totals:* | *136* | *136* | *$72,409.16* | *$72,409.16* | *$0.00* | *$0.00* | |
| *Total Violations Under FLSA:* | | *223* | | | | | *$0.00* |

*\* CMPs computed do not necessarily indicate CMPs assessed.*

| | | | |
|---|---|---|---|
| Unduplicated Employees Found: | *136* | Unduplicated Employees Agreed: | *136* |
| Total Amount BWs Computed: | *$72,409.16* | Total Amount BWs Agreed: | *$72,409.16* |
| Total Amount LDs Computed: | *$0.00* | Total Amount LDs Agreed: | *$0.00* |

### Conclusions & Recommendations:

*37.50 hrs. Ent Cov:* ▮▮▮ (b) (4) ▮▮▮ *. 4 locations inv. (see also 2004-199-02257, 02384, 02385, 02387) MW- uniforms and illegal tip out; OT- paid at cash wage; RK- NV; OT- NV. Pubs: HRG FLSA and referred to internet. ER atc and atp by 12/03/04.*

WHI Signature:_____ Date: **09/08/2004**

Reviewed By:_____ Date:_____

# WHISARD Compliance Action Report

## U.S. Department of Labor
Wage and Hour Division

| | | | |
|---|---|---|---|
| Case ID: | **1315984** | Originating District: | **Houston TX District Office** |
| Local Filing Number: | **2004-199-02257** | Investigating. District: | **Houston TX District Office** |
| WHMIS Case Number: | | Lead Investigator: | **(b) (7)(C)** |
| Registration Date: | **10/09/2003** | | |
| Assignment Date: | **10/24/2003** | | |

## Employer Information

| | | | |
|---|---|---|---|
| Trade Name: | **Perry's Steakhouse** | Legal Name: | **PG ST Restaurants, LTD** |
| Address: | **6700 Woodlands Parkway Spring TX 77382** | EIN: | **76-0622922** |
| | | County: | **Montgomery** |
| | | NAICS Code: | **72211** |
| | | No. Of Employees: | **(b) (4)** |

## Investigation Information

| | | | |
|---|---|---|---|
| Period Investigated From: | **11/20/2001** | BNPI: | |
| To: | **11/20/2003** | Reinvestigation: | ☑ |
| Investigation Type: | **(b) (7)(E)** | Recurring Violation: | ☐ |
| Investigation Tool: | **Full Investigation** | Future Compliance Agreed: | ☑ |
| Compliance Status: | **Agree to Comply** | Involved in AG: | ☐ |

## Recommended Action:

| | | | |
|---|---|---|---|
| BWFS: | ☐ | RO/NO Review: | ☐ |
| CMP: | ☐ | Follow Up Investigation: | ☐ |
| Litigation: | ☐ | Other Action: | ☐ |
| Civil Action: | ☐ | Denial of Future Certificate: | ☐ |
| Criminal Action: | ☐ | BW Payment Deadline: | **01/02/2005** |
| Submit For Opinion: | ☐ | Trailer forms attached: | ☐ |

## CL

| Violation / Compliance Status | Violations | EEs ATP | BWs Computed | BWs Agreed | LDs Computed | LDs Agreed | CMPs* |
|---|---|---|---|---|---|---|---|
| *No Violation found for this act / Compliance (no violations found)* | | | | | *$0.00* | *$0.00* | |

App. 094

## WHISARD Compliance Action Report

### FLSA

| Violation / Compliance Status | Violations | EEs ATP | BWs Computed | BWs Agreed | LDs Computed | LDs Agreed | CMPs* |
|---|---|---|---|---|---|---|---|
| *Failure to pay Minimum Wage / Agree to Comply* | *129* | *123* | $101,018.23 | $101,018.23 | $0.00 | $0.00 | |
| *Failure to pay proper overtime / Agree to Comply* | *88* | *81* | $4,514.34 | $4,514.34 | $0.00 | $0.00 | |
| *FLSA Totals:* | *123* | *129* | $105,532.57 | $105,532.57 | $0.00 | $0.00 | |
| *Total Violations Under FLSA:* | | *217* | | | | | *$0.00* |

*\* CMPs computed do not necessarily indicate CMPs assessed.*

| | | | |
|---|---|---|---|
| Unduplicated Employees Found: | *123* | Unduplicated Employees Agreed: | *123* |
| Total Amount BWs Computed: | *$105,532.57* | Total Amount BWs Agreed: | *$105,532.57* |
| Total Amount LDs Computed: | *$0.00* | Total Amount LDs Agreed: | *$0.00* |

### Conclusions & Recommendations:

*52.50hrs. Ent Cov:* ▮▮(b) (4)▮▮ *. 4 locations inv. (see also 2004-199-02257, 02384, 02385, 02387)*
*MW- uniforms and illegal tip out; OT- paid at cash wage; RK- NV; CL- NV. Pubs: HRG FLSA and referred to internet. ER atc and atp by 12/3/04.*

WHI Signature:_____   Date: *09/08/2004*

Reviewed By:_____   Date:_____

App. 095

Perry's Steakhouse Case ID: 1315984

Subject is a full-service restaurant. ADV for 2003 was approximately █**(b) (4)**█ and near that in 2002. Employees handle food, alcohol and restaurant equipment that have been shipped in interstate commerce. Christopher Perry, President, opened the first full-service restaurant in 1996. All of the restaurants are structured as partnerships. Subject also owns two meat markets in the Clear Lake area, which were not investigated due to apparent compliance.

All employees are covered on an enterprise basis, pursuant to the FLSA, for the investigative period of 11/20/2001 – 11/20/2003.

Prior history:
There was █(b) (7)(E)█, child labor investigation in 2001 (2001-199-00171). Two minors were found in violation of the Reg. 3 hours standards. Subject agreed to comply in the future. A CMP was assessed and paid.

**Exemptions:**
This investigation was limited to non-exempt employees.

**Status of Compliance:** This investigation was limited to non-exempt employees.

# (b) (7)(E)

Section 6: Subject was in violation for not providing the minimum wage for all hours worked. Violations are a result of the employer requiring employees to contribute to an illegal tip pool and pay for uniforms (see B exhibits). Subject modified their tip pool system in 2003, which resulted in a minimum wage violation. This modification resulted in a surplus of money that was not distributed to servers. As a result, subject was placing surplus tip pool contributions in a separate bank account. Managers were required to complete a tip pool sheet each week (see D-12). In addition, servers were required to tip out to the Private Event Coordinator during private parties.

Perry's Steakhouse (Woodlands):   129 employees due $101,018.23

Perry's Steakhouse (Clear Lake):   136 employees due $65,327.47

Perry's Italian Kitchen (Pineloch):   68 employees due $14,640.05

Perry's Italian Kitchen (New Territory):   62 employees due $8,265.49

Page 2

App. 096

Perry's Steakhouse Case ID: 1315984

Computation: Back wages were computed by the employer on several spreadsheets (see A exhibits). These back wages were revised and a master spreadsheet was prepared for each location.

Uniforms: Cost of items purchased was reimbursed (columns A and D)
Tip pool and tip out: For back wage purposes, a percentage of gross sales were used to allocate tip pool reimbursement to servers. This also includes reimbursement of tip-out to Event Coordinators (column C).

Section 7: Subject was in violation for not providing time and one half the regular rate for hours worked over 40 in workweek. Violations were a result of the employer paying time and one half the cash wage ($2.13).

Perry's Steakhouse (Woodlands):    88 employees due $4,514.34

Perry's Steakhouse (Clear Lake):    87 employees due $7,081.69

Perry's Italian Kitchen (Pineloch):    39 employees due $1,518.40

Perry's Italian Kitchen (New Territory):    25 employees due $1,059.62

Computations: Back wages were computed by the employer.
Overtime: $7.72 - $3.02= $4.71, $2.13 x 1.5= $3.20, $4.71 - $3.20= $1.51 X overtime hours worked= back wages (columns B and E)

Back wage total: $203,425.29

Section 11: No apparent violation. All time and payroll records are kept on computer.

Section 12: There are no minors working in violation at this time. Subject employs minors to perform hostess work.

Disposition:
I held a final conference at the HDO with Lonnie Schooler, attorney, and Mark Collins, VP on 03/31/2004. I explained sections 6, 7, 11, and 12 of the FLSA. We specifically discussed minimum wage and overtime. Subject agreed to comply by purchasing uniforms for employees, incorporating a new tip pool and paying overtime at time and one half of the minimum wage. Subject was in violation due to a lack of Wage and Hour knowledge. Subject agreed to pay back wages by 12/3/2004.

On 02/11/04, a letter was mailed to Perry's concerning the Department's course of action for enforcement and compliance (see D-11). On 2/16/04, Lonnie Schooler of Jackson Walker, L.L.P. sent a letter declaring legal representation of Perry's (see D-10).

Page 3

Perry's Steakhouse Case ID: 1315984

On 03/31/04, I met with Mark Collins, Lonnie Schooler and Jason Martin, attorney, to negotiate back wages and discuss compliance. Mark Collins provided information to negotiate back wages (see D-9). Only a portion of this information was used in the final back wage negotiation. Lonnie Schooler and Jason Martin provided documentation and information concerning the results of this meeting (see D-6 and D-7).

Pubs: HRG FLSA, HRG FMLA

CMP: A CMP was not computed because there is no prior history concerning section 6 or 7 of the FLSA.

I recommend that this investigation be administratively closed upon review and receipt of WH-58 forms.


09/07/2004

Page 4

Perry's Grille & Steakhouse Case ID: 1434965

**CF#2006-199-04241**                **Contact:** Mr. Mark Collins, V.P.
PG & ST Ltd. Owner of PBS Staffing LLC            1051 Pineloch, Ste. 800
dba *Perry's Steakhouse & Grille*            Houston, Texas 77062
2115 Town Square Place                (281) 480-3337 Office
Sugar Land, Texas 77478            (832) 435-0381 Cell
(281) 565-2727
**EIN#87-0737957**

**Coverage** – Subject firm is one of seven (7) full-service restaurants and markets including Perry's Steakhouse & Grille (4), Perry's Italian Grille (1), and Perry & Sons Market & Grille (2) owned an operated by Mr. Chris Perry since August 10, 1979 in Houston and surrounding areas.  Also, subject firm has an online market. Incorporated in Texas in 1997, an 8th location is expected to open October 2006 in Houston, Texas. **SEE EXHIBITS C-1-C-1a, & C-2-C-2c.**

Enterprise coverage as described in Section 3(s)(A)(i)(ii) of the Fair Labor Standards Act (FLSA) is found applicable to subject firm employing at least two or more employees who are engaged in interstate commerce activities, such as handling credit card transactions and food, alcohol, and supplies/equipment that have moved in interstate commerce. In addition, subject firm exceed the minimum $500,000.00 annual dollar volume at ▉(b) (4) mil in 2003, ▉(b) (4) mil in 2004, ▉(b) (4) mil in 2005, and currently ▉(b) (4) mil in 2006.  **SEE EXHIBIT C-1.**

Currently, four hundred twenty-one (421) are employed corporate-wide and ▉(b) (7)(C), (b) (4) are employed at the Sugar Land location. All employed are covered during the entire investigation period. **SEE EXHIBIT C-1b.**

*Period of Investigation* – 09/17/2004-09/16/2006; Self-audit limited to employees working at two or more locations (steakhouses)

*History* – Previous investigations include CF#2004-199-02257, 02384, 02385, and 02387.  All resulting in findings revealing Sec. 6 violations for illegal uniform deductions and tip outs and Sec. 7 violations for overtime paid at the cash wage for wait staff employees and back wages totaling over $203,424.00. Another previous investigation, CF#2001-199-00171, resulted in child labor violations regarding hours for 14/15 year old employees. CL CMPS totaling $450.00 were paid in full.



**MW Sec. 6** – No violations disclosed

**OT Sec. 7** – The employer failed to pay employees proper overtime when working at two or more locations within an overtime workweek.  Twenty-seven (27) employees are found due back wages totaling $28,483.54 for overtime violations.  **SEE EXHIBIT A-2.**

**RK Sec. 11**- The employer failed to keep proper record of total overtime for those working at two or more locations in an overtime workweek as described in Regulation Part 516.

Page 1

# OPENING SIDEWORK

Exhibit L

| OPENERS- #1 | | | COCKTAILERS *** | |
|---|---|---|---|---|
| WHIPPED BUTTER- CLARIFIED BUTTER | QUANTITY- SEE MANAGER- | | POLISH WINES PLATES | FILL CLARIFIED BUTTER- |
| APPLESAUCE | QUANTITY-SEE MANAGER- | | FILL ICE BUCKETS IN TOWER | -RAMEKINS - CANDLES |
| GET ICE (BOTH AREAS) | | | POLISH/DISTRIBUTE GLASSWARE LEFT FROM NIGHT SHIFT | PINOT, WHITE WINE, CHAMPAGNE, SODA |

| SERVER BEV AREA*** | #2 | | CONDIMENTS #3 | |
|---|---|---|---|---|
| CUT LEMONS, LIMES AND ICE BATH | ***MINIMUM 2 PEOPLE | | FILL CONDIMENT BOTTLES IN COOLER | LABEL AND DATE |
| LEMON WRAPS, STOCK STRAWS+BEV NAPS | | | TO GO CONDIMENTS & DO FINGER FOLDS | (NO FINGERFOLDS FRI A.M.) |
| STOCK CREAM/MILK | | | | |
| POLISH/STOCK CREAMERS/EARNS | | | | |

| COFFE/TEA #4 | | | POLISH PLATEWARE | #5 |
|---|---|---|---|---|
| BREW COFEE/TEA DISTRIBUTE TEA PICHERS TO P.O.S. | STOCK REG, DECAF, ICED/HOT TEA, ESPRESSO PODS | | POLISH ALL B&B'S, APP PLATES & DISTRIBUTE | |
| POLISH COFFEE CUPS | | | FILL ALL PAPER TOWEL HOLDERS AND SOAP DISPENSERS! | |
| FILL ALL SUGARS | | | | |
| BUTTER TOWER CANDLES | STOCK FRESH CANDLES, AND CLEAN HOLDERS | | FILL CONE CUPS | |

| | | | | CLOSERS ENFORCE |
|---|---|---|---|---|
| POLISH UTENSILS*** | #6 | | | |
| CHATEAU KNIVES, DESSERT SPOONS, SERVING UTENSILS, STEAK KNIVES | DISTRIBUTE MI SON PLAS TRAYS TO ALL P.O.S. STATIONS | ***MINIMUM 2 PEOPLE (TH, FRI., SAT.) | | |

| PLATES/GOOSENECKS | #7 | | ALL SERVERS | |
|---|---|---|---|---|
| DOILY PLATES | SMALL, MEDUIM, AND LARGE | | FOLD LINEN - SEE CLOSER FOR AMOUNT | AND DO FINGER FOLDS |
| POLISH GOOSENECKS | | | | |
| POLISH STAINLESS STEEL RAMEKINS | | | | |

**THE NUMBER YOU SEE WITH YOUR SIDEWORK IS THE RUNNING SIDEWORK YOU ARE RESPONSIBLE ... OUT YOUR SHIFT**

PLAINTIFF'S EXHIBIT
31

# RUNNING SIDEWORK TO BE DONE THROUGHOUT YOUR SHIFT!

| #1 (OPENERS) | | | #6 | |
|---|---|---|---|---|
| BREAD PLATES STOCKED BY CUTTING BOARD<br><br>INSURE BREAD DRAWER IS STOCKED | | | DESSERT SPOONS & ALL MI SON PLAS TRAYS STOCKED AT P.O.S. | |
| **#2** | | | **#7** | |
| CREAM, MILK, LEMONS, LIMES, ICE STOCKED<br><br>COFFEE EARNS CLEANED & BACK IN PROPER PLACE | | | TRAY JACKS AND COCKTAIL TRAYS DISTRIBUTED EVENLY | |
| **#3** | | | ****  COCKTAILERS** | |
| CONDIMENT BOTTLES CLEAN AND FILLED<br><br>P.O.S. ABOVE MINI FRIDGE CLEAN, FREE OF TRASH/CLUTTER<br><br>RAMEKINS STOCKED | | | **SEE BAR BOOK FOR RUNNING DUTIES | |
| **#4** | | | | |
| COFFEE AND TEA BREWED, COFFEE MUGS/SAUCERS STOCKED. TEA PITCHERS AT P.O.S. FILLED | | | | |
| **#5** | | FRI A.M. ALL---- | 10 PORK PLATES | |
| B&B'S & APP PLATESD DISTRIBUTED AT ALL P.O.S.<br><br>PROPER GLASSWARE STOCKED AT P.O.S. AND SHELVES AND HANGING RACK | | | | |

JOSEPH 000136

# CLOSING DUTIES

<u>Center setups</u> – The setups should be pushed together tightly with the salt on the left and pepper on the right.

- Candle – Check the fuel level of the candle. Throw away if less than half full, and replace with new fuel. Take a paper towel and windex and wipe candle holder inside and out.
- Salt and Pepper – Fill completely (no air gap). You can find salt and pepper in dry storage. (Fill over trash can, do not make a mess)
- Sugar Caddy – Remove all sugar, wipe inside and outside of caddy and lid. Neatly fill caddy with 5 of each sweetener with raw sugar in the middle.

<u>Polishing glasses</u> – You will need 2 black linens or polishing rags and a pitcher of hot water. (If someone else in a station next to you is using a pitcher, share so that there are not 10 pitchers of water on the floor.) Put the pitcher on a bread plate to prevent marking the table cloth. Allow the hot water steam to wet the glass. Holding a linen in each hand to prevent leaving finger prints, polish the glass inside and out, and give special attention to the base. **When polishing, be careful not to grip the glass too tightly or "over-torque" the bowl or stem of the glass. Broken glassware accounts for most of the employee injuries in the restaurant, and glassware breakage is very costly to the restaurant.

<u>Silverware and Plates</u> - All silverware and plates on the table should be clean, wiped free of spots and handled as to not leave marks on them.

<u>Table Lamps</u> - Polish the base of your lamps, and make sure that the seam in the lamp shade is turned to the wall.

<u>The Floor</u> – Using a small whisk broom brush all of the crumbs from under the table so that it is easy for the busser to vacuum them at the end of the night. Dispose of any larger items (ie, straws, sword picks, napkins, food chunks, etc.) in the proper location. **DO NOT LEAVE THESE ITEMS TO BE VACUUMED.** When doing this at lunch, crumb and use the silent vacuum (sometimes called the Hokie or Bissel) to "vacuum" crumbs. We need to make sure that the restaurant is beautiful for the next guests.
Occasionally wax stains occur from the lobster towers being spilled in the dining room. Use hot water from the coffee maker to soak the wax. Then, use a dark linen and rub the wax out of the carpet.

<u>Other things you are responsible for:</u>
If there is a mirror or glass in your station such as when you have table 81 or around the wine tower you are responsible for cleaning smudges that might have occurred during the course of the evening. While you are under the table crumbing, look at the bottom of the table to make sure there is no gum.
If you are working a party, you are responsible for not only crumbing your tables but also for vacuuming your room.
If you used any wine buckets for your tables or your party, please be sure they are completely emptied, wiped down and dried and replaced where they belong.

<u>**Prepare your checkout and have your closing duties checked by a closer.**</u> (See Checkout Organization and Procedures)

Gonzalez App. 302





PLAINTIFF'S
EXHIBIT
32



*Perry's*
**RESTAURANTS**
*since 1979*

**Exhibit M**

1821 Katy Freeway, Suite 500
Houston, Texas 77024
P: 281.480.3337
F: 281.480.5455
PerrysRestaurants.com

## Perry's New Hire Checklist

**Store Number and Location:** #17 San Antonio    **Start Date:** 10-13-2016

**Employee Name:** David McCartney    **Position ID:** 171176

*\*Please send documents as one email with each set (1-3) of docs as its own file, in order as described.*

**Set 1: Initial New Hire Documents Acknowledged:** Scan and email to HR@PerrysRestaurants.com, this New hire checklist is cover page for Set 1.

___ Completed Payroll Action Sheet
___ Completed Employee Information Sheet
___ Completed Application (must be signed)
___ W-4                                              ___ Other State Tax Forms
___ Signed Electronic Handbook Acknowledgement
___ Signed Tip Share Acknowledgement Receipt
___ Signed HIPAA Notice Acknowledgement
___ Signed Worker's Comp Form
___ Signed Chemical Procedure
___ Parking Agreement (if applicable)
___ Alcohol Service Certificate (TABC, Seller Server, etc.)
___ Food Service Certificate, etc. (if applicable, required in Illinois)
___ Direct Deposit Authorization

**Set 2: Employment Eligibility Verification**
___ I-9 Completed **(If employee does not have valid forms from list A or B & C, they cannot start work)**
___ Copies of acceptable Documents (See page 9 of I-9 for a complete list.)

**Set 3: Deductions**
___ Completed Uniform Deduction Sheet

**Procedures:**
**Completely Entered in ADP– New Hire Entry instructions on the FTP site.**

___ Employee Self Service explained
___ Employee access fully explained
___ Instructions of how to access the Employee Handbook through the ADP employee site
___ Picture uploaded in ADP

_____        Adan Seaman        10/31/6

**Manager Signature**        **Manager Printed Name**        **Today's Date**

# EXHIBIT "D"

AUSTIN • BIRMINGHAM • CHICAGO • DALLAS • DENVER • HOUSTON • SAN ANTONIO

# Perry's

## RESTAURANTS

*since 1979*

9821 Katy Freeway, Suite 500
Houston, Texas 77024
P: 281.480.3337
F: 281.480.5455
PerrysRestaurants.com

## Perry's New Hire Checklist

**Store Number and Location:** 17 San Antonio    **Start Date:** 10/10/16

**Employee Name:** Angela Bannworth    **Position ID:** 171493

*Please send documents as one email with each set (1-3) of docs as its own file, in order as described.*

**Set 1: Initial New Hire Documents Acknowledged: Scan and email to HR@PerrysRestaurants.com, this New hire checklist is cover page for Set 1.**

✓ Completed Payroll Action Sheet
✓ Completed Employee Information Sheet
✓ Completed Application (must be signed)
✓ W-4                                           ____ Other State Tax Forms
✓ Signed Electronic Handbook Acknowledgement
✓ Signed Tip Share Acknowledgement Receipt
✓ Signed HIPAA Notice Acknowledgement
✓ Signed Worker's Comp Form
✓ Signed Chemical Procedure
✓ Parking Agreement (if applicable)
✓ Alcohol Service Certificate (TABC, Seller Server, etc.)
✓ Food Service Certificate, etc. (if applicable, required in Illinois)
✓ Direct Deposit Authorization

**Set 2: Employment Eligibility Verification**

✓ I-9 Completed **(If employee does not have valid forms from list A or B & C, they cannot start work)**
✓ Copies of acceptable Documents (See page 9 of I-9 for a complete list.)

**Set 3: Deductions**
✓ Completed Uniform Deduction Sheet

**Procedures:**
**Completely Entered in ADP– New Hire Entry instructions on the FTP site.**

✓ Employee Self Service explained
✓ Employee access fully explained
✓ Instructions of how to access the Employee Handbook through the ADP employee site
✓ Picture uploaded in ADP

_____        Adam Seaman        10/11/2016
**Manager Signature**             **Manager Printed Name**        **Today's Date**

# EXHIBIT "E"

AUSTIN • BIRMINGHAM • CHICAGO • DALLAS • DENVER • HOUSTON • SAN ANTONIO

*This is a Court-Authorized Notice, Not an Advertisement from a Lawyer.*

## IMPORTANT NOTICE TO CURRENT AND FORMER EMPLOYEES WHO WORK OR WORKED AS SERVERS FOR PERRY'S IN TEXAS

*Rian Helgason and Caroline Crawford, individually and on behalf of all others similarly situated under 29 U.S.C. 216(b) v. Perry's Restaurants, LTD., d/b/a Perry's Steakhouse and Grille,* Civil Case No. 3:20-cv-01573-E, Northern District of Texas, Dallas Division

**PLEASE READ THIS NOTICE CAREFULLY AS IT MAY AFFECT YOUR LEGAL RIGHTS TO RECEIVE COMPENSATION RELATED TO AND RESULTING FROM YOUR EMPLOYMENT WITH PERRY'S STEAKHOUSE AND GRILLE ("PERRY'S").**

This Notice is provided in connection with a lawsuit pending in the United States District Court for the Northern District of Texas, Dallas Division ("the court"). The Court has taken no position regarding the merits of the underlying claims under federal or state law. The Purpose of this Notice is to inform you of a collective action in which you may be "similarly situated" to the Named Plaintiffs and Class Members, to advise you of your rights and how they may be affected by this lawsuit, and to instruct you on the procedure for joining and participating in this lawsuit.

**Federal law prohibits Perry's or anyone from discriminating, retaliating, or mistreating you in any way for choosing to join this lawsuit. This means that you cannot be fired, demoted, or have your pay cut because you "opt-in" or have in any other way exercised your rights to join in this lawsuit.**

## Why Are You Getting this Notice?

Rian Helgason and Caroline Crawford ("Plaintiffs") filed a lawsuit against Perry's Restaurant, LTD., d/b/a Perry's Steakhouse and Grille ("Perry's" or "Defendant") alleging that Plaintiffs and other current and former servers are owed unpaid wages. Plaintiffs allege that Perry's violated the Fair Labor Standards Act ("FLSA") by improperly requiring its servers to participate in a tip pool where the tips were not fully redistributed to tipped employees; pay out of pocket or deducted for mandatory uniforms and other business related expenses, and to perform and complete non-tipped job duties while being paid $2.13 per hour.

Perry's records indicate that you may fall within Plaintiffs' class definition set forth in this Notice as individuals who worked as servers at any one of Defendant's restaurants located in Texas and were paid a less than minimum wage during the three (3) year period preceding the filing of this lawsuit.

**You may be able to make a claim and join this lawsuit if:**

- You are a former or current employee who worked for Perry's as a server at any one of its locations in Texas between June 12, 2017 and today; and

- You were paid a subminimum wage of less than $7.25 per hour; and

- You were required to (1) participate in a tip pool, (2) purchase a uniform for work at Perry's, (3) pay for business-related items or expenses (check presenters, pens, or wine keys), or (4) perform non-tipped job duties at an hourly rate of $2.13 per hour.

**SIGNING ANY STATEMENT DENYING THAT YOU ARE OWED ADDITIONAL COMPENSATION OR SIGNING A SEVERANCE AGREEMENT PURPORTING TO RELEASE ANY CLAIM(S) THAT YOU MAY HAVE FOR UNPAID WAGES UNDER THE FLSA, 29 U.S.C. §201, *ET SEQ* DOES NOT AFFECT YOUR LEGAL RIGHT TO JOIN THIS LAWSUIT.**

## What Are Your Options?

| OPTION 1:<br><br>Join Lawsuit -<br><br>RETURN THIS FORM ("opt-in" Consent Form)<br><br>By<br>_____<br>[60 days] | **Join the lawsuit:** If you chose to join this lawsuit, you may return your completed and signed consent form to Plaintiffs' counsel by:<br><br>• Submitting your consent electronically at www.perryslawsuit.com or<br><br>• Email, fax, or mailing the enclosed self-addressed, stamped envelope with your signed Consent Form to the law firm listed below by _____ [60 days]:<br><br> **Herrmann law, PLLC**<br>801 Cherry, St., Suite 2365<br>Fort Worth, Texas 76102<br>Fax: (817) 887-1878<br>**drew@herrmannlaw.com** <br>**Effects of Joining the lawsuit:** By timely submitting a Consent Form you will be part of this case and agree to be represented by Plaintiffs' counsel.<br><br>• If Plaintiffs win or a settlement is reached, you may be entitled to a sum as part of the judgment or settlement. However, if Plaintiffs lose, you will receive nothing.<br>• By joining, you may or may not be required to provide records, answer written discovery questions, give a deposition, testify in court, or any combination of the above.<br><br>If you do not return the enclosed consent form by [**60 days] following your receipt of this Notice**, you may not be considered part of this case and may be unable to receive a share of any settlement or judgment that the plaintiffs may obtain. |
|---|---|
| OPTION 2:<br><br>Do Not Join Lawsuit -<br><br>DO NOTHING | **Not joining the lawsuit:** By doing nothing, you are choosing not to participate in this lawsuit. Therefore, you will not be part of this case or be represented by Plaintiffs' counsel. However, the legal time or deadline to file a claim is running.<br><br>**Effects of Not Joining the lawsuit:**<br>• You will not be entitled to money received as part of a judgment or settlement, if any money is awarded.<br>• You will not be bound by the judgment in this lawsuit or by the terms of a settlement for these claims (whether favorable or unfavorable).<br><br>Your rights to sue Defendant separately at a future time, for the same or related claims, to the extent otherwise permitted by law will not be affected. |

## How Can I Get More Information?

You can receive more information by calling the Plaintiffs' attorney listed below with any questions you may have; or you may contact an attorney of your own choosing

**Herrmann Law, PLLC**
801 Cherry St. Suite 2365
Fort Worth, TX 76102
Phone: (817) 479-9229 | Fax: (817) 887-1878
Drew N. Herrmann | Pamela G. Herrmann
drew@herrmannlaw.com | pamela@herrmannlaw.com

App. 108

## <u>CONSENT TO JOIN FLSA LAWSUIT</u>

I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA") and that I may be eligible to join this lawsuit filed by Rian Helgason and Caroline Crawford ("Named Plaintiffs") to recover unpaid wages, liquidated damages, attorneys' fees, and costs from Perry's Restaurants, LTD., d/b/a/ Perry's Steakhouse and Grille ("Perry's") and any other related entities or persons. I acknowledge that I have read the Notice, which was enclosed with this Consent Form.

By signing this consent, I designate the attorneys of Herrmann Law, PLLC, ("Law Firm") and any other attorneys with whom they may associate to represent me for all purposes in this lawsuit.

I understand that I also designate the Named Plaintiffs, in this action, as my agents to make decisions on my behalf concerning this litigation against Perry's, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Named Plaintiffs' Counsel concerning representation, and all other matters pertaining to this FLSA lawsuit against Perry's. These decisions and agreements made and entered into by the Named Plaintiffs will be binding on me if I sign this consent.

I understand that Named Plaintiffs have entered into a Representation Agreement ("Representation Agreement") with the Law Firm, which applies to all plaintiffs who sign and file this consent. If I sign this consent, I agree to be bound by the Representation Agreement. I further understand that I may obtain a copy of the Representation Agreement by requesting it from the Law Firm.

I agree and understand that the Law Firms and/or Named Plaintiffs may in the future appoint other individuals to be Representative Plaintiff(s) in this litigation against Perry's. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to FLSA litigation against Perry's. I further acknowledge that this consent is intended to be filed to recover wages I may be owed by Perry's, whether in the action with Named Plaintiffs or in any subsequent action that may be filed on my behalf for such recovery. This consent may be used by the Law Firm in this case or in any separate or related action against Perry's.

By choosing to file this consent, I understand that I will be bound by a judgment of the court. I will also be bound by and will share in any judgment by the Court or any settlement of this action that may be negotiated on behalf of all Plaintiffs.

I consent and agree to join this lawsuit as an "opt-in" plaintiff to pursue my claims and recover my unpaid wages arising out my employment with Perry's in connection with the above-referenced lawsuit.

_____                    _____
Printed Named                                                              Date

_____
Signature

## PLEASE PRINT OR TYPE THE FOLLOWING
## INFORMATION:

This information will not be made part of any public record and is necessary for your attorneys' files for litigation and possible settlement purposes.

Name: _____
        First Name               Middle Initial            Last Name

Any other Name(s) used or known by:_____

Street Address: _____

City, State, & Zip Code: _____

Mobile Telephone: _____

Secondary Telephone: _____

Emergency Contact: _____

E-Mail Address: _____

Employment Dates w/Perry's: _____   _____
                               Start Date               End Date

Job Position(s)/Title: _____

Job Duties(s): _____

Hourly Rate(s): _____   Overtime Rate(s): _____

Other Compensation Received: _____

Sign the Consent and return by mail, email, or fax to:

**HERRMANN LAW, PLLC**
**ATTN: DREW N. HERRMANN**
801 CHERRY ST., SUITE 2365
FORT WORTH, TEXAS 76102
PHONE: (817) 479-9229 | FAX: (817) 887-1878
EMAIL: drew@herrmannlaw.com

**Sign and return by mail, email, or fax to:**
**Herrmann Law, PLLC, 801 Cherry St., Suite 2365 Fort Worth, TX 76102**
**817-479-9229 | Fax: 817-887-1878 | drew@herrmannlaw.com**   App. 110



### REMINDER NOTICE TO CURRENT AND FORMER EMPLOYEES WHO WORK OR WORKED AS SERVERS FOR PERRY'S IN TEXAS

*Rian Helgason and Caroline Crawford, individually and on behalf of all others similarly situated under 29 U.S.C. 216(b) v. Perry's Restaurants, LTD., d/b/a Perry's Steakhouse and Grille,*
Civil Case No. 3:20-cv-01573-E, Northern District of Texas, Dallas Division

Notice Materials were recently mailed to you regarding a lawsuit in which Rian Helgason and Caroline Crawford ("Plaintiffs") allege that Perry's Restaurants, LTD., d/b/a/ Perry's Steakhouse and Grille ("Perry's") violated the Fair Labor Standards Act ("FLSA") by improperly requiring its servers to participate in a tip pool where the tips were not fully redistributed to tipped employees; pay out of pocket or deducted  for mandatory uniforms and other business related expenses, and to perform and complete non-tipped job duties while being paid $2.13 per hour.

If you wish to join and participate in this lawsuit for unpaid wages, you must complete, sign, and return by email, fax, or mail - the **Consent to Join Lawsuit Form** contained in the notice materials so that it is received by Plaintiffs' attorneys (listed below) on or before _____, 2020.

**Herrmann Law, PLLC**
801 Cherry St. Suite 2365
Fort Worth, TX 76102
Phone: (817) 479-9229 | Fax: (817) 887-1878
Drew N. Herrmann | Pamela G. Herrmann
drew@herrmannlaw.com | pamela@herrmannlaw.com

You may also sign the **Consent to Join Lawsuit Form** via electronic signature at www.perryslawsuit.com

If you did not receive your Notice Materials, please contact the attorney for the Plaintiffs, Drew Herrmann or Pamela Herrmann, at (817) 479-9229 or via e-mail at drew@herrmannlaw.com or pamela@herrmannlaw.com to request a copy of the Notice Material be mailed or e-mailed to you.

You may also obtain a copy of the Notice Materials regarding your rights to join this lawsuit by visiting the following website: www.perryslawsuit.com



If you work or worked as a server for Perry's in Texas at any time between June 12, 2017 and present and were paid a direct cash wage of less than $7.25 per hour you may be entitled to join a lawsuit claiming back pay for unpaid wages and misappropriated tips. For additional information, visit www.perryslawsuit.com